**COMPLAINT TRANSMITTAL COVERSHEET**
*(http://arbiter.wipo.int/domains)*

---

### COMPLAINT

Attached is a Complaint that has been filed against you with the WIPO Arbitration and Mediation Center (the ***Center***) pursuant to the Uniform Domain Name Dispute Resolution Policy (the ***Policy***) adopted by the Internet Corporation for Assigned Names and Numbers (ICANN) on October 24, 1999.

The Policy is incorporated by reference into your Registration Agreement with the Registrar(s) of your domain name(s). Accordingly, when you registered your domain name(s) you also agreed to submit to and participate in a mandatory administrative proceeding in the event that a third party (a ***Complainant***) submits a complaint to a dispute resolution service provider, such as the Center, concerning a domain name that you have registered.  You will find the name and contact details of the Complainant, as well as the domain name(s) that is/are the subject of the Complaint in the document that accompanies this Coversheet.

You have no duty to act at this time.  Once the Center has checked the Complaint to determine that it satisfies the formal requirements of the Policy, the Rules for Uniform Domain Name Dispute Resolution Policy (the ***Rules***) and the Center's Supplemental Rules for Uniform Domain Name Dispute Resolution Policy (the ***Supplemental Rules***), and it has received the required payment from the Complainant, it will forward an official copy of the Complaint to you.  You will then have 20 calendar days within which to submit a Response to the Complaint in accordance with the Rules and Supplemental Rules to the Center and the Complainant.  Should you so desire, you may wish to seek the assistance of legal counsel to represent you in the administrative proceeding.

- The ICANN Policy can be found at http://www.icann.org/udrp/udrp-policy-24oct99.htm.

- The ICANN Rules can be found at http://www.icann.org/udrp/udrp-rules-24oct99.htm.

- The Center's Supplemental Rules, as well as other information concerning the resolution of domain name disputes can be found at http://arbiter.wipo.int/domains.

Alternatively, you may contact the Center to obtain any of the above documents.  The Center can be contacted in Geneva, Switzerland by telephone at +41 22 338 9111, by fax at +41 22 740 3700 or by e-mail at domain.disputes@wipo.int.

You are kindly requested to contact the Center to provide the contact details to which you would like (a) the official version of the Complaint and (b) other communications in the administrative proceeding to be sent.

A copy of this Complaint has also been sent to the Registrar(s) with which you have registered the domain name(s) that are identified in the Complaint.

By submitting this Complaint to the Center we hereby agree to abide and be bound by the provisions of the Policy, Rules and Supplemental Rules.

*Before the:*

## WORLD INTELLECTUAL PROPERTY ORGANIZATION
## ARBITRATION AND MEDIATION CENTER

| | |
|---|---|
| DONALD J. TRUMP,<br><br>     Complainant,<br><br>  v.<br><br>SCOTT STEPHENS,<br><br>     Respondent. | **Disputed Domain:**<br><br>**TRUMPESTATES.COM** |

## COMPLAINT IN ACCORDANCE WITH THE
## UNIFORM DOMAIN NAME DISPUTE RESOLUTION POLICY

### I. INTRODUCTION

1. Complainant Donald J. Trump ("**Complainant**" or "**Mr. Trump**") hereby submits this Complaint (this "**Complaint**") for decision in accordance with the Uniform Domain Name Dispute Resolution Policy (the "**Policy**"), approved by the Internet Corporation for Assigned Names and Numbers ("**ICANN**") on October 24, 1999, the Rules for Uniform Domain Name Dispute Resolution Policy (the "**Rules**"), approved by ICANN on October 24, 1999 and the WIPO Supplemental Rules for Uniform Domain Name Dispute Resolution Policy in effect on December 14, 2009 (the "**Supplemental Rules**").

### II. ADMINISTRATIVE PANEL

2. Complainant elects to have the dispute decided by a single arbitrator selected from the list of arbitrators that WIPO has authorized to hear such disputes. A required filing fee will be paid by the Complainant to WIPO Arbitration and Mediation Center via wire transfer after this Complaint is filed.

## III.   THE PARTIES

### A.   Complainant

3.     The Complainant in this matter is Donald J. Trump, an individual residing in New York, New York.  Complainant can be reached at his place of business c/o The Trump Organization, 725 Fifth Avenue, New York, New York 10022.

4.     Complainant's authorized representative in this proceeding is, as follows:

<div align="center">

Alan Garten, Esq.
Executive Vice President and General Counsel
c/o The Trump Organization
725 Fifth Avenue
New York, New York 10022
Tel No. (212) 836-3203
Fax No. (212) 980-3821
E-Mail: agarten@trumporg.com

</div>

5.     Please direct communications in this proceeding to Complainant as follows:

| **Electronic-Only Material:** | **Material Including Hardcopy:** |
|---|---|
| Method: E-Mail | Method: Facsimile |
| E-Mail Address: agarten@trumporg.com | Fax No.: (212) 980-3821 |
| Attention:  Alan Garten, Esq. | Attention: Alan Garten, Esq. |

### B.   Respondent

6.     Complainant requests the transfer of the domain name "**TRUMPESTATES.COM**" (the "**Domain**"), which is under the management and control of owner/registrant Scott Stephens (the, "**Respondent**").

7.     According to publicly available Whois information, the registration record for the infringing Domain identifies the Administrative and Technical Contact, as follows:

<div align="center">

Scott Stephens
Cnaip Inc.
13 Bach Road
Saugerties, NY 12477
United States of America
Phone: +1.9095819701
Email: ie@ebaynot.com

</div>

*See* **Exhibit A** hereto.

## IV.   <u>THE REGISTRAR</u>

8.      The registrar for the infringing Domain is Misk.com, Inc. (the "**<u>Registrar</u>**").

9.      The Registrar's contact information is, as follows:

Misk.com, Inc**.**
93 S Jackson St #33544
Seattle WA 98104-2818
United States
+1.8458964602
support@misk.com

Printouts from the Internic.net website for the Registrar are attached as **<u>Exhibit B</u>**.

## V.   <u>JURISDICTIONAL BASIS FOR THE ADMINISTRATIVE PROCEEDING</u>

10.     This dispute is properly within the scope of the Policy and the Administrative

Panel has jurisdiction to decide the dispute because the Registrar is ICANN-accredited and/or

the registration agreement pursuant to which the Infringing Domain(s) are registered

incorporates the Policy.  True and correct printouts of the relevant registration agreement are

attached as **<u>Exhibit C</u>**.

11.     Respondent is required to submit to a mandatory administrative proceeding

under Paragraph 4(a) of the Policy because:  (a) the infringing Domain is confusingly similar

to Complainant's famous TRUMP® trademarks; (b) Respondent cannot establish any right or

legitimate interest in the infringing Domain; and (c) the infringing Domain has been

registered and is being used in bad faith.

## VI.   <u>FACTS GIVING RISE TO THIS ADMINISTRATIVE PROCEEDING</u>

A.     <u>The Valuable TRUMP® Name and Brand</u>

12.     Donald J. Trump is one of the world's most well-known businessmen, real

estate developers, hoteliers, authors and television personalities in the world.

13.     His portfolio includes residential real estate, commercial real estate, golf

courses, casinos, hotels, and other properties, spread across the United States and around the

world.  Among the iconic properties owned, operated or affiliated with Mr. Trump are Trump

3

Tower on Fifth Avenue, The Trump Building at 40 Wall Street, Trump World Tower at United Nations Plaza, Trump Park Avenue at 59th Street and Park Avenue, Trump Parc and Trump Parc East at Central Park South, Trump Place on the Hudson River, and Trump Palace. *See* **Exhibit D**.

14.     After emerging as the preeminent force in New York's residential real estate market, Mr. Trump turned his attention toward the hotel industry, creating the Trump Hotel Collection and forging ahead with the development, branding, and management of some of the finest, award-winning hotels in the world, in prime locations such as New York City (Central Park West and Soho), Chicago, Las Vegas, Miami, Hawaii, Toronto, Panama, and others. A corresponding website http://www.trumphotelcollection.com/ and proof of its current registration and ownership by Complainant could be found in **Exhibit E**.

15.     Eventually, Mr. Trump entered the world of international real estate licensing, associating his name with residential projects in prime locations such as Turkey (Istanbul), the Dominican Republic (Cap Cana), India (Pune), Uruguay (Punta Del Este), Philippines (Makati), and others.  *See* **Exhibit F**.

16.     Simultaneously, Mr. Trump also pursued his passion for golf, developing, acquiring and/or managing world-class golf courses and clubs in New York (Westchester, Hudson Valley and Ferry Point), New Jersey (Bedminster and Colts Neck), Florida (Miami, Palm Beach, Jupiter and Doral), Washington, D.C., Philadelphia, North Carolina, Los Angeles, and Puerto Rico and, internationally, in Ireland, Scotland, and Dubai.  In 2014, Mr. Trump acquired the legendary Turnberry golf resort and hotel in Scotland, which has been the site of four British Opens. *See* **Exhibit G**.

17.     Trump is also an accomplished writer, having authored several best-selling books, such as *Trump, the Art of the Deal*, one of the best-selling books of all time, *The Art of the Comeback*, *The America We Deserve*, *How To Get Rich*,  *Think Like a Billionaire*, *Trump 101*, *Why We Want You To Be Rich*, *Think Big*, *Never Give Up* and *Think Like A Champion*,

4

which are sold the world over, having been translated into Chinese, Arabic and many other languages.  *See* **Exhibit H**.

18.     Mr. Trump is also part owner of the Miss Universe Organization which conducts the Miss Universe, Miss USA, and Miss Teen USA pageants.  These pageants have been broadcast in markets around the world, including in the U.A.E., India and China.  *See* **Exhibit I**.

19.     Mr. Trump is also the star and executive producer of the hit NBC television shows *The Apprentice* and *The Celebrity Apprentice*, which is currently in its 14th season, appears in more than 82 countries, and is widely regarded as among the most successful television shows of all time.  *See* **Exhibit J**.

20.     Additional information regarding Mr. Trump's holdings and business interests can be found on his website, www.trump.com.  True and correct printouts of the homepages for each of the above listed websites and the registration records for those domain names are attached as **Exhibit K**.

**B.     The TRUMP® Trademarks**

21.     Through the widespread, extensive use of the TRUMP® trademark in connection with his various businesses and the expenditure of large sums in promoting the TRUMP® brand on television, in print advertisements, on the Internet and in other media, Mr. Trump's TRUMP® trademark has become uniquely associated with Mr. Trump and his goods and services, and has attained considerable fame and widespread acclaim in the United States and throughout the world.  As a result, the TRUMP® trademarks represent enormous goodwill.

22.     As a result of their substantial value, for over 30 years, Mr. Trump has zealously protected and expanded his trademark portfolio, accumulating over 700 trademarks consisting of various derivations of the TRUMP® name in more than 80 countries around the world.  Indeed, the TRUMP® name is so recognized that it (U.S. Trademark Registration No.

5

**3,526,411; 2,240,310 and 3,391,095**) was recently declared "incontestable" by U.S. Trademark Office in classes 36, 37, 41, and 42.  It is additionally registered in the U.S. in the following classes:

| Mark | Country | Class | Registration No. | Registration Date |
|------|---------|-------|------------------|-------------------|
| TRUMP | U.S. | 3 | 3,986,059 | June 28, 2011 |
| TRUMP | U.S. | 4 | 3,986,059 | June 28, 2011 |
| TRUMP | U.S. | 5 | 3,917,572 | February 8, 2011 |
| TRUMP | U.S. | 9 | 4,038,808 | October 11, 2011 |
| TRUMP | U.S. | 11 | 3,392,370 | March 4, 2008 |
| TRUMP | U.S. | 14 | 3,360,783 | December 25, 2007 |
| TRUMP | U.S. | 16 | 4,332,755 | May 7, 2013 |
| TRUMP | U.S. | 16 | 4,276,258 | January 15, 2013 |
| TRUMP | U.S. | 16 | 4,276,259 | January 15, 2013 |
| TRUMP | U.S. | 16 | 3,712,766 | November 17, 2009 |
| TRUMP | U.S. | 16 | 3,655,340 | July 14, 2009 |
| TRUMP | U.S. | 18 | 3,574,187 | February 10, 2009 |
| TRUMP | U.S. | 19 | 4,276,258 | January 15, 2013 |
| TRUMP | U.S. | 19 | 4,276,259 | January 15, 2013 |
| TRUMP | U.S. | 20 | 3,712,766 | November 17, 2009 |
| TRUMP | U.S. | 20 | 3,563,198 | January 20, 2009 |
| TRUMP | U.S. | 20 | 3,392,370 | March 4, 2008 |
| TRUMP | U.S. | 21 | 4,276,258 | January 15, 2013 |
| TRUMP | U.S. | 21 | 3,712,766 | November 17, 2009 |

| TRUMP | U.S. | 21 | 4,462,986 | January 7, 2014 |
|-------|------|----|-----------|-----------------|
| TRUMP | U.S. | 21 | 4,276,259 | January 15, 2013 |
| TRUMP | U.S. | 24 | 4,462,986 | January 7, 2014 |
| TRUMP | U.S. | 25 | 3,574,187 | February 10, 2009 |
| TRUMP | U.S. | 25 | 3,728,787 | December 22, 2009 |
| TRUMP | U.S. | 25 | 3,687,022 | September 22, 2009 |
| TRUMP | U.S. | 28 | 3,321,143 | October 23, 2007 |
| TRUMP | U.S. | 30 | 3,886,804 | December 7, 2010 |
| TRUMP | U.S. | 30 | 3,917,572 | February 8, 2011 |
| TRUMP | U.S. | 30 | 3,886,803 | December 7, 2010 |
| TRUMP | U.S. | 32 | 2,413,984 | December 19, 2000 |
| TRUMP | U.S. | 33 | 3,456,507 | July 1, 2008 |
| TRUMP | U.S. | 33 | 4,325,053 | April 23, 2013 |
| TRUMP | U.S. | 41 | 4,087,954 | January 17, 2012 |
| TRUMP | U.S. | 41 | 3,391,095 | March 4, 2008 |
| TRUMP | U.S. | 41 | 2,431,539 | February 27, 2001 |
| TRUMP | U.S. | 43 | 3,483,760 | August 12, 2008 |
| TRUMP | U.S. | 43 | 2,240,310 | April 20, 1999 |
| TRUMP | U.S. | 44 | 4,325,053 | April 23, 2013 |

23.     Separately, Mr. Trump has also obtained numerous trademark registrations throughout the world in connection with his primary business, namely, the development, branding and management of condominiums, hotels and other real estate related goods and services.  True and correct printouts from the USPTO's website evidencing Mr. Trump's U.S. registrations are attached as **Exhibit L**.  Trump and correct printouts illustrating a representative sample of Mr. Trump's international trademark registrations is attached as **Exhibit M**.

24.     Not surprisingly, Mr. Trump's exclusive rights in the TRUMP® trademark has been recognized in several WIPO decisions ordered the transfer of infringing domain names to Mr. Trump.  *See, e.g., Donald J. Trump v. Mediaking LLC d/b/a Mediaking Corporation and Aaftek Domain Corp.*, WIPO Case No. D2010-1404 (ordering the transfer of trumplasvegas.com and stating that "Complainant had rights in the TRUMP trademark long before it announced plans to construct the Trump International Hotel Las Vegas, and Complainant was already well-known for the operation of hotels and casinos before its specific plans with respect to that hotel were announced."); *Donald J. Trump v. Maciel*, WIPO Case No. D2005-0918 (holding that "[t]he distinctive quality of the TRUMP mark, as evidenced by registration and use, is beyond question."); *Donald J. Trump v. Fountainhead Entertainment LLC*, WIPO Case No. D2004-0429 ("[g]iven the fame of the TRUMP mark… such individuals are likely to be confused as to the source or sponsorship of the site"); *Donald J. Trump v. Sandra Long Consulting*, WIPO Case No. D2007-1226 ("through Complainant's longstanding use of the TRUMP mark in domain names and web addresses the public has come to expect that domain names incorporating the mark be the Complainant."); *Donald J. Trump v. Web-Adviso*, WIPO Case No. D2010-2220 ("Complainant is one of the most recognizable individuals in the world, and his TRUMP marks enjoy international recognition").

C.    **Respondent's Improper Registration and Use of the Infringing Domain**

25.    Despite Mr. Trump's well established rights in the TRUMP® trademarks --

*particularly in the real estate industry* -- on or about March 8, 2010, Respondent registered

the Domain, "TRUMPESTATES.COM" – a clear reference to Mr. Trump's extensive

involvement in real estate -- for the purpose of selling it on the open market.  Not

surprisingly, to date, Respondent has not made any legitimate use of the Domain.

26.    Indeed, as shown in **Exhibit N**, Respondent is what is known as a "domainer"

or "cyber squatter" who is in the business of buying and reselling domains without any

legitimate use whatsoever.  Far from hiding his intentions, Respondent's websites,

www.trumpestates.com and www.scottnot.com, offer over 50 different domains, including

the Domain, "TRUMPESTATES.COM", "for sale, rent, trade or partner" as well as a section

in which Respondent invites users to "Make Offer" or "Submit Offer Here".  See **Exhibit O**.

Indeed, Respondent is such an experienced domainer that he even has sections on his website,

www.scottnot.com, devoted to the purchase and sale of domains, like "How to Buy a Domain

or Website", "How to Sell a Domain or Website" and even "Why List Your Domain at

Scottnot.com".  *See* **Exhibits P and Q**.

27.    In fact, for those interested in purchasing trademarked domains, Respondent

even has a section called "Can I Buy and Use a Domain Name That is a Trademark of

Someone Else?"  As Respondent explains:

> "It very much depends on the specifics.  For example, if Compaq
> bought apple.com, legal precedent indicates that the court would
> likely require Compaq to release apple.com to Apple Computers.
> If, however, an apple farmer bought apple.com to see fruit over the
> Internet, Apple Computer would likely have less of a claim.  We
> highly recommend that you read Interneic's policy on domain
> name ownership."  *See* **Exhibit Q**.

28.    Here, however, it appears that Respondent didn't even bother to take his own

advice.  As a result, on February 25, 2015, Complainant was left with no choice but to send

9

Respondent a cease and desist letter demanding that he discontinue any further use of Mr. Trump's trademarks and transfer ownership of the Domain to Mr. Trump. *See* **Exhibit R.**

29.     In response, on or about February 25, 2015, Respondent called the undersigned counsel to say that he was willing to transfer the Domain to Mr. Trump, but only if Mr. Trump agreed to provide certain financial and other considerations. For example, among other items, Respondent stated that he would voluntarily transfer the Domain to Mr. Trump if Mr. Trump agreed to make him a judge or contestant on the television show the "*Apprentice*".

30.     After the undersigned rejected Respondent's demands, Respondent promised that he would get back to Complainant right away to see if we could still resolve our differences. But, instead of calling back, Respondent called the *New York Post* to leak the story. On March 1, 2015, Respondent got his wish when an article entitled "*Donald Trump Fighting for Domain Name of Future Development*" appeared in the newspaper's real estate section. *See* **Exhibit S**.

## VII.     GROUNDS FOR THIS ADMINISTRATIVE PROCEEDING

### A.     The Infringing Domain is Confusingly Similar to Mr. Trump's Marks

31.     Simply stated, the Domain is confusingly similar to Mr. Trump's TRUMP® trademarks because it consists of the Complainant's registered trademark followed by the word "estates". The inclusion of the word "estates", however, which the Merriam-Webster's Dictionary defines as a "large piece of land with a large house on it", does nothing to distinguish the Domains from Complainant's registered marks. Indeed, if anything, it makes the confusion worse – particularly given the fact that Mr. Trump is most known throughout the world for his real estate exploits. *See Volvo Trademark Holding AB v. Uvelov*, WIPO Case No. D2002-0521 (including a generic term with a famous mark aggravates rather than diminishes the likelihood of confusion); *Bayerische Motoren Werke AG v. bmwcar.com,* WIPO Case No. D2002-0615 (domain name that wholly incorporates registered trademark

establishes confusing similarity); *Quixtar Investments, Inc. v. Dennis Hoffman*, WIPO Case

No. D2000-0253 (domain name with addition of generic term found legally identical to

complainant's mark).

      32.    As the panel explained in *Vitamin Shoppe Industries, Inc. v. Kosher Vitamin*

*Express*, FA12100001466844:

> The test of confusing similarity under the Policy is confined to a
> comparison of the Domain Name and the trademark alone. *Wal-*
> *Mart Stores, Inc. v. Traffic Yoon*, D2006 0812 (WIPO Sept. 20,
> 2006). The top level domain ".com" is to be disregarded because
> top-level domains are a required element of every domain name:
> *Gardline Surveys Ltd. v. Domain Fin. Ltd.*, FA 153545 (Nat. Arb.
> Forum May 27, 2003).
>
> Confusion in this context, in the sense of bewilderment or failing
> to distinguish between things, may be regarded as a state of
> wondering whether there is an association, rather than a state of
> erroneously believing that there is one. An appropriate
> formulation might be: "Is it likely that, because of the similarity
> between the domain name on the one hand and the Complainant's
> trademark on the other hand, people will wonder whether the
> domain name is associated in some way with the Complainant?":
> *SANOFI-AVENTIS v. Jason Trevenio*, D2007 0648 (WIPO July
> 11, 2007).

      33.    As a result, given the reputation and renown of Mr. Trump's TRUMP® mark,

most Internet users, when seeing the infringing Domain, are likely to immediately recognize

Mr. Trump's mark, and assume that the infringing Domain and the websites associated with

them are owned, controlled or approved by Mr. Trump or his affiliated companies – no

different than Mr. Trump's numerous legitimate websites, many of which, like

www.trumpinternationalrealty.com and www.trumpnationalestates.com, have similar if not

nearly identical sounding names. In addition, consumers and other third parties who search

the Internet for legitimate information on Mr. Trump or about the businesses he owns and

controls may be directed to the Internet addresses incorporating the infringing Domain,

creating a high probability of confusion. *See GA Modefine S.A. v. O'Flynn* , WIPO Case No.

D2000-1424; *see also Volvo Trademark Holding*, WIPO Case No. D2002-0521. Upon being

redirected to Respondent's website from the Domain Names, consumers would have reasonably believed that they are either Complainant's websites or are somehow related to or approved by Complainant, when that is not the case.  *See*, *e.g.*, *Chinmoy Kumar Ghose v. ICDSoft.com & Maria Sliwa*, WIPO Case No. D2003-0248 ("it could never be a legitimate or fair use to select a domain name which is confusingly similar to another person's trade or service mark, with a view to misleadingly attracting visitors to a website linked to that domain name"); *Ciccone v. Parisi*, WIPO Case No. D2000-0847 ("[u]se which intentionally trades on the fame of another cannot constitute a 'bona fide' offering of goods or services").

**B.    Respondent Has No Legitimate Interest in the Infringing Domain**

34.    Nor can Respondent demonstrate any legitimate interest in the infringing Domain for several reasons.  First, as discussed above, there is no actual *bona fide* use of the Domain.  Instead, the Domain is simply being used to direct consumers to a website where Respondent advertises the Domain together with more than 50 other domains for sale. Moreover, as clearly shown by **Exhibit O**, there has been no actual use of the domain for the last five years. Second, as discussed above, both the registration and use of the Domain violate Mr. Trump's well established TRUMP® trademarks.  Third, as evidenced by his websites, the only reason Respondent appears to have registered the Domain in the first place was to sell it back to Complainant or somebody else at a sizeable profit.  Indeed, as shown above, Respondent is in the business of buying and selling domains for a profit.

35.    Since Mr. Trump's adoption and extensive use of the TRUMP® mark predates Respondent's registration of the infringing Domain, the burden is on Respondent to establish his rights or legitimate interests in the Domain.  *See PepsiCo, Inc. v. Amilcar Perez Lista d/b/a Cybersor*, WIPO Case No. D2003-0174.  Here, however, registration of the Domains occurred well <u>after</u> Mr. Trump had made extensive use and obtained numerous registrations for his TRUMP® mark.  Given these facts, Respondent clearly was on notice of Mr. Trump's rights before he registered Mr. Trump's trademarks in the form of the Domain.  *See generally*

12

*Chanel, Inc. v. Buybeauty.com*, WIPO Case No. D2000-1126 (given fame and substantial use, "no actual or contemplated bona fide or legitimate use of the Domain could be claimed by Respondent.").

36.     With Mr. Trump having now made a *prima facie* showing that Respondent possesses no legitimate rights or interests in the Domain, the evidentiary burden shifts to Respondent to show, through plausible, concrete evidence, that the Respondent does have a right or a legitimate interest in the Domain." *Id*.  For the reasons stated above, Respondent cannot meet this burden.

**C.     Respondent Registered and Is Using the Domain in Bad Faith**

37.     Here, Respondent unquestionably registered the Domain in bad faith.  As detailed above, Mr. Trump is one of the most recognizable individuals in the world and his TRUMP® marks enjoy international recognition, particularly in the area of luxury real estate.  As a result, it is simply therefore inconceivable that Respondent was unaware of the existence of Mr. Trump's trademarks and his affiliation with luxury real estate when he registered the infringing Domain.  *Heineken Brouwerijen B.V. v. Mark Lott*, WIPO Case No. D2000-1487, at § 6(3) (finding bad faith where complainant's international fame precludes innocent registration of a confusingly similar domain name).

38.     In fact, there is ample evidence to show that Respondent was well aware of Mr. Trump's established trademark rights.  For example, clearly aware of Mr. Trump's notoriety, for years, Respondent has been trying to sell the Domain, TRUMPESTATES.COM, on eBay for upwards of $21 million, advertising that this "highly sought out domain name once owned by Donald Trump can now be yours."  See **Exhibit T**.  Similarly, on April 11, 2013, Respondent, in another attempt to sell the Domain to the public, posted on his website "Donald Trump doesn't want this site, SO BID NOW!!!" *See* **Exhibit N**.  More recently, after Respondent received Complainant's cease and desist letter, his first reaction was not to try and refute the allegations, but demand in return that he be allowed to

appear on Mr. Trump's television show, the "*Apprentice*".  His second reaction was to call the *New York Post* in hopes of getting his name in the paper.  Given the foregoing, the evidence supporting Respondent's bad faith registration is overwhelming.

39.     But not only did Respondent register the Domain in bad faith, he is also clearly using the Domain in bad faith.  In fact, other than redirecting users to his websites, www.trumpestates.com and www.scottnot.com, where he offers various domains – including the Domain TRUMPESTATES.COM for either sale or rent -- Respondent is not using the Domain for any purpose whatsoever.  Pursuant to Paragraph 4(b) of the Policy, this is *per se* evidence of Respondent's bad faith use of the Domain.  *See* Policy, ¶4 (b) (evidence of bad faith use exists where "the registrant has registered or acquired the domain name primarily for the purpose of selling, renting, or otherwise transferring the domain name registration to the complainant who is the owner of the trademark or service mark or to a competitor of that complainant, for valuable consideration in excess of its documented out-of-pocket costs directly related to the domain name").  In view of the foregoing, Mr. Trump has met the requirements of the Policy.

## VIII.   REMEDIES REQUESTED

40.     Based on the foregoing, here, Mr. Trump has clearly established that (i) the infringing Domain, TRUMPESTATES.COM, is identical or confusingly similar to Mr. Trump's well-established TRUMP® trademarks, (ii) Respondent has no legitimate right or interest in the infringing Domain, and (iii) Respondent registered and is using the infringing Domain in bad faith.

41.     Accordingly, we respectfully request that the infringing Domain immediately be transferred to Mr. Trump.

## IX.     MUTUAL JURISDICTION

42.     In accordance with Paragraph 3(b)(xiii) of the Rules for Uniform Domain Dispute Resolution Policy, Mr. Trump agrees, with respect to any challenge that may be

14

made by Respondent to a decision by the Administrative Panel to transfer the infringing

Domain, to the jurisdiction of the courts of New York, where the Registrant is located.

## X.   OTHER LEGAL PROCEEDINGS

43.     Mr. Trump has not commenced, engaged or terminated any other legal

proceedings concerning the infringing Domain.

## XI.   COMMUNICATIONS

44.     Copies of this Complaint and cover sheet prescribed by the Supplemental

Rules were sent to Respondent on March 18, 2015, via email to ie@ebaynot.com

45.     On March 18, 2015, a copy of this Complaint was also sent to the Registrar

via email (addressed to support@misk.com).

## XII.  CERTIFICATION

46.     Complainant agrees that its claims and remedies concerning the registration of

the infringing Domain, the dispute, or the dispute's resolution shall be solely against the

domain-name holder and waives all such claims and remedies against (a) the dispute-

resolution provider and panelists, except in the case of deliberate wrongdoing, (b) the

Registrar, (c) the registry administrator and (d) the Internet Corporation for Assigned Names

and Numbers, as well as their directors, officers, employees and agents.

47.     Complainant certifies that the information contained in this Complaint is to the best of Complainant's knowledge complete and accurate, that this Complaint is not being presented for any improper purpose, such as to harass, and that the assertions in this Complaint are warranted under the Rules for Uniform Domain Dispute Resolution Policy and under applicable law, as it now exists or as it may be extended by a good-faith and reasonable argument.

Dated:  New York, New York
        March 18, 2015

Respectfully submitted,

Alan Garten, Esq.
c/o The Trump Organization
725 Fifth Avenue
New York, New York 10022
Tel.: (212) 836-3203
Fax:  (212) 980-3821
E-Mail: agarten@trumporg.com

*Attorney for Complainant Donald J. Trump*

**EXHIBIT A**

3/6/2015
Case 1:15-cv-02217-ENV-LB   Document 25   Filed 08/01/16   Page 19 of 266 PageID #: 507
Domain Registration, Website Design and Business Web Hosting at Register.com

 Company

Cart (0)   Log In   24/7 Support **1.866.455.1655**

Manage Account

**All Products**   Domains   Websites   Ecommerce   Hosting & SSL   Email   Online Marketing

# Whois Results

Great Partner Offers

 Print-friendly version

**Do another WHOIS lookup**

Domain Name: TRUMPESTATES.COM
Registrar WHOIS Server: whois.misk.com
Registrar URL: https://www.misk.com
Updated Date: 2012-03-05T14:21:20Z
Creation Date: 2010-03-08T04:53:50Z
Registrar Registration Expiration Date: 2016-03-08T00:00:00Z
Registrar: Misk.com, Inc.
Registrar IANA ID: 401
Registrar Abuse Contact Email: abuse@misk.com
Registrar Abuse Contact Phone: +1.8458964602
Domain Status: clientTransferProhibited
Registrant Name: scott stephens
Registrant Organization: cnaip inc
Registrant Street: 13 bach rd
Registrant City: saugerties
Registrant State/Province: NY
Registrant Postal Code: 12477
Registrant Country: United States
Registrant Phone: +1.9095819701
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: ie@ebaynot.com
Admin Name: scott stephens
Admin Organization: cnaip inc
Admin Street: 13 bach rd
Admin City: saugerties
Admin State/Province: NY
Admin Postal Code: 12477
Admin Country: United States
Admin Phone: +1.9095819701
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:

Admin Email: ie@ebaynot.com
Tech Name: scott stephens
Tech Organization: cnaip inc
Tech Street: 13 bach rd
Tech City: saugerties
Tech State/Province: NY
Tech Postal Code: 12477
Tech Country: United States
Tech Phone: +1.9095819701
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: ie@ebaynot.com
Name Server: NS11.IXWEBHOSTING.COM
Name Server: NS12.IXWEBHOSTING.COM
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2015-03-06T15:39:20Z <<<

TERMS OF USE:
The Data in the Misk.com Registrar WHOIS database is provided to you by Misk.com
for information purposes only, and may be used to assist you in obtaining
information about or related to a domain name's registration record.

You agree that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to allow, enable, or otherwise support:
(a) the transmission of unsolicited advertising
and solicitations of any kind, including spam; or
(b) high volume, automated, electronic processes
that collect or compile this data for any purpose.

The compilation, repackaging, dissemination, or other use of this Data is
expressly prohibited without the prior written consent of Misk.com.

Misk.com makes this information available "as is," and does not guarantee its
accuracy.

Misk.com reserves the right to terminate your access to the Misk.com WHOIS
database in its sole discretion, including without limitation, for excessive
querying of the WHOIS database or for failure to otherwise abide by this
policy.

Misk.com reserves the right to modify these terms at any time.

By submitting this query, you agree to abide by these terms.
The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.

🖶 Print-friendly version

Do another WHOIS lookup

Case 1:15-cv-02217-ENV-LB Document 23 Filed 08/01/16 Page 21 of 266 PageID #: 509



The
# Best Domains
are already *taken?!*

# Find the right solution for your business     1.866.455.1655

**register.com**®

Register.com is a Web.com Company. Register.com provides the essential tools that businesses need to build and manage their online presence. With over 15 years in the industry, 50 products, 2 million domain names under management, and hundreds of thousands of satisfied customers Register.com is the leader in online small business tools.

Account Log In | Reseller Programs

## Products

Domain Names

Email Hosting

Do-It-Myself Website

Do-It-For-Me Website

eCommerce

SSL Certificates

Web Hosting

Online Marketing

## Support

Customer Support

Contact Us

Customer Feedback

## Resources & Tools

Email log-in

Learning Center

Partner Offers

## Company Information

About Us

Who is Web.com?

Web 101 Blog

## Partner with Register.com

Become an Affiliate

Advertising with Register

Become a Reseller



© 1995 - 2015 by Register.com®. Please read our Disclaimer, Privacy Notice, Services Agreement, Dispute Policy, and DMCA notice.

Call us toll free at 1.866.455.1655; Outside the US please call 1.902.749.2762

**EXHIBIT B**

Case 1:15-cv-02217-ENV-LB   Document 29   Filed 03/01/16   Page 23 of 266 PageID #: 511





| Home | Registrars | FAQ | Whois |

**The Accredited Registrar Directory:**

The information that appears for each registrar, including the referral web address and contact information, has been provided by each individual registrar.

# Registrar Contact Information

 

**Misk.com, Inc.**
93 S Jackson St #33544
Seattle WA 98104-2818
United States
+1.8458964602
support@misk.com

Misk.com has been registering domain names for customers since 1998. We are driven by research and innovation and a passion for stellar customer service.

This page last updated on Thursday, 05-March-2015

EXHIBIT C



Cart - Empty

Domains      Essentials      Email                                    Support      Control Panel

# Terms of Service (TOS)

**Legal Agreements**

**Last Updated on: February 6, 2015**

Terms of Service

This Terms of Service (TOS) is a contract that sets out the rights and responsibilities of Misk.com, Inc. (Misk, we, us or our) and the users of the Products (as that term is defined in this TOS) provided by Misk (Customer, you or your).  This TOS applies to you whether you purchased the Products directly from Misk, or from one of our customers.  Even though this TOS is not physically signed, we each agree to be bound by it.  This TOS incorporates other agreements between Misk and you, such as our Acceptable Use Policy (AUP) and Privacy Policy.  These other agreements, along with this TOS, are collectively referred to as the "Agreements."  These Agreements, may be modified from time-to-time without notice to you.  You agree to be bound by these modifications.  The most recent version of this TOS can always be found on our website.

Acceptable Use Policy

Privacy Policy

Domain Expiration Policy

Domain Name Dispute Policy

Registrant Rights and Responsibilities

Misk provides Products to you either directly, or in conjunction with other businesses.  These businesses may have contracts that differ from this TOS.  We will provide you with links to these contracts on request.  Some of Misk's Products allow you to use services provided by other businesses.  It is important to know that the Agreements apply even if your use of the Products is simply to facilitate a use of a third party product.

If you purchase Products from Misk and are not the final user, it is your obligation to ensure that ultimate end user of the Products, and all other intermediate users (collectively "End User(s)"), comply with the Agreements.  You acknowledge, that for domain name purchases, Misk's acceptance of any domain name registration application will take place at the offices set out in its registrar agreement:  Fishkill, New York, USA.

**Section A**

**1.       Products**

1.1       The term "Product" or "Products" refers to the services, software and other items provided to you by Misk.  The specific features of the Products are set out on our website (Product Description).  You may purchase more than one Product from Misk.  Each Product is covered by this TOS and all of our other Agreements.  This TOS may have additional terms that apply only to specific Products.

1.2     This section of the TOS applies to all Products.  You may be bound by additional sections incorporated in Sections B and C.  Please review the entire TOS to ensure that you understand the full extent of your obligations.

1.3     The features, prices and other aspects of the Products you purchase from Misk will be provided to you in the form and manner set out in the Product Description as it is set out on Misk's website on the Effective Date.  Misk continually evaluates the features, prices and other aspects of the Products.  From time-to-time, Misk may make changes in these features and prices, and is under no obligation to offer these new features and prices to you.  The prices set out on our website are valid as of the Effective Date. The prices of the Products provided by Misk or third parties are not guaranteed.  Those prices may change after the Effective Date.

1.4     If certain features of a Product are provided by a third party, that third party may have reserved the right to make changes to its services.  We will use reasonable efforts to inform you of these changes.

**2.     Accurate Information**

2.1     The information you provide to us must be accurate and current.  It is your obligation to update this information if it changes.  This information is required to provide the Products to you.  We have no liability if we are unable to provide the Products to you because you have not provided us with accurate information.  We have no responsibility for communications that are misdirected as a result of your failure to provide us with updated contact information.  You are required to respond within 7 business days of our request for additional information from you, or for a request to validate your information.  If we believe you have provided us with false, misleading or inaccurate information, we may terminate this TOS without notice, penalty, or other obligation to you.

2.2     On occasion, we may need to communicate with you by email about issues related to billing, service changes, additions and modifications to the Products.  It is your responsibility to provide a working, monitored, email address to us.

**3.     Effective Date**

We each become bound by this TOS when you submit an order for a Product (Effective Date).  We are under no obligation to provide a Product to you until your order is approved by us.

**4.     Term**

This Agreement will begin on the Effective Date and continue for the term set out on the Product Description Page (Initial Term).  After the expiration of the Initial Term, the Agreement will renew for successive periods of equal length (Renewal Term) (collectively the "Term").  If the Product Description Page does not contain an Initial Term, the Initial Term shall be one month.  If you terminate this TOS, or a particular Product prior to the expiration of a Term, you will not receive a refund of Fees paid.

5.     **Cancellation**

5.1     All sales are final. You will not receive a refund for any cancellation.

5.2     Misk offers auto-renewal of certain products. Auto-renewal extends the term of the Product automatically. The auto-renewal feature may be cancelled on any Product through your control panel or in writing by email. You must give us 30 days notice or notice stated on the Product Description Page. A cancellation notice received outside of this time frame, will be processed, and effective, for subsequent Renewal Terms. When you request cancellation of auto-renewal, the Product will be canceled on the last day of the Initial or Renewal Term.

6.     **Termination**

6.1     We reserve the right to immediately terminate this TOS, and suspend or cancel your Products: (i) for a violation of any provision of this TOS or any other Agreement, including third party agreements that apply to you through this TOS; and/or (ii) your failure to pay any amounts due. This right of termination or suspension is without prejudice to any other rights we may have. You are not entitled to any type of notice or protest should we exercise these rights. You will not receive a refund if the Products are terminated or suspended.

6.2     One party may also terminate this TOS upon the occurrence of a material breach which has not been cured by the other party within 30 calendar days of their receipt of written notice of the breach. Notices of material breach must contain sufficient detail for the party against whom the assertion of material breach is directed, to identify the breach and attempt to take corrective action.

6.3     Upon termination, your account will be closed and the Products terminated. We have no responsibility to forward email, or other communications, once your account is closed. You are encouraged to keep the Products active during a transition period should you seek to forward your email or other communications.

6.4     Following termination, you may be offered a grace period during which the Products may be reinstated. However, we are under no obligation to offer such a grace period to you, and we are under no obligation to continue to offer such a grace period if we have done so in the past.

7.     **Payment**

7.1     The fees and charges for the Product are set out on the Product Description Page (Fees). The Product Description Page may also contain a date on which the Fees are due (Due Date). Fees begin to accrue on the Effective Date.

7.2     Our obligation to provide the Products is contingent on your payment of the Fees by the Due Date. You must pay the Fees without set off or deduction. It is your responsibility to ensure that we receive payment of the Fees and that the information necessary for us to collect the Fees is current. Entering into this TOS signifies your acceptance of our initial and continuing credit approval and fraud avoidance procedures and policies. We reserve the right to withhold initiation or full implementation of the Products until we are satisfied with our initial credit and fraud review.

7.3     If the Fees are not received when due, your account will be considered delinquent.  At that time our system will automatically place your account on hold.  Putting an account on hold renders your account and the Products unusable.  To reinstate your account, we may charge you:  (i) a returned check fee in the amount of $50; (ii) interest in the amount of 2.0% per month, or the maximum amount allowed by law; (iii) collection charges; (iv) any fees levied on us by our financial institution; and/or (v) a reinstatement fee of $50.  During the period in which your account is delinquent, we reserve the right to terminate this TOS and the Products.  If you purchase a domain name from, or through us, if allowed by the registry authority, we may take possession of the domain name during the period your account is suspended. You have 30 days to resolve any billing disputes at which point the Product (including domain names) will be terminated or transferred to our name.  In the case of a billing dispute involving a domain name, restoring the domain name to you will be our sole and exclusive obligation to you and your sole and exclusive remedy. If you present a dispute to your credit card issuer alleging that you are not obligated to pay for a Product, and we prevail in that dispute, you will be charged a $50 investigation fee.

7.4     You may choose to purchase certain products that are provided by other parties through Misk (Third Party Products).  Fees for the Third Party Products may not appear on Misk's invoices in the month on which they are delivered.  You agree to pay for these Third Party Products regardless of the length of time elapsed between their delivery date, and the date on which you are charged.

## 8.     Email Services, SPAM Filtering  and Virus Scanning

8.1     We may use software and other techniques to protect our company from viruses, SPAM and other items that we, in our sole and exclusive judgment, believe may harm our business.  However we are not responsible for any harm caused to you by these devices.

8.2     We are not responsible for the failure to process email that we have labeled as SPAM or as otherwise harmful to our network.  We are also not responsible for delivery failures caused by the operation of a third party recipient's SPAM filtering software.  It is your responsibility to review your "spam" folder from time-to-time.  Email labeled as SPAM will only be available to you for a short period of time.

8.3     Email accounts are not designed to function as permanent storage.  We assume no responsibility for email files that are damaged or inadvertently deleted.

## 9.     Network Security

In some cases, it may be necessary for us to restrict your access to the Products, or temporarily disable the Products altogether to protect our network and service to other customers.  Actions we take to protect our network shall be considered Force Majeure events to the extent they impact your ability to use the Products.

## 10.     Account Security

10.1     We make tools available to you that are designed to make your use of the Internet more secure. These tools are provided on an AS-IS basis and are used at your own risk. You are encouraged to evaluate other methods of making your Internet transactions more secure.

10.2     When your Products are set up, you will receive a username, password and other information related to your account. It is very important that you protect this information from unauthorized disclosure. It is your obligation to notify us if you have lost any of this information, or you believe there is unauthorized use of the Products. We can not be responsible for any damages, extra charges or any other harm that occurs as a result of lost, stolen, or misplaced information of this sort.

10.3     The Internet is no more or less secure than any other method of communication. You are solely responsible for ensuring that your data is secure, that confidential information remains confidential, and that you do not expose your business to risks you are not prepared to assume. We reserve the right to take immediate action to suspend or terminate your account if, in our sole and exclusive discretion, you or an End User are engaging in activities that jeopardize our security, the security of other customers, or of the Internet in general. You may not be provided with advance notice that we are taking such action.

**11.     Licenses and Intellectual Property**

11.1     Misk grants to you a non-exclusive, non-transferable, worldwide, royalty free license to use technology provided by Misk solely to access and use the Products. This license terminates on the expiration or termination of this TOS. Except for the license rights set out above, this license does not grant any additional rights to you. All right, title and interest in Misk's technology shall remain with Misk or Misk's licensors. You are not permitted to circumvent any devices designed to protect Misk's, or its licensor's, ownership interests in the technology provided to you. In addition, you may not reverse engineer this technology.

11.2     Information you provide to us, and our responses, related to technical support, implementation, operation or administration of the Products is not confidential. We may use this information, as well as aggregate information gleaned from the operation of our business in general, to improve, or create new products. We shall be the exclusive owners of this intellectual property. You waive any rights you may in this intellectual property, and assign all right, title and interest in it to us.

11.3     You grant Misk, and any third parties used by Misk to provide the Products, a non-exclusive, non-transferable, worldwide, royalty free license to use, disseminate, transmit and cache content, technology and information provided by you and, if applicable, End Users, in conjunction with the Products. This license terminates on the expiration or termination of this TOS. All right, title and interest in your technology shall remain with you or your licensors.

**12.     Your Representations and Warranty**

You represent and warrant to Misk that: (i) you have the experience and knowledge necessary to use the Products; (ii) you understand and appreciate the risks inherent to you, your business and your person, that come from accessing the Internet; (iii) you will provide us with material that may be implemented by us to provide the Products without extra effort on our part; (iv) you have sufficient knowledge about administering, designing and operating the functions facilitated by the Products to take advantage of the Products; and/or (v) that you own outright, or have a license to use, all items necessary for us to make the Products available to you, including, but not limited to, your domain name, if applicable.

**13.     Disclaimers**

13.1     ALL PRODUCTS ARE PROVIDED ON AN AS-IS AND AS-AVAILABLE BASIS.  OTHER THAN AS EXPRESSLY SET OUT HEREIN, MISK HAS NOT, AND DOES NOT, MAKE ANY WARRANTIES WHETHER EXPRESS OR IMPLIED.  THIS DISCLAIMER INCLUDES, BUT IS NOT LIMITED TO, WARRANTIES OF NON-INFRINGEMENT, FITNESS FOR A PARTICULAR PURPOSE, FRAUD, MERCHANTABILITY, AND/OR TITLE.  MISK DOES NOT WARRANT THAT THE PRODUCTS WILL BE UNINTERRUPTED, ERROR OR FAILURE FREE, SECURE OR FREE FROM VIRUSES OR OTHER HARMFUL COMPONENTS. MISK IS NOT LIABLE, AND EXPRESSLY DISCLAIMS ANY LIABILITY, FOR THE CONTENT OF ANY DATA TRANSFERRED EITHER TO, OR FROM, YOU OR STORED BY YOU OR END USERS VIA THE PRODUCTS PROVIDED BY MISK.  MISK SPECIFICALLY DISCLAIMS ANY AND ALL WARRANTIES REGARDING PRODUCTS PROVIDED BY THIRD PARTIES, REGARDLESS OF WHETHER THOSE PRODUCTS APPEAR TO BE PROVIDED BY MISK.  MISK ALSO SPECIFICALLY DISCLAIMS ANY RESPONSIBILITY FOR THE FAILURE OF THIRD PARTIES TO ACTUALLY REGISTER OR PROPAGATE DOMAIN NAMES, EITHER IN WHOLE, OR ON A TIMELY BASIS.  NO WARRANTIES MADE BY THESE THIRD PARTY ENTITIES TO MISK SHALL BE PASSED THROUGH TO YOU, NOR SHALL YOU CLAIM TO BE A THIRD PARTY BENEFICIARY OF SUCH WARRANTIES.

13.2     THIS WARRANTY DISCLAIMER EXTENDS TO ANY ORAL OR WRITTEN INFORMATION YOU MAY HAVE RECEIVED FROM MISK, ITS EMPLOYEES, THIRD-PARTY VENDORS, AGENTS OR AFFILIATES.   YOU MAY NOT RELY ON SUCH INFORMATION.

13.3     SOME STATES DO NOT ALLOW MISK TO EXCLUDE CERTAIN WARRANTIES.  IF THIS APPLIES TO YOU, YOUR WARRANTY IS LIMITED TO 90 DAYS FROM THE EFFECTIVE DATE.

**14.     Limitation of Liability**

14.1     The Internet is essentially unregulated.  No tool, software, device or procedure is totally effective in eliminating risks inherent in connecting to the Internet.  It is your responsibility to weigh the risks to your business that are created when you connect to the Internet.  Misk does not control your content, nor the content accessed by you, or End Users, through, or via, Misk.  It is your obligation to ensure the accuracy, integrity, title or ownership, and security of anything you receive from the Internet.  You agree that Misk has no liability, of any sort, for content you or End Users access from the Internet.

14.2    Misk provides no guarantee that the Products will be uninterrupted, or continuous, that you will be able to access the Products at a particular time, that any data transmitted by Misk is accurate, error free, virus free, secure, or inoffensive. You acknowledge that it is your responsibility to keep back-up copies of your data independently of us. Misk is not responsible for any loss of data, for any reason. Misk is not liable for unauthorized access to, or any corruption, erasure, theft, destruction, alteration or inadvertent disclosure of, data, information or content, transmitted, received, or stored on its system.

14.3    It is your responsibility to determine that the Products and any equipment provided by us, or third party vendors, is compatible with your equipment. You are strongly advised to back-up your computer prior to installing any equipment or using the Products. We are not responsible for any damages you sustain that occur because of incompatible, improperly configured equipment or that otherwise causes harm to you.

14.4    IN NO EVENT WILL MISK'S LIABILITY HEREUNDER EXCEED THE AGGREGATE FEES ACTUALLY RECEIVED BY MISK FROM YOU FOR THE 12 MONTH PERIOD IMMEDIATELY PRECEDING THE EVENT GIVING RISE TO SUCH LIABILITY. FOR THE PURPOSES OF THIS PARAGRAPH ONLY, THE TERM MISK SHALL BE INTERPRETED TO INCLUDE MISK'S EMPLOYEE'S, AGENTS, OWNERS, DIRECTORS, OFFICERS, AFFILIATES, AND THIRD PARTIES PROVIDING PRODUCTS TO YOU THROUGH MISK.

14.5    YOU AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, YOU WILL NOT UNDER ANY CIRCUMSTANCES INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE, HOLD MISK OR ITS LICENSORS, AGENTS, EMPLOYEES, OFFICERS AND/OR THIRD PARTY VENDORS, LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES WHATSOEVER INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, COST SAVINGS, REVENUE, BUSINESS, DATA OR USE, OR ANY OTHER PECUNIARY LOSS BY YOU, ANY OF YOUR END USERS OR ANY OTHER THIRD PARTY. YOU AGREE THAT THE FOREGOING LIMITATIONS APPLY WHETHER IN AN ACTION IN CONTRACT OR TORT OR ANY OTHER LEGAL THEORY AND APPLY EVEN IF MISK HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. SOME JURISDICTIONS DO NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES; YOU AGREE THAT IN THOSE JURISDICTIONS MISK'S LIABILITY WILL BE LIMITED TO THE EXTENT PERMITTED BY LAW.

**15.    Indemnification**

15.1    You agree to indemnify, defend and hold harmless Misk and its parent, subsidiary and affiliated companies, third party service providers and each of their respective officers, directors, employees, shareholders and agents (each an "indemnified party" and, collectively, "indemnified parties") from and against any and all claims, damages, losses, liabilities, suits, actions, demands, proceedings (whether legal or administrative), and expenses (including, but not limited to, reasonable attorney's fees) threatened, asserted, or filed by a third party against any of the indemnified parties arising out of or relating to:  (i) your use of the Products; (ii) any violation by you of any of Misk's policies; (iii) any breach of any of your representations, warranties or covenants contained in the Agreements; and/or (iv) any acts or omissions by you. The terms of this paragraph shall survive any termination of the Agreements. For the purpose of this paragraph only, the terms used to designate you include you, End Users, visitors to your website, and users of your products or the Products, the use of which is facilitated by us.

15.2    Misk may, at its option, indemnify and hold you harmless from, and at its own expense agrees to defend, or at its option to settle, any claim, suit or proceeding brought or threatened against you so far as it is based on a claim that a Product actually provided by Misk hereunder infringes any U.S. patent or trademark.   This indemnification provision is expressly limited to Products which are fully owned by Misk.  It does not extend to Products provided by third parties directly or through us.  If allowed in its agreements with third parties, Misk shall flow down similar intellectual property indemnification provisions to you.  This paragraph will be conditioned on you notifying Misk promptly in writing of the claim and giving Misk full authority, information, and assistance for the defense and settlement thereof.  You shall have the right to participate in the defense of the claim at your expense. If such claim has occurred, or in Misk's opinion is likely to occur, you agree to permit Misk, at its option and expense, either to:  (i) procure for you the right to continue using the Product; (ii) replace with a Product, regardless of manufacturer, performing the same or similar function as the infringing Product, or modify the same so that it becomes non-infringing; or (iii) if neither of the foregoing alternatives is reasonably available, immediately terminate Misk's obligations (and your rights) under this Agreement with regard to such Product and/or refund the Fee for the affected Product actually received by Misk from you for the 12 month period immediately preceding the occurrence of the event on which the indemnification claim is based.  This obligation to indemnify you shall be our only obligation, and your only remedy, should there be an allegation that a Product infringes a U.S. patent or trademark.

**16.    Notices**

16.1    Notices will be sent to you at the address you provide to us.  It is your obligation to ensure that we have the most current address for you.

Notices regarding this TOS and other Misk policies should be directed to:

Misk.com, Inc.
Attn: General Counsel
93 S Jackson St #33544
Seattle, WA 98104-2818

**17.    Force Majure**

Except for the obligation to pay monies due and owing, neither party shall be liable for any delay or failure in performance due to events outside the defaulting party's reasonable control, including without limitation acts of God, third party vendors, cable cuts or other interruptions in telecommunications services, suppliers or agents, earthquake, labor disputes, shortages of supplies, business failures or interruptions, riots, war, fire, epidemics, or delays of common carriers or other circumstances beyond its reasonable control.  The obligations and rights of the excused party shall be extended on a day to day basis for the time period equal to the period of the excusable delay.  The party affected by such an occurrence shall notify the other party as soon as possible, but in no event more than ten days from the beginning of the event.

**18.    Choice of Law, Jurisdiction and Venue**

This Agreement is made under and shall be construed according to the laws of the State of New York.  Venue and jurisdiction shall be proper before the U.S. District Court for the Southern District of New York in White Plains, New York (Court), and the Court shall have exclusive jurisdiction over any dispute involving this Agreement.  Should the Court not have jurisdiction or venue, the parties agree that all claims shall be brought before the courts of the State of New York located in White Plains, New York.  The parties specifically disclaim the UN Convention on Contracts for the International Sale of Goods.

**19.     No Waiver**

No waiver of rights under this TOS shall constitute a subsequent waiver of this or any other right under this TOS.

**20.     Assignment**

This TOS and applicable Agreements may be assigned by Misk.  It may not be assigned by you.  The TOS and applicable Agreements shall bind and inure to the benefit of the corporate successors and permitted assigns of the parties.

**21.     Severability**

In the event that any of the terms of this TOS become or are declared to be illegal or otherwise unenforceable by any court of competent jurisdiction, such term(s) shall be null and void and shall be deemed deleted from this TOS.  All remaining terms of this TOS shall remain in full force and effect.

**22.     Precedence**

Your use of the Products is also governed by our AUP and Privacy Policy.  In the event of inconsistencies between this TOS, the AUP, or the Privacy Policy, the AUP, Privacy Policy, then the TOS shall govern.  This TOS contains three sections.  In the event of a conflict between the sections, they shall have the following precedence:  C, B then A.  However, the warranties and indemnification provisions set out in the various Agreements (including the sections of the TOS) shall be construed together, and one provision shall not be in lieu of the other, unless expressly stated.

**23.     No Modification**

This TOS is the entire agreement between us.  We may revise, amend, or modify this TOS at any time.  The Agreements may not be amended or modified by you except by a written document signed by both you and our authorized representative.  This provision does not apply to changes mandated by the Internet Corporation for Assigned Names and Numbers (ICANN) or any domain name registrar.  You may not terminate this TOS or any Agreement for any reason based on such a change.

**24.     No Agency**

This TOS does not create any agency, partnership, joint venture, or franchise relationship.  Neither party has the right or authority to, and shall not, assume or create an obligation of any nature whatsoever on behalf of the other party or bind the other party in any respect whatsoever.  We may subcontract any of our obligations under the TOS without notice or your consent.

**25.      Survival**

The following paragraphs shall survive the termination or expiration of this TOS:  Section A:  13, 14, 15, 16, 18, 22, 25; Section B:  7, 8; Section C: those paragraphs which must survive as set out in our agreement with the domain name registrar.

**Section B**

**1.      Domain Name Registrations**

1.1      This section of our TOS applies to you if you purchase domain names from, or through, us.  It is important to note that there are particular provisions that may apply to your domain extension that are set out in Section C.  Please read Section C carefully.  Unless another dispute resolution policy is set out in Section C, by purchasing a domain name from us, you agree to the ICANN domain name dispute policy, which may be found here: http://www.icann.org/dndr/udrp/policy.htm

1.2      Misk is an accredited domain name registrar with the Internet Corporation for Assigned Names and Numbers (ICANN) under an agreement between Misk and ICANN (ICANN Agreement). Misk is also an accredited domain name registrar with other registries.  Each of their policies are incorporated throughout our Agreements.  You acknowledge that Misk may modify these Agreements if necessary to comply with the ICANN Agreement, or our agreements with any other registry, or as otherwise provided herein.  Such a modification shall not be a material breach of this TOS, nor shall you be entitled to terminate this TOS, or any Agreements, based on such a change.

1.3      Misk is also a registration service provider for Tucows, Inc. (Tucows, http://www.tucows.com). Some of our domain name registrations will be processed through Tucows. Applications processed through Tucows are also bound by the terms of Tucows' Registration Agreement, available at http://www.opensrs.com/docs/contracts/exhibita.htm.

1.4      Your registration of a Domain Name shall be subject to suspension, cancellation, or transfer pursuant to any ICANN adopted specification or policy, or pursuant to any registrar or registry procedure not inconsistent with an ICANN adopted specification or policy, (1) to correct mistakes by us or the Registry Operator in registering the Domain Name or (2) for the resolution of disputes concerning the Domain Name.

1.5      Our domain name expiration policy is here: https://www.misk.com/kb/domain-expiration-policy

**2.      Pending Applications**

When you provide information to us to register a domain name, the domain name is not immediately registered.  You have presented us with an application to register a domain name (Registration Application).  This Registration Application must be processed by us before it can be submitted for registration.  There are a number of cases in which your Registration Application may be denied, or the domain name fail to be registered.  Examples of these include, but are not limited to:  your failure to meet our credit or fraud standards; your failure to meet the domain registry, or the third party we use to register your domain name's, standards; or registration of the domain name by another person during the period of time in which we are processing the Registration Application; and/or your failure to pay the Fees.  We are not responsible to you in any way, for a failure to register a domain name.

**3.      Domain Transfers**

For the first sixty days following your initial registration, renewal, or transfer, of a domain name with us, you agree that you may not transfer it to another domain name registrar.  After that time, you may transfer your domain name, pursuant to our domain name transfer policy, available here: http://www.icann.org/transfers/policy-12jul04.htm, or in the applicable provision of Section C.

**4.      Domain Hold**

In certain circumstances we may be required to put your domain on hold.  We may put your domain on hold, and suspend resolution of your domain name to a website:  if we are required to do so; it violates our AUP; or if based on our reasonable judgment, such a suspension is necessary.  We may suspend your domain name even if we do not provide any dns, hosting, or e-mail services to you, but are only your domain registrar.

**5.      Information you provide to us**

5.1     In your Registration Application, you must provide the following:

5.1.1    The name, postal address, e-mail address, voice telephone number, and (where available) fax number of the registrant (owner) of the domain name; and

5.1.2    The name, postal address, e-mail address, voice telephone number, and (where available) fax number of the administrative contact for the domain name (administrative contact).

5.1.3    The name, postal address, e-mail address, voice telephone number, and (where available) fax number of the technical contact for the domain name.

5.1.4    The name, postal address, e-mail address, voice telephone number, and (where available) fax number of the billing contact for the domain name.

5.1.5    The names of the primary name server and secondary name server(s) for the domain name;

5.1.6    Any other information that may be required from specific registries.

(Registration Information)

5.2     You are required to provide us with accurate Registration Information, and update the Registration Information when it becomes inaccurate.  We may ask you from time-to-time to verify the accuracy of the Registration Information.  You are required to respond to our request within 15 calendar days.  Your failure to respond, or provide us with accurate or updated Registration Information, is a material breach of this TOS.  This material breach is a basis for the cancellation of your domain name.  If your domain name is cancelled, you may lose any registration rights you previously held.

5.3     You are required to provide us with your own full contact information, and for providing and updating accurate technical and administrative contact information, to allow us and others to resolve any problems that arise in connection with the domain name.  You are liable for any harm caused by the wrongful use of the domain name, even if you have licensed its use to another party.

5.4     You agree that a domain name you register through us may be suspended, cancelled or transferred if required by ICANN, us, a court, or the third party we use to register your domain name, if necessary to correct a mistake or as applicable during or following the resolution of a dispute regarding the domain name.

5.5     The person, or entity, listed as the owner (as set out in paragraph 5.1.1 above) in our records will be considered by us as having full right, title and authority in the Domain Name.

**6.      How we will use the Registration Information**

6.1     We will make the Registration Information that you provide, or that we otherwise maintain, available to ICANN, the third party we use to register your domain name, and to such other parties as ICANN or applicable laws may require or permit. You further agree that we may make publicly available, or directly available to third party vendors, some, or all, of the Registration Information you provide, for purposes of inspection (such as through our WHOIS service) or for targeted marketing and other purposes as required or permitted by ICANN and applicable laws.  You are required to provide the Registration Information to us.  We represent that unless otherwise stated in our TOS or Privacy Policy, the Registration Information will only be used as set out in this paragraph.

6.2     You agree that we make use the Registration Information in this manner.  If you are presenting Misk with a Registration Application on behalf of a third-party you represent that you have provided the third party with the notices set out in this section, and have obtained their consent for the use of the Registration Information in the ways set out here.  You may access the Registration Information through our control panel service, or similar service, made available at our web site.   Some of the Registration Information may contain data about any identified or identifiable natural person (Personal Data).  This Personal Data will be disclosed as set out in this TOS and in our Privacy Policy.  However, we agree that we will take reasonable precautions to protect the Personal Data from loss, misuse, unauthorized access or disclosure, alteration, or destruction.

**7.      Disputes**

7.1    You agree to be bound by our domain name dispute policy.  In addition, should a dispute arise concerning or arising from the use of a domain name you have registered through us, you agree to submit to the jurisdictions of the courts where you are domiciled, and where the registrar is located. The registrar is located in Fishkill, New York.  You agree that this consent to jurisdiction is without prejudice to other potentially applicable jurisdictions.

7.2    For Products provided pursuant to Sections B and C, and unless otherwise provided in Section C below, you agree to submit to the jurisdictions of the courts where you are domiciled, and where we are located.  We are located in Fishkill, New York.  You agree that this consent to jurisdiction is without prejudice to other potentially applicable jurisdictions.

**8.        Representations, Warranties and Indemnification**

8.1       In addition to, and not in lieu of, all other representations and warranties set out in this TOS, and the Agreements, you represent, to the best of your knowledge and belief that neither the registration of the domain name, nor the manner in which it is used, infringes the legal rights of any third party.  You agree to indemnify us for any claims made against us based on this representation.  We reserve the right to deny, lock, suspend, cancel or transfer any domain name that you attempt to register, or have already registered, in our sole and exclusive discretion, if we believe that doing so will protect the domain name registry, to comply with any applicable laws or regulations, or to avoid liability to Misk.  We may freeze domain names during a dispute brought pursuant to the UDRP or the relevant domain name dispute provision set out in Section C.

8.2       You agree to hold us, any third party registry used by us, and all of our directors, officers, employees and agents harmless from and against any and all claims, damages, liabilities, costs and expenses (which includes, but is not limited to reasonable legal fees and expenses) which arise out of or are related to the domain name registration.

**Section C**

You are bound by the policies and registration agreements set out below that are applicable to the top level domain you purchase from us.

**1.        .com and .net**

1.1       You agree to be bound by the ICANN Uniform Dispute Resolution Policy.  The policy is located here: http://www.icann.org/dndr/udrp/policy.htm.  In addition, should a dispute arise concerning or arising from the use of the domain name, you agree to submit to the jurisdictions of the courts where you are domiciled, and where we are located.  We are located in Fishkill, New York.  You agree that this consent to jurisdiction is without prejudice to other potentially applicable jurisdictions.

1.2       You agree to be bound by the domain name transfer agreement located here:  http://www.icann.org/transfers/policy-12jul04.htm.

1.3     You agree to indemnify, defend and hold harmless VeriSign, Inc., and its directors, officers, employees, agents, and affiliates from and against any and all claims, damages, liabilities, costs and expenses, including reasonable legal fees and expenses arising out of or relating to your domain name registration.

**2.      .org**

You agree to indemnify, defend and hold harmless Public Interest Registry and its subcontractors, shareholders, directors, officers, employees, agents and affiliates from and against any and all claims, damages, liabilities, costs and expenses, including reasonable legal fees and expenses arising out of or relating to your domain name registration.  This indemnification requirement shall survive the termination or expiration of this TOS.

**3.      .info**

3.1     You agree to be bound by the ICANN Uniform Dispute Resolution Policy.  The policy is located here:  http://www.icann.org/dndr/udrp/policy.htm

3.2     You agree to be bound by the domain name transfer agreement located here:  http://www.icann.org/transfers/policy-12jul04.htm.

3.3     You agree to indemnify, defend and hold harmless Afilias Limited, and its directors, officers, employees and agents from and against any and all claims, damages, liabilities, costs, and expenses, including reasonable legal fees and expenses, arising out of or relating to your domain name registration.  This indemnification obligation shall survive the termination or expiration of this TOS.

**4.      .biz**

4.1     Registrations in the .biz top level domain must be used or intended to be used primarily for bona fide business or commercial purposes. For purposes of the .biz registration restrictions, "bona fide business or commercial use" shall mean the bona fide use or bona fide intent to use the domain name or any content, software, materials, graphics or other information thereon, to permit Internet users to access one or more host computers through the DNS:

4.1.1     To exchange goods, services, or property of any kind;

4.1.2     In the ordinary course of trade or business; or

4.1.3     To facilitate (i) the exchange of goods, services, information, or property of any kind; or, (ii) the ordinary course of trade or business.

4.2     "Bona fide business or commercial use" excludes registering a domain name solely for the purposes of (1) selling, trading or leasing the domain name for compensation, or (2) the unsolicited offering to sell, trade or lease the domain name for compensation.

4.3     When you submit a Registration Application for a .biz top level domain, you certify, to the best of your knowledge:

4.3.1    The registered domain name will be used primarily for bona fide business or commercial purposes and not (i) exclusively for personal use; or (ii) solely for the purpose of (1) selling, trading or leasing the domain name for compensation, or (2) the unsolicited offering to sell, trade or lease the domain name for compensation;

4.3.2     That you have the authority to enter into this TOS; and

4.3.3     The registered domain name is reasonably related to your business or intended commercial purpose at the time you submit the Registration Application.

4.4     You acknowledge having read and understood, and agree to be bound by the terms and conditions of the following documents, as they may be amended from time to time, which are hereby incorporated and made an integral part of this Agreement:

4.4.1     You agree to be bound by the ICANN Uniform Dispute Resolution Policy (UDRP).  The UDRP is located here: http://www.icann.org/dndr/udrp/policy.htm

4.4.2     The Restrictions Dispute Resolution Criteria and Rules (RDRP).  The RDRP is located here: http://www.icann.org/tlds/agreements/biz/registry-agmt-appm-27apr01.htm

4.4.3     The UDRP sets forth the terms and conditions in connection with a dispute between you and any party other than Neulevel, Inc (the "Registry Operator") or us over the registration and use of an Internet domain name registered by you.

4.4.4     The RDRP sets forth the terms under which any allegation that a domain name is not used primarily for business or commercial purposes shall be enforced on a case-by-case, fact specific basis by an independent ICANN-accredited dispute provider.  None of the violations of the restrictions set out in the RDRP will be enforced directly by or through the Registry Operator.  The Registry Operator will not review, monitor, or otherwise verify that any particular domain name is being used primarily for business or commercial purposes or that a domain name is being used in compliance with the UDRP processes.

4.5     You agree to indemnify, defend and hold harmless the Registry Operator, and its directors, officers, employees and agents from and against any and all claims, damages, liabilities, costs and expenses, including reasonable legal fees and expenses, arising out of or relating to your domain name registration.  This indemnification obligation shall survive the termination or expiration of this TOS.

5.     .us

5.1     In addition to any other warranties and representations you make to us, you acknowledge that your willful or grossly negligent provision of inaccurate or unreliable information, or your willful or grossly negligent failure promptly to update information provided to us shall constitute a material breach of this TOS and be a basis for cancellation of your domain name. You further agree that you will not receive a refund of any fees paid to us for violations of this TOS specifically applicable to the .us tld. Included within this "no refund" policy, is your refusal to verify the data you've provided to us in your Registration Agreement or that is required for us to display in a "who-is" field.

5.2     If we have agreed to allow you to resell .us tlds, you agree that you remain responsible for the actions of your customers and for the data they provide you. You further agree that you have disclosed to your customers in writing how the data they supply to you will be disclosed, and that such a use is consistent with the data use policy set out in this TOS and this subsection.

5.3     You represent, to the best of your knowledge and belief, that neither the registration of the Domain Name, nor the manner in which it is directly or indirectly used infringes the legal rights of any third party.

5.4     You agree to indemnify and hold harmless NeuStar, Inc., the U.S. Department of Commerce, and its directors, officers, employees, representatives, agents, affiliates, and stockholders from and against any and all claims, suits, actions, other proceedings, damages, liabilities, costs and expenses of any kind, including without limitation reasonable legal fees and expenses, arising out of, or relating to, your (i) domain name registration and (ii) use of the domain name. This indemnification obligation shall survive the termination or expiration of this TOS.

5.5     You represent and warrant that you meet the following criteria (Nexus Requirements):

5.5.1.     You are a natural person (i) who is a United States citizen, (ii) a permanent resident of the Unites States of America or any of its possessions or territories, or (iii) whose primary place of domicile is in the United States of America or any of its possessions; or

5.5.2.     You are an entity or organization that is (i) incorporated within one of the fifty U.S. states, the District of Columbia, or any of the United States possessions or territories or (ii) organized or otherwise constituted under the laws of a state of the United States of America, the District of Columbia or any of its possessions or territories; or

5.5.3.     You are an entity or organization (including a federal, state, or local government of the United States, or a political subdivision thereof) that has a bona fide presence in the United States of America or any of its possessions or territories. A "bona fide presence" means that you have real and substantial lawful contacts with, or lawful activities in, the United States of America.

5.6     Your compliance with the Nexus Requirements will be verified. You are required to respond to all requests for verification of the Nexus Requirements, and agree that your failure to do so shall be a material breach of this TOS. The methods that you may use to verify the Nexus Requirements are located here: http://www.neustar.us/the-ustld-nexus-requirements/.

5.7     You agree to comply with the United States Dispute Resolution Policy (usDRP) located here:  http://www.neustar.us/ustld-dispute-resolution-policy/.

5.8     You agree to comply with the Nexus Dispute Policy (NDP) located here:  http://www.neustar.us/nexus-dispute-policy/.

**6.     .uk**

6.1     We agree to act as a "registration agent" for you to register your .uk domain name.  We have an agreement with you, this TOS, to act as your registration agent.  We also have a contract with "Nominet UK" that allows us to act as your registration agent.  You also have a contract with Nominet UK that is independent of this TOS.  We are not a party to that contract.  By presenting us with a Registration Application for a .uk domain name, you represent and warrant that you have reviewed the contract of registration set out here: http://www.nominet.org.uk/registrants/aboutdomainnames/legal/terms/  ("Contract of Registration").  The Contract of Registration references a number of other agreements and laws that bind you.  These agreements may be found on the nominet.org web site.  You represent and warrant to us that you have read these agreements.

6.2     By presenting us with a Registration Application for a .uk domain name, you agree to give us all necessary authority to act on your behalf in connection with the administration of the domain name registration for the duration of the registration, and that we have all necessary authority to make changes to the "Register Database Entry" (as that term is defined by Nominet) relating to your domain name.

6.3     If we have agreed to allow you to resell .uk tlds, you agree that you will include in your agreement with your customer terms and conditions no less restrictive than those set out in our TOS and this subsection.  In addition, you agree to include provisions no less restrictive, or descriptive, as those set out in this sub-section.

6.4     You have read and understand Nominet may use and disclose the data you submit with your Registration Application – this includes disclosing your data as part of a "who-is" look up database.

**7     .eu**

7.1     You represent and warrant that you meet one of the following criteria:

7.1.1   You are a business (or "undertaking") having your registered office, central administration or principal place of business within the European Community;

7.1.2   You are an organization established within the European Community without prejudice to the application of national law; or

7.1.3   A natural person resident within the European Community.

7.2     The European Registry of Internet Domain Names (EURID) acts as the registry for .eu domain names.  You agree that you will obey, comply with, and be bound by, any and all applicable laws, regulations and administrative policies promulgated by the EURID, now or in the future and which are posted on the EURID website.  The current terms and conditions applicable to your Registration Application, and the .eu registration in particular, are here: http://www.eurid.eu/files/docs/trm_con_EN.pdf.  The EURID domain name dispute policy is found here: http://eu.adr.eu/

7.3     In addition to the jurisdiction provisions set out in Section A, you also agree to be subject to the jurisdiction of the Courts of the United Kingdom of Great Britain and Northern Ireland.

**8       .ca**

8.1     We agree to act as a "registration agent" for you to register your .ca domain name.  We have an agreement with you, this TOS, to act as your registration agent (Registrar Agreement).  We also have a contract with the "Canadian Internet Registration Authority" (CIRA) that allows us to act as your registration agent.  You also have a contract with CIRA that is independent of this TOS.  We are not a party to that contract.  By presenting us with a Registration Application for a .ca domain name, you represent and warrant that you have reviewed the "registrant agreement" set out here: http://www.cira.ca/legal/policies/registrant-documents/  (Contract of Registration).  The Contract of Registration references a number of other agreements and laws that bind you.  These agreements may be found on the page set out above web site.  You represent and warrant to us that you have read these agreements.

8.2     You agree that you meet the "Canadian Presence Requirements."  These requirements are set out in a document available here: http://www.cira.ca/legal/policies/registrant-documents/

8.3     The Registrar Agreement requires us to include specific clauses in our TOS as they are set out in the Registrar Agreement.  These clauses are set out below.  Capitalized words shall have the meaning attributed to them in the Registrar Agreement:

8.3.1   CIRA may, at its option, extend any period for the registration of a Domain Name at no charge to us or to you for such further period of time as CIRA may determine, in its sole discretion;

8.3.2   You acknowledge and agree that CIRA shall not be liable to you for any loss, damage, or expense arising out of CIRA's failure or refusal to register a Domain Name, CIRA's failure or refusal to renew a Domain Name Registration, CIRA's registration of a Domain Name, CIRA's failure or refusal to renew a Domain Name Registration, CIRA's renewal of a Domain Name Registration, CIRA's failure or refusal to transfer a Domain Name Registration, CIRA's transfer of a Domain Name Registration, CIRA's failure or refusal to maintain or modify a Domain Name Registration, CIRA's maintenance of a Domain Name Registration, CIRA's modification of a Domain Name Registration, CIRA's failure to cancel a Domain Name Registration or CIRA's cancellation of a Domain Name Registration from the Registry;

8.3.3.   In no event shall you pursue any Claim against CIRA and in no event shall CIRA be liable for any direct, indirect, special, punitive, exemplary or consequential damages including, but not limited to, damages resulting from loss of use, lost profits, lost business revenue, or third party damages or arising from any breach by us of our obligations under any agreement between Misk and you or the Registrar Agreement between CIRA and Misk;

8.3.4.   Registration of your selected Domain Name in its first application to CIRA shall not be effective until you have entered into and agreed to be bound by CIRA's Registrant Agreement;

8.3.5.   We shall immediately give notice to you in the event that we are no longer a CIRA Certified Registrar, have had our certification as a CIRA Certified Registrar suspended or terminated, or the Registrar Agreement between CIRA and us is terminated or expires.  CIRA may post notice of such suspension, termination, or expiry on its website and may, if CIRA deems appropriate, give notice to the registrants thereof;

8.3.6.   In the event that we are no longer a CIRA Certified Registrar, have had our certification as a CIRA Certified Registrar suspended or terminated or in the event the Registrar Agreement between CIRA and Misk is terminated or expires, you shall be responsible for changing your Registrar of Record to a new CIRA Certified Registrar within thirty (30) days of the earlier of notice thereof being given to you by (i) us or (ii) CIRA in accordance with CIRA's then current Registry PRP; provided, however, that if any of the your Domain Name Registration(s) are scheduled to expire within thirty (30) days of the giving of such notice, then you shall have thirty (30) days from the anniversary date of the registration(s), to register with a new CIRA certified registrar and to renew such Domain Name Registration(s) in accordance with the Registry PRP;

8.3.7.   You acknowledge and agree that, should there be insufficient funds prepaid by us in the CIRA Deposit Account to be applied in payment of any Fees, CIRA may in its sole discretion stop accepting applications for Domain Name Registrations from us, stop effecting registrations of Domain Names and transfers, renewals, modifications, and cancellations of Domain Name Registrations requested by us, and stop performing other billable transactions requested by us not paid in full and CIRA may terminate the Registrar Agreement between CIRA and us;

8.3.8.   You shall not, directly or indirectly, through registration or use of your Domain Name or otherwise:
(i)      violate or contribute to the violation of the intellectual property rights or other rights of any other Person;
(ii)     defame or contribute to the defamation of any other Person; or
(iii)    unlawfully discriminate or contribute to the unlawful discrimination of any other Person;

8.3.9.   You agree that CIRA shall not be responsible for the use of any Domain Name in the Registry ,and that CIRA shall not be responsible in any way whatsoever for any conflict or dispute with or any actual or threatened Claim against Misk or you, including one relating to a registered or unregistered trade-mark, a corporate, business, or other trade-name, rights relating to a name or other identifying indicium of an individual or any other intellectual property rights of a third party or relating to the defamation of or unlawful discrimination with respect to any other Person;

8.3.10  CIRA shall have the right, at any time and from time to time, acting reasonably, to amend the Registrar Agreement between CIRA and us, and any or all of the Registry PRP and to adopt new Registry PRP not yet in effect.  Any such amendment will be binding and effective on us thirty (30) days after CIRA gives notice of such amendment by email to us.  Misk and Customer each agree to promptly amend this TOS to reflect any amendments to

Section 4.2 of the Registrar Agreement between CIRA and Misk;

8.3.11   You acknowledge and agree that registration of a Domain Name does not create any proprietary right for you, us, or any other Person in the name used as a Domain Name or the Domain Name Registration and that the entry of a Domain Name in the Registry or in the WHOIS shall not be construed as evidence or ownership of the Domain Name registered as a Domain Name.  You shall not in any way transfer or purport to transfer a proprietary right in any Domain Name Registration or grant or purport to grant as security or in any other manner encumber or purport to encumber a Domain Name Registration;

8.3.12   You further acknowledge and agree that we may make changes to the Administrative Contact details at any time without having to comply with the change of critical information approval process (as set out in the applicable Registry PRP), provided you have granted us the authority to do so and have not revoked said authority.  If you have two or more Registrars, only one of the Registrars may be granted said authority.  You may at any time revoke said authority or provide said authority to another of your Registrars;

8.3.13   You acknowledge and agree that the we may, in accordance with the applicable Registry PRP, cancel your Domain Name Registrations within seven (7) days of Activation and cancel the renewal of your Domain Name Registration provided that the renewal term has not yet commenced; and

8.3.14   You acknowledge and agree that, provided we comply with the Registry PRP which deals with "Charge-Backs" and we are not in default under its Registrar Agreement, we may, without the your consent, request a refund of certain Registration Fees and request CIRA to cancel your Domain Name Registration that is subject to the request.

9        .co

9.1       Registry Policy. You acknowledge and understand that by accepting the terms and conditions of this agreement you shall be bound by Registry policies and any pertinent rules or policies that exist now or in the future and which are posted on the Registry website at http://www.go.co/company/domain-management/registration-policies. You are responsible for monitoring the Registry's site on a regular basis. In the event that you do not wish to be bound by a revision or modification to any Registry policy, your sole remedy is to cancel your domain name registration by following the appropriate Registry policy regarding such cancellation.

10       .me

10.1     Registry Policy. You acknowledge and understand that by accepting the terms and conditions of this agreement you shall be bound by Registry policies and any pertinent rules or policies that exist now or in the future and which are posted on the Registry website at http://www.nic.me/policies/. You are responsible for monitoring the Registry's site on a regular basis. In the event that you do not wish to be bound by a revision or modification to any Registry policy, your sole remedy is to cancel your domain name registration by following the appropriate Registry policy regarding such cancellation.

10.2     Domain Name Dispute Policy. If you reserved or registered a domain name through us, or transferred a domain name to us from another registrar, you agree to be bound by the .me Dispute Policy that is incorporated herein and made a part of this Agreement by reference. The current version of the Dispute Policy may be found at http://www.nic.me/policies/. Please take the time to familiarize yourself with this policy.

**THE NEW MISK.COM**

Misk.com has been revamped and is better than ever. A lot of effort has been put into usability and speed so you can get things done faster and easier. We hope you like the changes. Look for even more soon!

**COMPANY**

About Us

Domain Tools

System Status

Terms of Service  |  Privacy Policy
© Copyright 1998-2015 Misk.com, Inc. All rights reserved

Resources - ICANN

Welcome to the new ICANN.org! Learn more, and send us your feedback.   ✖ Dismiss

Translations     Français     Español     العربية     Русский

中文                                                                                                    Log In   Sign Up

Search ICANN.org                    🔍



GET STARTED     NEWS & MEDIA     POLICY     PUBLIC COMMENT     RESOURCES     COMMUNITY

IANA STEWARDSHIP
& ACCOUNTABILITY

Resources

▸ About ICANN

▸ Board

▸ Accountability &

# Uniform Domain Name Dispute Resolution Policy

This page is available in:   العربية | Deutsch | English | Español | Français | Italiano | 日本語 | 한국어 | Português | Русский | 中文

Policy Adopted: August 26, 1999

## A note about tracking cookies:

This site is using "tracking cookies" on your computer to deliver the best experience possible.
Read more to see how they are being used.

This notice is intended to appear only the first time you visit the site on any computer.   ✖ Dismiss

**drp-schedule.htm**

Compliance

▸ Registrars

▸ Registries

Operational Metrics

▸ Identifier Systems
Security, Stability and
Resiliency (IS-SSR)

▸ ccTLDs

▸ Internationalized
Domain Names

▸ Universal
Acceptance Initiative

▸ Policy

▸ Public Comment

▸ Contact

▾ Help

Dispute Resolution

▾ Domain Name
Dispute Resolution

  ▸ Charter Eligibility
  Dispute
  Resolution Policy

**2. This policy has been adopted by all ICANN-accredited registrars. It has also been adopted by certain managers of country-code top-level domains (e.g., .nu, .tv, .ws).**

**3. The policy is between the registrar (or other registration authority in the case of a country-code top-level domain) and the domain-name holder or registrant). Thus, the policy uses "we" and "our" to refer to the registrar and it uses "you" and "your" to refer to the domain-name holder.**

Uniform Domain Name Dispute Resolution Policy

(As Approved by ICANN on October 24, 1999)

**1. Purpose.** This Uniform Domain Name Dispute Resolution Policy (the "Policy") has been adopted by the Internet Corporation for Assigned Names and Numbers ("ICANN"), is incorporated by reference into your Registration Agreement, and sets forth the terms and conditions in connection with a dispute between you and any party other than us (the registrar) over the registration and use of an Internet domain name registered by you. Proceedings under Paragraph 4 of this Policy will be conducted according to the Rules for Uniform Domain Name Dispute Resolution Policy (the "Rules of Procedure"), which are available at http://www.icann.org/en/dndr/udrp/uniform-rules.htm, and the selected administrative-dispute-resolution service provider's supplemental rules.

**2. Your Representations.** By applying to register a domain name, or by asking us to maintain or renew a domain name registration, you hereby represent and warrant to us that (a) the statements that you made in your Registration Agreement are complete and accurate; (b) to your knowledge, the registration of the domain name will not infringe upon or otherwise violate the rights of any third party; (c) you are not registering the domain name for an unlawful purpose; and (d) you will not knowingly use the domain name in violation of any applicable laws or regulations. It is your responsibility to determine whether your

Resources - ICANN

▸ Eligibility
   Requirements
   Dispute
   Resolution Policy

▸ Intellectual
   Property
   Defensive
   Registration
   Challenge Policy

▸ Qualification
   Challenge Policy

▸ Restrictions
   Dispute
   Resolution Policy

▸ Transfer Dispute
   Resolution Policy

▾ Uniform Domain
   Name Dispute
   Resolution Policy

      Policy
      Document

      Providers

      Provider
      Approval
      Process

      Rules

      Principal
      Documents

      Proceedings

domain name registration infringes or violates someone else's rights.

**3. Cancellations, Transfers, and Changes.** We will cancel, transfer or otherwise make changes to domain name registrations under the following circumstances:

   a. subject to the provisions of Paragraph 8, our receipt of written or appropriate electronic instructions from you or your authorized agent to take such action;

   b. our receipt of an order from a court or arbitral tribunal, in each case of competent jurisdiction, requiring such action; and/or

   c. our receipt of a decision of an Administrative Panel requiring such action in any administrative proceeding to which you were a party and which was conducted under this Policy or a later version of this Policy adopted by ICANN. (See Paragraph 4(i) and (k) below.)

We may also cancel, transfer or otherwise make changes to a domain name registration in accordance with the terms of your Registration Agreement or other legal requirements.

**4. Mandatory Administrative Proceeding.**

This Paragraph sets forth the type of disputes for which you are required to submit to a mandatory administrative proceeding. These proceedings will be conducted before one of the administrative-dispute-resolution service providers listed at www.icann.org/en/dndr/udrp/approved-providers.htm (each, a "Provider").

   **a. Applicable Disputes.** You are required to submit to a mandatory administrative proceeding in the event that a third party (a "complainant") asserts to the applicable Provider, in compliance with the Rules of Procedure, that

      (i) your domain name is identical or confusingly similar to a trademark or service mark in which the complainant has rights; and

3/10

Historical
Documents

Timeline

►   Name Collision

Registrar Problems

Whois Data
Correction

Independent Review
Process

Request for
Reconsideration

(ii) you have no rights or legitimate interests in respect of the domain name; and

(iii) your domain name has been registered and is being used in bad faith.

In the administrative proceeding, the complainant must prove that each of these three elements are present.

**b. Evidence of Registration and Use in Bad Faith.** For the purposes of Paragraph 4(a)(iii), the following circumstances, in particular but without limitation, if found by the Panel to be present, shall be evidence of the registration and use of a domain name in bad faith:

(i) circumstances indicating that you have registered or you have acquired the domain name primarily for the purpose of selling, renting, or otherwise transferring the domain name registration to the complainant who is the owner of the trademark or service mark or to a competitor of that complainant, for valuable consideration in excess of your documented out-of-pocket costs directly related to the domain name; or

(ii) you have registered the domain name in order to prevent the owner of the trademark or service mark from reflecting the mark in a corresponding domain name, provided that you have engaged in a pattern of such conduct; or

(iii) you have registered the domain name primarily for the purpose of disrupting the business of a competitor; or

(iv) by using the domain name, you have intentionally attempted to attract, for commercial gain, Internet users to your web site or other

on-line location, by creating a likelihood of confusion with the complainant's mark as to the source, sponsorship, affiliation, or endorsement of your web site or location or of a product or service on your web site or location.

**c. How to Demonstrate Your Rights to and Legitimate Interests in the Domain Name in Responding to a Complaint.** When you receive a complaint, you should refer to Paragraph 5 of the Rules of Procedure in determining how your response should be prepared. Any of the following circumstances, in particular but without limitation, if found by the Panel to be proved based on its evaluation of all evidence presented, shall demonstrate your rights or legitimate interests to the domain name for purposes of Paragraph 4(a)(ii):

> (i) before any notice to you of the dispute, your use of, or demonstrable preparations to use, the domain name or a name corresponding to the domain name in connection with a bona fide offering of goods or services; or

> (ii) you (as an individual, business, or other organization) have been commonly known by the domain name, even if you have acquired no trademark or service mark rights; or

> (iii) you are making a legitimate noncommercial or fair use of the domain name, without intent for commercial gain to misleadingly divert consumers or to tarnish the trademark or service mark at issue.

**d. Selection of Provider.** The complainant shall select the Provider from among those approved by ICANN by submitting the complaint to that Provider. The selected Provider will administer the proceeding, except in cases of consolidation as described in Paragraph 4(f).

**e. Initiation of Proceeding and Process and Appointment of Administrative**

Resources - ICANN

**Panel.** The Rules of Procedure state the process for initiating and conducting a proceeding and for appointing the panel that will decide the dispute (the "Administrative Panel").

**f. Consolidation.** In the event of multiple disputes between you and a complainant, either you or the complainant may petition to consolidate the disputes before a single Administrative Panel. This petition shall be made to the first Administrative Panel appointed to hear a pending dispute between the parties. This Administrative Panel may consolidate before it any or all such disputes in its sole discretion, provided that the disputes being consolidated are governed by this Policy or a later version of this Policy adopted by ICANN.

**g. Fees.** All fees charged by a Provider in connection with any dispute before an Administrative Panel pursuant to this Policy shall be paid by the complainant, except in cases where you elect to expand the Administrative Panel from one to three panelists as provided in Paragraph 5(b)(iv) of the Rules of Procedure, in which case all fees will be split evenly by you and the complainant.

**h. Our Involvement in Administrative Proceedings.** We do not, and will not, participate in the administration or conduct of any proceeding before an Administrative Panel. In addition, we will not be liable as a result of any decisions rendered by the Administrative Panel.

**i. Remedies.** The remedies available to a complainant pursuant to any proceeding before an Administrative Panel shall be limited to requiring the cancellation of your domain name or the transfer of your domain name registration to the complainant.

**j. Notification and Publication.** The Provider shall notify us of any decision made by an Administrative Panel with respect to a domain name you have registered with us. All decisions under this Policy will be published in full over the

Internet, except when an Administrative Panel determines in an exceptional case to redact portions of its decision.

**k. Availability of Court Proceedings.** The mandatory administrative proceeding requirements set forth in Paragraph 4 shall not prevent either you or the complainant from submitting the dispute to a court of competent jurisdiction for independent resolution before such mandatory administrative proceeding is commenced or after such proceeding is concluded. If an Administrative Panel decides that your domain name registration should be canceled or transferred, we will wait ten (10) business days (as observed in the location of our principal office) after we are informed by the applicable Provider of the Administrative Panel's decision before implementing that decision. We will then implement the decision unless we have received from you during that ten (10) business day period official documentation (such as a copy of a complaint, file-stamped by the clerk of the court) that you have commenced a lawsuit against the complainant in a jurisdiction to which the complainant has submitted under Paragraph 3(b)(xiii) of the Rules of Procedure. (In general, that jurisdiction is either the location of our principal office or of your address as shown in our Whois database. See Paragraphs 1 and 3(b)(xiii) of the Rules of Procedure for details.) If we receive such documentation within the ten (10) business day period, we will not implement the Administrative Panel's decision, and we will take no further action, until we receive (i) evidence satisfactory to us of a resolution between the parties; (ii) evidence satisfactory to us that your lawsuit has been dismissed or withdrawn; or (iii) a copy of an order from such court dismissing your lawsuit or ordering that you do not have the right to continue to use your domain name.

**5. <u>All Other Disputes and Litigation.</u>** All other disputes between you and any party other than us regarding your domain name registration that are not brought pursuant to the mandatory administrative proceeding provisions of Paragraph 4 shall be resolved between you and such other party through any court, arbitration or other proceeding that may be available.

**6. Our Involvement in Disputes.** We will not participate in any way in any dispute between you and any party other than us regarding the registration and use of your domain name. You shall not name us as a party or otherwise include us in any such proceeding. In the event that we are named as a party in any such proceeding, we reserve the right to raise any and all defenses deemed appropriate, and to take any other action necessary to defend ourselves.

**7. Maintaining the Status Quo.** We will not cancel, transfer, activate, deactivate, or otherwise change the status of any domain name registration under this Policy except as provided in Paragraph 3 above.

**8. Transfers During a Dispute.**

**a. Transfers of a Domain Name to a New Holder.** You may not transfer your domain name registration to another holder (i) during a pending administrative proceeding brought pursuant to Paragraph 4 or for a period of fifteen (15) business days (as observed in the location of our principal place of business) after such proceeding is concluded; or (ii) during a pending court proceeding or arbitration commenced regarding your domain name unless the party to whom the domain name registration is being transferred agrees, in writing, to be bound by the decision of the court or arbitrator. We reserve the right to cancel any transfer of a domain name registration to another holder that is made in violation of this subparagraph.

**b. Changing Registrars.** You may not transfer your domain name registration to another registrar during a pending administrative proceeding brought pursuant to Paragraph 4 or for a period of fifteen (15) business days (as observed in the location of our principal place of business) after such proceeding is concluded. You may transfer administration of your domain name registration to another registrar during a pending court action or arbitration, provided that the domain name you have registered with us shall continue to be subject to the proceedings

3/6/2015                                          Resources - ICANN

commenced against you in accordance with the terms of this Policy. In the event that you transfer a domain name registration to us during the pendency of a court action or arbitration, such dispute shall remain subject to the domain name dispute policy of the registrar from which the domain name registration was transferred.

**9. Policy Modifications.** We reserve the right to modify this Policy at any time with the permission of ICANN. We will post our revised Policy at <URL> at least thirty (30) calendar days before it becomes effective. Unless this Policy has already been invoked by the submission of a complaint to a Provider, in which event the version of the Policy in effect at the time it was invoked will apply to you until the dispute is over, all such changes will be binding upon you with respect to any domain name registration dispute, whether the dispute arose before, on or after the effective date of our change. In the event that you object to a change in this Policy, your sole remedy is to cancel your domain name registration with us, provided that you will not be entitled to a refund of any fees you paid to us. The revised Policy will apply to you until you cancel your domain name registration



You Tube          Twitter          LinkedIn          Flickr          Facebook          RSS Feeds

Community Wiki          ICANN Blog

© 2014 Internet Corporation For Assigned Names and Numbers.     Privacy Policy     Terms of Service     Cookie Policy

## Who We Are

Get Started

Learning

Participate

Groups

Board

President's Corner

Staff

Careers

Newsletter

## Contact Us

Offices

Customer Service

Security Team

PGP Keys

Certificate
Authority

Registry Liaison

AOC Review

Organizational
Reviews

Request a Speaker

For Journalists

## Accountability &
Transparency

Accountability
Mechanisms

Independent
Review Process

Request for
Reconsideration

Ombudsman

## Governance

Documents

Agreements

AOC Review

Annual Report

Financials

Document
Disclosure

Planning

Dashboard

RFPs

Litigation

Correspondence

## Help

Dispute Resolution

Domain Name
Dispute Resolution

Name Collision

Registrar Problems

WHOIS

**EXHIBIT D**

Case 1:15-cv-02217-ENV-LB   Document 25   Filed 08/01/16   Page 57 of 266 PageID #: 545



Case 1:15-cv-02217-ELH-LB Document 23 Filed 03/01/16 Page 58 of 266 PageID #: 546



# REAL ESTATE PORTFOLIO



The Trump Organization is the world's only global luxury real estate super-brand, and is responsible for many of the world's most recognized developments. Trump is renowned for its leadership in real estate development, sales and marketing, and property management representing the highest level of excellence and luxury in residential, office, and retail properties.

Superior Quality, Detail and Perfection are the standards that Trump demands throughout its projects – from residential to resort, from hotel to golf, from commercial office to retail. The experience of owning a Trump property and living the Trump lifestyle is unparalleled. One can see the touch of the Trump brand in every aspect of the properties that bear its name – from the design driven, cutting edge facades created in collaboration with the world's best architects, to the flawless interiors designed specifically for each market to the world-class service – no detail is overlooked. With each of its properties, Trump continues to raise the bar of super luxury living consistently.

## DOMESTIC PROPERTIES

Case 1:15-cv-02217-ENV-LB Document 25 Filed 03/01/16 Page 59 of 266 PageID #: 347



**TRUMP VINEYARD ESTATES**



**TRUMP INTL. HOTEL & TOWER®
CHICAGO**



**MAR-A-LAGO CLUB**



**TRUMP GRANDE,
SUNNY ISLES**



**TRUMP HOLLYWOOD**



**TRUMP INTL. HOTEL & TOWER®
WAIKIKI BEACH WALK®**

1/13/2015 Trump Real Estate Portfolio: Donald J Trump Organization Luxury Residential/Resort Hotel Golf Commercial Office Retail Property

Case 1:15-cv-02217-LTW-LB Document 25 Filed 03/01/16 Page 60 of 266 PageID #: 548



**TRUMP TOWERS, SUNNY ISLES**



**TRUMP PLAZA NEW JERSEY**



**TRUMP INTL. HOTEL™ LAS VEGAS**



**THE ESTATES AT TRUMP NATIONAL**



**40 WALL STREET**



**610 PARK AVENUE**

Case 1:15-cv-02217-ENV-LB Document 25 Filed 08/01/16 Page 61 of 266 PageID #: 349



**TRUMP INTL. HOTEL & TOWER®
NEW YORK**



**TRUMP PALACE**



**TRUMP PARC**



**TRUMP PARC EAST**



**TRUMP PARK AVENUE**



**TRUMP PARK RESIDENCES,
YORKTOWN**

1/13/2015    Trump Real Estate Portfolio: Donald J Trump Organization Luxury Residential/Resort Hotel Golf Commercial Office Retail Property

Case 1:15-cv-02217-ENV-LB   Document 25   Filed 03/01/16   Page 62 of 266 PageID #: 950



**TRUMP PLACE**



**TRUMP PLAZA, NEW ROCHELLE**



**TRUMP SOHO® NEW YORK**



**TRUMP TOWER**



**TRUMP TOWER AT CITY CENTER, WESTCHESTER**



**TRUMP WORLD TOWER**

1/13/2015 Trump Real Estate Portfolio: Donald J Trump Organization Luxury Residential/Resort Hotel Golf Commercial Office Retail Property

Case 1:15-cv-02217-ENV-LB Document 25 Filed 03/01/16 Page 63 of 266 PageID #: 951



**TRUMP INTL. GOLF CLUB & RESIDENCES PUERTO RICO**



**TRUMP PARC STAMFORD**

## INTERNATIONAL PROPERTIES



**TRUMP TOWERS, ISTANBUL, SISLI**



**PANAMA CITY, PANAMA**



**TRUMP WORLD**

1/13/2015    Trump Real Estate Portfolio: Donald J Trump Organization Luxury Residential/Resort Hotel Golf Commercial Office Retail Property

Case 1:15-cv-02217-LTV-LB Document 25 Filed 03/01/16 Page 64 of 266 PageID #: 952



**TRUMP INTL. HOTEL & TOWER TORONTO®**

## COMING SOON



**TRUMP TOWER BATUMI, GEORGIA**



**TRUMP TOWER AT CENTURY CITY MAKATI, PHILIPPINES**



**TRUMP TOWER MUMBAI**

Case 1:15-cv-02217-ENV-LB Document 25 Filed 03/01/16 Page 65 of 266 PageID #: 553


**TRUMP TOWERS PUNE INDIA**


**TRUMP TOWER, PUNTA DEL ESTE, URUGUAY**


**TRUMP TOWERS RIO DE JANEIRO, BRAZIL**

New York    Press Room    Charities    Trump Portfolio    Privacy Policy    Site Map    Legal/Disclaimer

eMail Sign up: Enter eMail Address 

725 Fifth Avenue New York, NY 10022

Trump® located in New York, New York

Trump International Hotel & Tower® New York    Trump International Hotel & Tower® Chicago    Trump International Hotel™ Las Vegas

Trump International Hotel™ Waikiki Beach Walk®    Trump SoHo® New York    Trump Ocean Club® International Hotel & Tower Panama    Trump International Hotel & Tower Toronto®

Vegas Condos

Copyright © 2015 The Trump Organization

Internet Marketing by Cendyn

**EXHIBIT E**





## TRUMP HOTEL COLLECTION™

- Our Hotels
- Amenities
- Trump Attaché
- Signature Programs
- Meetings
- Weddings & Social Events
- Special Offers
- Gift Cards

**Best Rate Commitment**

**Reservations**    Modify

Location
Destinations

Check In Date
01/15/2015

Nights   Adults   Children
1   1   0

Corporate/Promotion Code:
Promo Code

**Book Now**

Our Hotels

Best Rate Commitment    Our Hotels

TRUMP CARD Privileges Program



# TRUMP HOTEL COLLECTION™

- **Our Hotels**
- Amenities
- Trump Attaché
- Signature Programs
- Meetings
- Weddings & Social Events
- Special Offers
- Gift Cards

## TRUMP CARD® Privileges

Best Rate Commitment ○  Our Hotels ○
TRUMP CARD Privileges Program ○



**THE PRIVILEGED FEW.** For our most loyal Trump guests, Trump Hotel Collection™ invites you to do more, experience more and live life without boundaries, limits or compromise. Introducing the TRUMP CARD®, a privileges program where exclusivity and insightful service meet the unwavering Trump standard of excellence. Members will be ushered into a lifestyle where if you can dream it, we can do it. With our signature Trump Attaché® service, we can provide the utmost in personalization. No matter where your travels take you, whether for business or pleasure, pre-arrival requests or one-of-a-kind "Live the Life" experiences, everything is handcrafted to your preferences. And the more often you visit, the privileges increase. Because if success hasn't spoiled you, we will.

**ENROLL NOW**

Best Rate Commitment

**Reservations** | Modify

Location
Destinations ▾

Check In Date
01/15/2015

Nights | Adults | Children
1 ▾ | 1 ▾ | 0 ▾

Corporate/Promotion Code:
Promo Code

**Book Now**

Trump Hotel Collection™
725 Fifth Avenue
New York, NY 10022 US

Hotel Reservations: **1.855.TRUMP.00**
(1.855.878.6700)
Email: Info@TrumpHotels.com

| | | | |
|---|---|---|---|
| Offers Sign Up | Press Room | For Developers |  Tumblr |
| Photo Gallery | Partnerships | Connect With Us | Facebook |
| Contact Us | Trump Organization | Privacy Policy | Twitter |
| Careers | Affiliate Charities | Site Map | Google+ |

Case 1:15-cv-02217-ENV-LB   Document 29   Filed 08/01/16   Page 70 of 266 PageID #: 558

United States - English    USD        24/7 Support **(480)** 505-8877    Sign In    Register    Cart is empty



**GoDaddy®**
*It's go time*

All Products    Domains    Websites    Hosting & SSL    Get Found    Email & Tools    Support

WHOIS search results for:

## TRUMPHOTELCOLLECTION.COM

(Registered)

| **Is this your domain?** | GO | **Want to buy this domain?** | GO |
|---|---|---|---|
| Add hosting, email and more. | | Get it with our Domain Buy service. | |

Domain Name: TRUMPHOTELCOLLECTION.COM
Registry Domain ID: 934419875_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-06-30T19:39:56Z
Creation Date: 2007-04-19T21:37:00Z
Registrar Registration Expiration Date: 2015-07-01T03:59:59Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Trump Orgainzation
Registrant Organization: Trump Orgainzation
Registrant Street: 725 Fifth Avenue
Registrant City: New York
Registrant State/Province: New York
Registrant Postal Code: 10022
Registrant Country: United States
Registrant Phone: +1.2128322000
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: emcmullin@cendyn.com
Registry Admin ID:
Admin Name: Emily McMullin
Admin Organization: Cendyn
Admin Street: 1515 N Federal Highway

## Domain already taken?

| Enter Domain Name    .com ▼ | Search |
|---|---|

### NameMatch Recommendations

GoDaddy.com NameMatch has found similar domain names related to your search. Registering multiple domain names may help protect your online brand and enable you to capture more Web traffic, which you can then direct to your primary domain.

Domains available for new registration:

| | Alternate TLDs | | |
|---|---|---|---|
| ☐ | trumphotelcollection.info | SAVE! | $2.99*/yr |
| ☐ | trumphotelcollection.net | SAVE! | $8.99*/yr |
| ☐ | trumphotelcollection.org | SAVE! | $8.99*/yr |
| ☐ | trumphotelcollection.us | SAVE! | $7.99/yr |
| ☐ | trumphotelcollection.biz | SAVE! | $9.99*/yr |
| ☐ | trumphotelcollection.mobi | SAVE! | $6.99*/yr |
| ☐ | trumphotelcollection.ca | | $12.99/yr |
| ☐ | trumphotelcollection.me | SAVE! | $9.99/yr |
| | Similar Premium Domains   ? | | |
| ☐ | CollectionPractices.com | | $799.00* |
| ☐ | CollectionEvaluation.com | | $401.00* |

Admin Street: Suite 419
Admin City: Boca Raton
Admin State/Province: Florida
Admin Postal Code: 33432
Admin Country: United States
Admin Phone: (561) 750-3173
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: emcmullin@cendyn.com
Registry Tech ID:
Tech Name: Emily McMullin
Tech Organization: Cendyn
Tech Street: 1515 N. Federal Highway
Tech Street: Suite 419
Tech City: Boca Raton
Tech State/Province: Florida
Tech Postal Code: 33432
Tech Country: United States
Tech Phone: +1.5617503173
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: ssl.admin@cendyn.com
Name Server: NS.RACKSPACE.COM
Name Server: NS2.RACKSPACE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
Last update of WHOIS database: 2015-1-13T16:00:00Z

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,

| | | |
|---|---|---|
| ☐ | Collection-Companies.com | $449.00* |
| ☐ | OraCollection.com | $2,119.00* |
| ☐ | ConsentSolicitation.com | $900.00* |
| ☐ | AccumulationServices.com | $788.00* |

ADD TO CART

Domains available at Go Daddy Auctions®:

| | | |
|---|---|---|
| ☐ | trumpgame.com<br>Ends on: 4/11/2015 12:00:00 AM PST | $350.00* |
| ☐ | trumpgrandeatmiami.com<br>Ends on: 4/7/2015 12:07:00 AM PST | $1,000.00* |
| ☐ | trumpluxuryhomes.com<br>Ends on: 4/7/2015 12:07:00 AM PST | $1,000.00* |
| ☐ | vantrump.com<br>Ends on: 4/1/2015 1:08:00 PM PST | $3,588.00* |
| ☐ | trumpthailand.com<br>Ends on: 3/21/2015 11:06:00 PM PST | $1,500.00* |
| ☐ | washingtoncollection.com<br>Ends on: 3/18/2015 1:00:00 PM PST | $888.00* |

VIEW LISTING

Learn more about

Private Registration          ?          Deluxe Registration          ?

Business Registration        ?          Protected Registration       ?

*Plus ICANN fee of $0.18 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data
Report Invalid Whois

Search for another domain name in the WHOIS database

Enter a domain name to search                          .com          Search

NEED HELP?    Call our award-winning support team 24/7 at (480) 505-8877

| About GoDaddy | Support | Resources | My Account | Shopping |
| --- | --- | --- | --- | --- |
| About Us | Product Support | Webmail | My Account | Product Catalog |
| Contact Us | Site Suggestions | WHOIS Search | My Renewals | Find a Domain |
| News Releases | Report Abuse | ICANN Confirmation | Create Account | |
| Careers | | Affiliates | | |
| Corporate Responsibility | | Small Business Center | | |
| GoDaddy Store | | Site Map | | |
| Legal | | | | |
| GoDaddy Garage | | | | |
| Blake's Blog | | | | |

Case 1:15-cv-02217-ENV-LB  Document 29  Filed 08/31/16  Page 73 of 266 PageID #: 561

Sign up for special offers:

| Email Address |   Submit

United States - English     USD                                                    Follow Us

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.

Legal     Privacy Policy     Advertising Preferences

Copyright ©  1999 - 2014 GoDaddy Operating Company, LLC. All Rights Reserved.

**EXHIBIT F**



New York   Press Room   Charities   Trump Portfolio   Privacy Policy   Site Map   Legal/Disclaimer

725 Fifth Avenue New York, NY 10022

**Trump® located in New York, New York**

Trump International Hotel & Tower® New York    Trump International Hotel & Tower® Chicago    Trump International Hotel™ Las Vegas

Trump International Hotel™ Waikiki Beach Walk®    Trump SoHo® New York    Trump Ocean Club® International Hotel & Tower Panama    Trump International Hotel & Tower Toronto®
Vegas Condos

Copyright © 2015 The Trump Organization

Internet Marketing by Cendyn











**EXHIBIT G**



this billionaire's vision.

## TRUMP GOLF WEBSITE



Visit the **Trump Golf Website** for a glimpse into the most extrordinary portfolio of golf courses in the world.

## TRUMP GOLF CLUBS



TRUMP INTERNATIONAL GOLF LINKS SCOTLAND



TRUMP NATIONAL GOLF CLUB BEDMINSTER



TRUMP NATIONAL GOLF CLUB CHARLOTTE, NC



TRUMP NATIONAL GOLF CLUB COLTS NECK



TRUMP NATIONAL GOLF CLUB HUDSON VALLEY



TRUMP INTERNATIONAL GOLF CLUB PUERTO RICO



TRUMP NATIONAL GOLF CLUB LOS ANGELES



DORAL GOLF RESORT AND SPA



TRUMP INTERNATIONAL GOLF CLUB WEST PALM BEACH



TRUMP NATIONAL GOLF CLUB WESTCHESTER

TRUMP NATIONAL GOLF CLUB PHILADELPHIA

TRUMP NATIONAL GOLF CLUB WASHINGTON, D.C.

TRUMP NATIONAL GOLF CLUB JUPITER

TRUMP GOLF LINKS AT FERRY POINT, NEW YORK

TRUMP INTERNATIONAL GOLF CLUB DUBAI

TRUMP INTERNATIONAL GOLF LINKS IRELAND

TRUMP TURNBERRY SCOTLAND

TRUMP WORLD GOLF CLUB DUBAI

New York    Press Room    Charities    Trump Portfolio    Privacy Policy    Site Map    Legal/Disclaimer                eMail Sign up: [Enter eMail Address]

725 Fifth Avenue New York, NY 10022

Trump® located in New York, New York

Trump International Hotel & Tower® New York    Trump International Hotel & Tower® Chicago    Trump International Hotel™ Las Vegas
Trump International Hotel™ Waikiki Beach Walk®    Trump SoHo® New York    Trump Ocean Club® International Hotel & Tower Panama    Trump International Hotel & Tower Toronto®
Vegas Condos

Copyright © 2015 The Trump Organization

Internet Marketing by Cendyn




Welcome

Golf Courses

Membership Information

Television

News & Events

About Trump Golf

Trump Golf Photo Gallery

Trump.com

TRUMP CARD®
PRIVILEGES PROGRAM
LIVE THE LIFE
ENROLL NOW

CHARLOTTE CAROLINA | COLTS NECK NEW JERSEY | HUDSON VALLEY NEW YORK | SAN JUAN PUERTO RICO | LOS ANGELES CALIFORNIA | PHILADELPHIA PENNSYLVANIA | WASHINGTON D.C. | WESTON NEW

[ Trump Golf ] 725 Fifth Avenue New York, NY 10022, New York Tel: 212-832-2000 New York Fax: 212-935-0141 | E-mail: contact@trumpgolf.com

Trump Card | Privacy Policy

TRUMP® LOCATED IN NEW YORK, NEW YORK

COPYRIGHT © 2015 DONALD J. TRUMP

Site by Clubessential, LLC.

**EXHIBIT H**

List of books written by Donald J. Trump

| | | |
|---|---|---|
| The Art of the Deal | Random House | 1987 |
| Surviving at the Top | Random House | 1990 |
| The Art of the Comeback | Random House | 1997 |
| The America We Deserve | Renaissance Books | 2000 |
| The Way to the Top | Crown Publishing/Division of Random House | 2004 |
| How To Get Rich | Random House | 2004 |
| Think Like a Billionaire | Random House | 2004 |
| The Best Golf Advice I Ever Received | Crown Publishing/Division of Random House | 2005 |
| The Best Real Estate Advice I Ever Received | Rutledge Hill Press | 2006 |
| Why We Want You To Be Rich | Rich Press | 2006 |
| Trump 101: The Way to Success | John Wiley & Sons | 2006 |
| Think Big and Kick Ass | Harper Collins | 2007 |
| Never Give Up | John Wiley & Sons | 2008 |
| Trump University: Marketing 101 | John Wiley & Sons | 2006 |
| Real Estate 101 | John Wiley & Sons | 2006 |
| Wealth Building 101 | John Wiley & Sons | 2007 |
| Entrepreneurship 101 | Wiley & Sons | 2008 |

## Key International Markets for Donald J. Trump Books

### ASIA

China (simplified Chinese; traditional Chinese, complex Chinese)
Indonesia (Bahasa Indonesian)
Japan
Korea
Thailand
Turkey
Vietnam

---

**INDIA: Hindi and Marathi**
**English editions distributed through the UK**

---

### EUROPE

Bulgaria
Croatia
Czech Republic
Finland
Germany
Greece
Holland
Hungary
Italy
Latvia
Lithuania
Netherlands
Norway
Poland
Portugal
Romania
Russia
Serbia
Slovakia
Slovenia
Spain
Sweden
Switzerland
Turkey
Ukraine

**LATIN AMERICA:** Brazil
**International Spanish Rights for distribution throughout Latin America**

**MIDEAST:**
Hebrew
Arabic

**SOUTH AFRICA:** (English)

**AUSTRALIA:** (English)

Foreign Sales on Trump Titles

# FOREIGN TRANSLATIONS OF WILEY TRUMP-RELATED BOOK

| Title | Author | Editor | Language | Licensee | Deal Date |
|---|---|---|---|---|---|
| Trump 101 | Trump | Narramore, F | Arabic | Jarir Bookstore | 20071114 |
| Trump 101 | Trump | Narramore, F | Bahasa Indonesia | Pustaka Zahra | 20060810 |
| Trump 101 | Trump | Narramore, F | Bulgarian | Iztok-Zapad Publishing House | 20070315 |
| Trump 101 | Trump | Narramore, F | Croatian | Skorpion Publishing | 20080519 |
| Trump 101 | Trump | Narramore, F | Japanese | Kiko Shobo, an imprint of SSI | 20070314 |
| Trump 101 | Trump | Narramore, F | Korean | Vega Books Co. | 20061128 |
| Trump 101 | Trump | Narramore, F | Orthodox Chinese | Wealth Press | 20070114 |
| Trump 101 | Trump | Narramore, F | Polish | Wydawnictwo Helion S. A. | 20070110 |
| Trump 101 | Trump | Narramore, F | Portuguese | Editorial Presenca | 20070110 |
| Trump 101 | Trump | Narramore, F | Portuguese | GMT Editores Ltda. | 20061215 |
| Trump 101 | Trump | Narramore, F | Russian | Dobraya Kniga Publishers | 20060919 |
| Trump 101 | Trump | Narramore, F | Thai | Tree Publishing Co.,Ltd. | 20061114 |
| Trump 101 | Trump | Narramore, F | Turkish | BZD Yayin Ve Iletisim Hizmetleri | 20060915 |
| Trump 101 | Trump | Narramore, F | Vietnamese | Tre Publishing House | 20061205 |
| Trump Branding 101 +URL | Sexton | Narramore, F | Bulgarian | Locus Publishing OOD | 20080624 |
| Trump Entrepreneurship 101 + | Gordon | Narramore, F | Bahasa Indonesia | PT Bhuana Ilmu Popular | 20061228 |
| Trump Entrepreneurship 101 + | Gordon | Narramore, F | Bulgarian | Locus Publishing OOD | 20080118 |
| Trump Entrepreneurship 101 + | Gordon | Narramore, F | Orthodox Chinese | Wealth Press | 20070114 |
| Trump Entrepreneurship 101 + | Gordon | Narramore, F | Polish | Helion S. A. | 20080423 |
| Trump Entrepreneurship 101 + | Gordon | Narramore, F | Simplified Chinese | People's Publishing House(Orien | 20070529 |
| Trump Entrepreneurship 101 + | Gordon | Narramore, F | Vietnamese | Alpha Books Company | 20070612 |
| Trump Entrepreneurship 101 + | Gordon | Narramore, F | Vietnamese | Alpha Books Company | 20070612 |
| Trump Marketing 101 with URL | Sexton | Narramore, F | Bahasa Indonesia | PT Bhuana Ilmu Popular | 20060908 |
| Trump Marketing 101 with URL | Sexton | Narramore, F | Bulgarian | Locus Publishing OOD | 20080118 |
| Trump Marketing 101 with URL | Sexton | Narramore, F | Lithuanian | Leidykla Eugrimas Akademine Ir | 20070130 |
| Trump Marketing 101 with URL | Sexton | Narramore, F | Orthodox Chinese | Wealth Press | 20070114 |
| Trump Marketing 101 with URL | Sexton | Narramore, F | Polish | Helion S. A. | 20080423 |
| Trump Marketing 101 with URL | Sexton | Narramore, F | Turkish | Kapital Medya Hizmetheri A.S. | 20061201 |
| Trump Marketing 101 with URL | Sexton | Narramore, F | Vietnamese | Alpha Books Company | 20070225 |
| Trump Never Give Up | Trump | Narramore, F | Bahasa Indonesia | PT Gramedia Pustaka Utama | 20080520 |
| Trump Never Give Up | Trump | Narramore, F | Bulgarian | Locus Publishing OOD | 20080118 |
| Trump Never Give Up | Trump | Narramore, F | Croatian | Skorpion Publishing | 20080711 |

Foreign Sales on Trump Titles

| Title | Author | Co-author | Language | Publisher | Number |
|---|---|---|---|---|---|
| Trump Never Give Up | Trump | Narramore, F | German | FinanzBuch Verlag GmbH | 20080211 |
| Trump Never Give Up | Trump | Narramore, F | Italian | Gribaudi Editore | 20080312 |
| Trump Never Give Up | Trump | Narramore, F | Korean | Hanseong Publishing | 20080521 |
| Trump Never Give Up | Trump | Narramore, F | Orthodox Chinese | Global Group Holdings, Ltd. | 20080520 |
| Trump Never Give Up | Trump | Narramore, F | Portuguese | Elsevier Editora, Ltda. | 20071023 |
| Trump Never Give Up | Trump | Narramore, F | Romanian | Curtea Veche Publishing | 20080404 |
| Trump Never Give Up | Trump | Narramore, F | Simplified Chinese | Shanghai Translation Publishing | 20080507 |
| Trump Never Give Up | Trump | Narramore, F | Slovakian | Eastone Group a.s. | 20080225 |
| Trump Never Give Up | Trump | Narramore, F | Thai | Tree Publishing Co.,Ltd | 20080521 |
| Trump Never Give Up | Trump | Narramore, F | Vietnamese | Tre Publishing House | 20080408 |
| | | | | | |
| Trump Real Estate 101 | Eldred | Harting, L | Bahasa Indonesia | PT Bhuana Ilmu Popular | 20060908 |
| Trump Real Estate 101 | Eldred | Harting, L | Bulgarian | Locus Publishing OOD | 20080624 |
| Trump Real Estate 101 | Eldred | Harting, L | Lithuanian | Leidykla Eugrimas Akademine Ir | 20070130 |
| Trump Real Estate 101 | Eldred | Harting, L | Orthodox Chinese | Wealth Press | 20070114 |
| Trump Real Estate 101 | Eldred | Harting, L | Russian | Balance Business Books Ltd. | 20060728 |
| Trump Real Estate 101 | Eldred | Harting, L | Vietnamese | Alpha Books Company | 20070130 |
| | | | | | |
| Trump Strategies for Real Esta | Ross | Narramore, F | Bulgarian | Iztok-Zapad Publishing House | 20060117 |
| Trump Strategies for Real Esta | Ross | Narramore, F | Hungarian | Royalwell Ltd. | 20070122 |
| Trump Strategies for Real Esta | Ross | Narramore, F | Orthodox Chinese | Global Group Holdings, Ltd. | 20060327 |
| Trump Strategies for Real Esta | Ross | Narramore, F | Russian | R & I Enterprises International | 20070227 |
| Trump Strategies for Real Esta | Ross | Narramore, F | Simplified Chinese | Century Wave Culture Developm | 20050318 |
| Trump Strategies for Real Esta | Ross | Narramore, F | Vietnamese | Alpha Books Company | 20060216 |
| | | | | | |
| Trump Wealth Building 101 +U | Trump | Narramore, F | Bulgarian | Locus Publishing OOD | 20080118 |
| Trump Wealth Building 101 +U | Trump | Narramore, F | Korean | Vega Books Co. | 20080116 |
| Trump Wealth Building 101 +U | Trump | Narramore, F | Orthodox Chinese | Wealth Press | 20071009 |
| Trump Wealth Building 101 +U | Trump | Narramore, F | Russian | Alex Literary Agency, Inc. | 20080318 |
| Trump Wealth Building 101 +U | Trump | Narramore, F | Vietnamese | Tre Publishing House | 20071129 |
| | | | | | |
| Trump-Style Negotiation | Ross | Narramore, F | Bahasa Indonesia | PT Bhuana Ilmu Popular | 20061025 |
| Trump-Style Negotiation | Ross | Narramore, F | Orthodox Chinese | Global Group Holdings, Ltd. | 20061213 |
| Trump-Style Negotiation | Ross | Narramore, F | Polish | Wydawnictwo Helion S. A. | 20070110 |
| Trump-Style Negotiation | Ross | Narramore, F | Romanian | Meteor Press | 20070122 |
| Trump-Style Negotiation | Ross | Narramore, F | Simplified Chinese | Cathay Bookshop Publisher | 20061030 |
| Trump-Style Negotiation | Ross | Narramore, F | Vietnamese | Vietnam Culture and Information | 20061025 |
| Trump-Style Negotiation | Ross | Narramore, F | Bulgarian | Locus Publishing OOD | 20080118 |

Foreign Sales on Trump Titles

| | | | | |
|---|---|---|---|---|
| Trump-Style Negotiation | Ross | Narramore, F | Korean | EverRich Holdings | 20080116 |
| Trump-Style Negotiation | Ross | Narramore, F | Russian | OOO "PITER INTER" | 20070713 |

Page 3

## International Licensing Agreements
## for Donald Trump's Book *Why We Want You To Be Rich*

| Product | Territory | Licensed Language |
|---------|-----------|-------------------|
| WWWYTBR | Japan | Japanese |
| WWWYTBR | The Americas (excluding the U.S. and Canada) | Spanish |
| WWWYTBR | Belarus, Russia and Ukraine | Russian |
| WWWYTBR | Worldwide | Portuguese |
| WWWYTBR | Israel | Hebrew |
| WWWYTBR | South Korea | Korean |
| WWWYTBR | Indonesia | Bahasa Indonesian |
| WWWYTBR | South Africa | English |
| WWWYTBR | Ukraine | Ukranian |
| WWWYTBR | Poland | Polish |
| WWWYTBR | Lithuania | Lithuanian |
| WWWYTBR | Greece | Greek |
| WWWYTBR | Czech Republic | Czech |
| WWWYTBR | Vietnam | Vietnamese |
| WWWYTBR | Sweden and Finland | Swedish and Finnish |
| WWWYTBR | Slovak Republic | Slovakian |
| WWWYTBR | Slovenia | Slovene |
| WWWYTBR | Bulgaria | Bulgarian |
| WWWYTBR | Latvia | Latvian |
| WWWYTBR | Worldwide (excluding mainland China, but including Hong Kong and Macao | Chinese (Traditional) |
| WWWYTBR | Romania | Romanian |
| WWWYTBR | Worldwide | Turkish |
| WWWYTBR | India | Hindi and Marathi |
| WWWYTBR | Italy and Switzerland | Italian |
| WWWYTBR | Thailand | Thai |
| WWWYTBR | Hungary | Hungarian |
| WWWYTBR | China | Chinese (Simplified) |

- Sales of books written by Donald J. Trump in Asian markets

TrumpSalesAsia

| Foreign_Country | Publishing_Division | Title | ISBN_13 |
|---|---|---|---|
| China | Random House Group | TRUMP: HOW TO GET RICH | 9781400063277 |
| China | Ballantine | TRUMP: ART OF THE DEAL | 9780345479174 |
| China | Ballantine | TRUMP: HOW TO GET RICH | 9780345481030 |
| China | Random House Group | TRUMP: BILLIONAIRE | 9781400063550 |
| China | Ballantine | TRUMP: THINK LIKE A BILLIONAIR | 9780345481405 |
| China | Crown Group | TRUMP: THE WAY TO THE TOP | 9781400050161 |
| Guam | Ballantine | TRUMP: ART OF THE DEAL | 9780345479174 |
| Guam | Ballantine | TRUMP: HOW TO GET RICH | 9780345481030 |
| Guam | Crown Group | TRUMP: THE WAY TO THE TOP | 9781400050161 |
| Guam | Random House Group | TRUMP: HOW TO GET RICH | 9781400063277 |
| Guam | Random House Group | TRUMP: BILLIONAIRE | 9781400063550 |
| Guam | Crown Group | TRUMP: BEST GOLF ADVICE | 9780307209993 |
| Guam | Ballantine | TRUMP: THINK LIKE A BILLIONAIR | 9780345481405 |
| Hong Kong | Crown Group | TRUMP: THE WAY TO THE TOP | 9781400050161 |
| Hong Kong | Ballantine | TRUMP: HOW TO GET RICH | 9780345481030 |
| Hong Kong | Ballantine | TRUMP: ART OF THE DEAL | 9780345479174 |
| Hong Kong | Random House Group | TRUMP: BILLIONAIRE | 9781400063550 |
| Hong Kong | Random House Group | TRUMP: HOW TO GET RICH | 9781400063277 |
| Hong Kong | Random House Group | TRUMP: THE ART OF THE DEAL | 9780394555287 |
| Hong Kong | Crown Group | TRUMP: BEST GOLF ADVICE | 9780307209993 |
| Hong Kong | Ballantine | TRUMP: THINK LIKE A BILLIONAIR | 9780345481405 |
| India | Crown Group | TRUMP: THE WAY TO THE TOP | 9781400050161 |
| India | Random House Group | TRUMP: HOW TO GET RICH | 9781400063277 |
| India | Random House Group | TRUMP: BILLIONAIRE | 9781400063550 |
| India | Ballantine | TRUMP: ART OF THE DEAL | 9780345479174 |
| India | Ballantine | TRUMP: HOW TO GET RICH | 9780345481030 |
| India | Random House Group | TRUMP: THE ART OF THE DEAL | 9780394555287 |
| India | Crown Group | TRUMP: BEST GOLF ADVICE | 9780307209993 |
| India | Ballantine | TRUMP: THINK LIKE A BILLIONAIR | 9780345481405 |
| Indonesia | Crown Group | TRUMP: THE WAY TO THE TOP | 9781400050161 |
| Indonesia | Random House Group | TRUMP: HOW TO GET RICH | 9781400063277 |
| Indonesia | Random House Group | TRUMP: BILLIONAIRE | 9781400063550 |
| Indonesia | Crown Group | TRUMP: BEST GOLF ADVICE | 9780307209993 |
| Indonesia | Ballantine | TRUMP: THINK LIKE A BILLIONAIR | 9780345481405 |
| Indonesia | Ballantine | TRUMP: ART OF THE DEAL | 9780345479174 |
| Indonesia | Ballantine | TRUMP: HOW TO GET RICH | 9780345481030 |
| Japan | Ballantine | TRUMP: ART OF THE DEAL | 9780345479174 |
| Japan | Ballantine | TRUMP: HOW TO GET RICH | 9780345481030 |
| Japan | Random House Group | TRUMP: BILLIONAIRE | 9781400063550 |
| Japan | Random House Group | TRUMP: HOW TO GET RICH | 9781400063277 |
| Japan | Ballantine | TRUMP: THINK LIKE A BILLIONAIR | 9780345481405 |
| Malaysia | Ballantine | TRUMP: ART OF THE DEAL | 9780345479174 |
| Malaysia | Ballantine | TRUMP: HOW TO GET RICH | 9780345481030 |
| Malaysia | Ballantine | TRUMP: THINK LIKE A BILLIONAIR | 9780345481405 |
| Malaysia | Random House Group | TRUMP: BILLIONAIRE | 9781400063550 |
| Malaysia | Random House Group | TRUMP: HOW TO GET RICH | 9781400063277 |
| Palau | Ballantine | TRUMP: THINK LIKE A BILLIONAIR | 9780345481405 |
| Philippines | Random House Group | TRUMP: BILLIONAIRE | 9781400063550 |
| Philippines | Crown Group | TRUMP: THE WAY TO THE TOP | 9781400050161 |
| Philippines | Ballantine | TRUMP: ART OF THE DEAL | 9780345479174 |
| Philippines | Ballantine | TRUMP: HOW TO GET RICH | 9780345481030 |

TrumpSalesAsia

| Philippines | Random House Group | TRUMP: HOW TO GET RICH | 9781400063277 |
| Philippines | Ballantine | TRUMP: THINK LIKE A BILLIONAIR | 9780345481405 |
| Philippines | Crown Group | TRUMP: BEST GOLF ADVICE | 9780307209993 |
| Philippines | Random House Group | TRUMP: THE ART OF THE DEAL | 9780394555287 |
| Singapore | Ballantine | TRUMP: ART OF THE DEAL | 9780345479174 |
| Singapore | Ballantine | TRUMP: HOW TO GET RICH | 9780345481030 |
| Singapore | Crown Group | TRUMP: THE WAY TO THE TOP | 9781400050161 |
| Singapore | Random House Group | TRUMP: HOW TO GET RICH | 9781400063277 |
| Singapore | Random House Group | TRUMP: BILLIONAIRE | 9781400063550 |
| Singapore | Random House Group | TRUMP: THE ART OF THE DEAL | 9780394555287 |
| Singapore | Ballantine | TRUMP: THINK LIKE A BILLIONAIR | 9780345481405 |
| Singapore | Crown Group | TRUMP: BEST GOLF ADVICE | 9780307209993 |
| South Korea | Ballantine | TRUMP: ART OF THE DEAL | 9780345479174 |
| South Korea | Ballantine | TRUMP: HOW TO GET RICH | 9780345481030 |
| South Korea | Random House Group | TRUMP: BILLIONAIRE | 9781400063550 |
| South Korea | Random House Group | TRUMP: HOW TO GET RICH | 9781400063277 |
| South Korea | Crown Group | TRUMP: THE WAY TO THE TOP | 9781400050161 |
| South Korea | Ballantine | TRUMP: THINK LIKE A BILLIONAIR | 9780345481405 |
| Taiwan | Random House Group | TRUMP: BILLIONAIRE | 9781400063550 |
| Taiwan | Ballantine | TRUMP: ART OF THE DEAL | 9780345479174 |
| Taiwan | Crown Group | TRUMP: THE WAY TO THE TOP | 9781400050161 |
| Taiwan | Random House Group | TRUMP: HOW TO GET RICH | 9781400063277 |
| Taiwan | Random House Group | TRUMP: THE ART OF THE DEAL | 9780394555287 |
| Taiwan | Ballantine | TRUMP: HOW TO GET RICH | 9780345481030 |
| Taiwan | Ballantine | TRUMP: THINK LIKE A BILLIONAIR | 9780345481405 |
| Taiwan | Crown Group | TRUMP: BEST GOLF ADVICE | 9780307209993 |
| Thailand | Random House Group | TRUMP: BILLIONAIRE | 9781400063550 |
| Thailand | Ballantine | TRUMP: ART OF THE DEAL | 9780345479174 |
| Thailand | Ballantine | TRUMP: HOW TO GET RICH | 9780345481030 |
| Thailand | Crown Group | TRUMP: THE WAY TO THE TOP | 9781400050161 |
| Thailand | Random House Group | TRUMP: HOW TO GET RICH | 9781400063277 |
| Thailand | Crown Group | TRUMP: BEST GOLF ADVICE | 9780307209993 |
| Thailand | Ballantine | TRUMP: THINK LIKE A BILLIONAIR | 9780345481405 |
| Vietnam | Crown Group | TRUMP: THE WAY TO THE TOP | 9781400050161 |
| Vietnam | Random House Group | TRUMP: BILLIONAIRE | 9781400063550 |
| Vietnam | Ballantine | TRUMP: ART OF THE DEAL | 9780345479174 |
| Vietnam | Ballantine | TRUMP: HOW TO GET RICH | 9780345481030 |
| Vietnam | Ballantine | TRUMP: THINK LIKE A BILLIONAIR | 9780345481405 |

TrumpSalesAsia

| Format_Code |
| --- |
| HC |
| MM |
| MM |
| HC |
| MM |
| HC |
| MM |
| MM |
| HC |
| HC |
| HC |
| HC |
| MM |
| HC |
| MM |
| MM |
| HC |
| HC |
| HC |
| HC |
| MM |
| HC |
| HC |
| HC |
| MM |
| MM |
| HC |
| HC |
| MM |
| HC |
| HC |
| HC |
| HC |
| MM |
| MM |
| MM |
| MM |
| MM |
| HC |
| HC |
| MM |
| MM |
| MM |
| MM |
| HC |
| HC |
| MM |
| HC |
| HC |
| MM |
| MM |

TrumpSalesAsia

| |
|---|
| HC |
| MM |
| HC |
| HC |
| MM |
| MM |
| HC |
| HC |
| HC |
| HC |
| MM |
| HC |
| MM |
| MM |
| HC |
| HC |
| HC |
| MM |
| HC |
| MM |
| HC |
| HC |
| HC |
| MM |
| MM |
| HC |
| HC |
| MM |
| MM |
| HC |
| HC |
| HC |
| MM |
| HC |
| HC |
| MM |
| MM |
| MM |

Cumulative Sales of Trump University Book Titles: Asia Region (John Wiley & Sons, Inc.)

| Title | Author | Date Published | Quantity Sold** | | | | | | | | | | | Total** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SING | MAY | INDO | PHIL | THAI | INDIA | KOR | HK | TAI | CHI | Other | |
| Trump 101: The Way to Success | Donald J. Trump | 2006/10/4 | 1230 | 1480 | 450 | 90 | 650 | 350 | 190 | 1010 | 170 | 30 | 20 | 5700 |
| Trump University Marketing 101: How to Use the Most Powerful Ideas in Marketing to Get More Customers | Don Sexton | 2006/6/9 | 860 | 1790 | 280 | 140 | 360 | 240 | 80 | 550 | 110 | 50 | 10 | 4500 |
| Trump-Style Negotiation: Powerful Strategies and Tactics for Mastering Every Deal | George Ross | 2006/8/29 | 980 | 970 | 250 | 80 | 360 | 400 | 80 | 560 | 70 | 40 | 20 | 3800 |
| Trump University Wealth Building 101: Your First 90 Days on the Path to Prosperity | Donald J. Trump | 2007/9/17 | 1250 | 1100 | 250 | 70 | 340 | 200 | 30 | 130 | 50 | 20 | 12 | 3400 |
| Trump Strategies for Real Estate: Billionaire Lessons for the Small Investor | George Ross | 2005/2/14 | 770 | 1060 | 100 | 190 | 460 | 190 | 60 | 480 | 40 | 12 | 1 | 3390 |
| Trump University Entrepreneurship 101 | Michael E. Gordon, Ph. D | 2006/12/19 | 680 | 990 | 280 | 70 | 240 | 290 | 20 | 310 | 60 | 50 | 5 | 3020 |
| Trump Strategies for Real Estate, Billionaire Lessons for the Small Investor | George Ross | 2006/2/1 | 840 | 670 | 80 | 80 | 70 | 70 | 70 | 870 | 120 | 10 | 30 | 2960 |
| Trump University Real Estate 101: Building Wealth with Real Estate Investments | Gary Eldred | 2006/6/8 | 760 | 670 | 130 | 90 | 300 | 10 | 60 | 420 | 90 | 20 | 10 | 2620 |
| Trump Never Give Up: How I Turned My Biggest Challenges Into Successes | Donald J. Trump | 2007/12/28 | 200 | 550 | 20 | 130 | 210 | 300 | 0 | 130 | 3 | 10 | 1 | 1570 |
| Trump-Style Negotiation: Powerful Strategies and Tactics for Mastering Every Deal | George Ross | 2007/12/20 | 170 | 310 | 0 | 50 | 130 | 150 | 30 | 150 | 4 | 10 | 1 | 1020 |

** **Actual figures are in excess of figures shown**

[R0322090 1 ]



# The Best-Sellers of 2004
## The top-selling business books as reported in *BusinessWeek*

**1** THE AUTOMATIC MILLIONAIRE David Bach (Broadway • $19.95) *How to put your investment program on autopilot.*   **12**

**2** TRUMP: HOW TO GET RICH Donald J. Trump, with Meredith McIver (Random House • $21.95) *Don't forget to impress the boss.*   **8**

**3** THE PRESENT Spencer Johnson (Doubleday • $19.95) *The pursuit of happiness and success, described in a fable.*   **13**

**4** NICE GIRLS DON'T GET THE CORNER OFFICE Lois P. Frankel, PhD (Warner Business • $19.95) *Avoid the lifelong habits that may block promotion.*   **9**

**5** THE WISDOM OF CROWDS James Surowiecki (Doubleday • $24.95) *Group decisions can be better than those of the smartest individual.*   **4**

**6** THE FRED FACTOR Mark Sanborn (Currency/Doubleday • $14.95) *The mailman's philosophy of work and life.*   **9**

**7** TRUMP: THINK LIKE A BILLIONAIRE Donald J. Trump, with Meredith McIver (Random House • $21.95) *Tips on real estate, investing—and relationships.*   **3**

**8** CONFIDENCE Rosabeth Moss Kanter (Crown Business • $27.50) *Rising to the occasion, by a Harvard B-school professor.*   **4**

**9** HOW FULL IS YOUR BUCKET? Tom Rath, Donald O. Clifton, PhD (Gallup Press • $19.95) *Accentuating the positive at work.*   **5**

**10** THE GREAT UNRAVELING Paul Krugman (Norton • $25.95) *A Princeton University economist vs. the Bush Administration.*   **7**

**11** THE 8TH HABIT Stephen R. Covey (Free Press • $26) *In the new workplace, leaders must demonstrate trust, respect, and openness.*   **2**

**12** THE TOTAL MONEY MAKEOVER Dave Ramsey (Thomas Nelson • $24.95) *Getting rid of debt and building up your rainy-day reserves.*   **9**

**13** PURPLE COW Seth Godin (Portfolio • $19.95) *Emulate Krispy Kreme and Dutch Boy paints, and astonish your customers.*   **14**

**14** CONFRONTING REALITY Larry Bossidy, Ram Charan (Crown Business • $27.50) *Zoning in on your business model.*   **3**

**15** THE LITTLE RED BOOK OF SELLING Jeffrey Gitomer (Bard Press • $19.95) *A syndicated columnist on why people buy.*   **4**

**1** SMART COUPLES FINISH RICH David Bach (Broadway • $14.95) *Managing your money after you've walked down the aisle.*   **15**

**2** SMART WOMEN FINISH RICH David Bach (Broadway • $14.95) *Spending wisely and getting prepared for the future.*   **13**

**3** WHAT COLOR IS YOUR PARACHUTE? Richard Nelson Bolles (Ten Speed • $17.95) *The 2004 edition of the job-search bible.*   **12**

**4** TRUMP: THE ART OF THE DEAL Donald J. Trump, with Tony Schwartz (Warner • $6.99) *Tax abatements and celebrity-schmoozing.*   **9**

**5** THE ERNST & YOUNG TAX GUIDE 2004 Ernst & Young LLP (Wiley • $16.95) *Get out the 1099s and the W2 forms—and the calculator.*   **4**

**6** EFFECTIVE PHRASES FOR PERFORMANCE APPRAISALS James E. Neal Jr. (Neal Publications • $10.95) *"Attaboy."*   **20**

**7** REAL ESTATE LOOPHOLES Diane Kennedy, CPA, Garrett Sutton, Esq. (Warner • $16.95) *Tax and legal knowhow.*   **15**

**8** THE INTELLIGENT INVESTOR, REVISED EDITION Benjamin Graham, with Jason Zweig (HarperBusiness • $19.95) *The classic explanation of "value investing."*   **9**

**9** GETTING THINGS DONE David Allen (Penguin • $14) *Organizing your office and managing your time.*   **9**

**10** J.K. LASSER'S YOUR INCOME TAX 2004 The J.K. Lasser Institute (Wiley • $16.95) *Home-office deductions, marriage penalties, etc.*   **6**

**11** RICH DAD'S WHO TOOK MY MONEY? Robert T. Kiyosaki with Sharon L. Lechter, CPA (Warner Business • $16.95) *How to score "ultrahigh" investment returns.*   **6**

**12** THE 48 LAWS OF POWER Robert Greene (Penguin • $17) *Rules for strivers, drawn from the likes of Machiavelli, Catherine the Great, and Henry Kissinger.*   **14**

**13** THE FINISH RICH WORKBOOK David Bach (Broadway • $14.95) *Track what you spend, etc.*   **7**

**14** INVESTING FOR DUMMIES Eric Tyson, MBA (Wiley • $21.99) *Stocks, bonds, real estate, small business—you name it.*   **4**

**15** THINK AND GROW RICH Napoleon Hill (Ballantine • $7.99) *Willpower is the key to achieving wealth.*   **3**

BusinessWeek's Best-Seller List is based on a survey of chain and independent booksellers that carry a broad selection of books on economics, management, sales and marketing, small business, investing, personal finance, and careers. Well over 1,000 retail outlets nationwide are represented. Current rankings are based on a weighted analysis of unit sales from January through December, 2004.

Reviews and more are available on AOL (Keyword: BW) or **www.businessweek.com/lifestyle/books.htm**

**The New York Times**
nytimes.com



October 29, 2006

# Hardcover Advice

| THIS WEEK | | WEEKS ON LIST |
|---|---|---|
| 1 | WHY WE WANT YOU TO BE RICH, by Donald J. Trump, Robert T. Kiyosaki, Meredith McIver and Sharon Lechter. (Rich, $24.95.) Moneymaking lessons from moneymakers. | 1 |
| 2 | AGELESS, by Suzanne Somers. (Crown, $25.) The actress hails bioidentical hormone replacement therapy, a menopause treatment. | 1 |
| 3 | THE INTELLECTUAL DEVOTIONAL, by David S. Kidder and Noah D. Oppenheim. (Rodale, $22.50.) Secular readings to build general knowledge. | 1 |
| 4 | INSIDE MY HEART, by Robin McGraw. (Nelson,$24.99.) Life lessons intended to inspire women, from the wife of Dr. Phil. | 5 |
| 5 | PAULA DEEN CELEBRATES!, by Paula Deen with Martha Nesbit. (Simon & Schuster, $26.) Recipes for many occasions, from Elvis's birthday to St. Patrick's Day. | 1 |

ALSO SELLING

| | | |
|---|---|---|
| 6 | THE IQ ANSWER, by Frank Lawlis (Viking) | |
| 7 | GUINNESS WORLD RECORDS 2007 (Guinness) | |
| 8 | THE PURPOSE-DRIVEN LIFE, by Rick Warren (Zondervan) | |
| 9 | NOW, DISCOVER YOUR STRENGTHS, by Marcus Buckingham and Donald O.Clifton (Free Press) | |
| 10 | SEVEN YEARS TO SEVEN FIGURES, by Michael Masterson (Wiley) | |
| 11 | CESAR'S WAY, by Cesar Millan with Melissa Jo Peltier (Harmony) | |

# IdeasBooks

# The BusinessWeek Best-Seller List

| | HARDCOVER BUSINESS BOOKS | LAST MONTH | MONTHS ON LIST |
|---|---|---|---|
| 1 | **WHY WE WANT YOU TO BE RICH** Donald J. Trump, Robert T. Kiyosaki, Meredith McIver, Sharon Lechter (Rich Press • $24.95) Some guys got it, some guys ain't. | — | 1 |
| 2 | **THE WORLD IS FLAT** Thomas L. Friedman (Farrar, Straus & Giroux • $30) Globalization is great—sort of, says a columnist for The New York Times. | 1 | 18 |
| 3 | **FREAKONOMICS** Steven D. Levitt, Stephen J. Dubner (Morrow • $27.95) Crack gangs, the Ku Klux Klan, and more, examined by a University of Chicago economist. | 2 | 19 |
| 4 | **BLINK** Malcolm Gladwell (Little, Brown • $25.95) Snap judgments deserve careful consideration, says a writer for The New Yorker. | 3 | 22 |
| 5 | **TOUGH CHOICES** Carly Fiorina (Portfolio • $24.95) The former Hewlett-Packard CEO on her life and career. | — | 1 |
| 6 | **THE LONG TAIL** Chris Anderson (Hyperion • $24.95) The mass market featuring the blockbuster product is giving way to a "mass of niches." | 4 | 4 |
| 7 | **THE LITTLE BOOK OF VALUE INVESTING** Christopher H. Browne (Wiley • $19.95) How Graham and Buffett did it. | — | 1 |
| 8 | **JIM CRAMER'S REAL MONEY** James J. Cramer (Simon & Schuster • $26) Trading tips from CNBC's wild man. | 6 | 19 |
| 9 | **MAKE MONEY NOT EXCUSES** Jean Chatzky (Crown Business • $24.95) Women, too, can succeed at investing. | 9 | 2 |
| 10 | **SETTING THE TABLE** Danny Meyer (HarperCollins • $25.95) A New York restaurateur tells how he thrived in a ruthless business. | — | 1 |
| 11 | **LITTLE BLACK BOOK OF CONNECTIONS** Jeffrey Gitomer (Bard Press • $19.95) Building relationships with customers, co-workers, vendors, etc. | 5 | 3 |
| 12 | **BEYOND BASKETBALL** Mike Krzyzewski with Jamie K. Spatola (Warner Business • $17.99) Duke's roundball coach on winning, losing, sportsmanship, etc. | — | 1 |
| 13 | **THE ONE MINUTE MANAGER** Kenneth Blanchard, PhD, Spencer Johnson, M.D. (Morrow • $19.95) Three management techniques conveyed in brief story form. | 8 | 18 |
| 14 | **OUR ICEBERG IS MELTING** John Kotter, Holger Rathgeber (St. Martin's • $19.95) The eight steps penguins need to deal with change. | 11 | 2 |
| 15 | **MAVERICKS AT WORK** William C. Taylor, Polly LaBarre (Morrow • $26.95) Profiles of nonconformist business leaders and their creative tactics. | — | 1 |

| | PAPERBACK BUSINESS BOOKS | LAST MONTH | MONTHS ON LIST |
|---|---|---|---|
| 1 | **GOOD TO GREAT AND THE SOCIAL SECTORS** Jim Collins (Collins • $11.95) A primer on how noncorporate organizations can excel. | 1 | 11 |
| 2 | **WHAT COLOR IS YOUR PARACHUTE? 2007** Richard Nelson Bolles (Ten Speed Press • $17.95) The enduring job-search bible. | 2 | 3 |
| 3 | **LEADERSHIP AND SELF-DECEPTION** The Arbinger Institute (Berrett-Koehler • $14.95) A leader's motivation is what matters, says this business table. | 4 | 7 |
| 4 | **A GUIDE TO THE PROJECT MANAGEMENT BODY OF KNOWLEDGE** Project Management Institute (PMI Publications • $49.95) Delivering results. | 3 | 10 |
| 5 | **COLLAPSE** Jared Diamond (Penguin • $17) From Easter Island to Central America, why civilizations fall apart. | 10 | 9 |
| 6 | **THE INTELLIGENT INVESTOR, REVISED EDITION** Benjamin Graham, with Jason Zweig (HarperBusiness • $19.95) The classic treatise on "value investing." | 8 | 18 |
| 7 | **THE SEARCH** John Battelle (Portfolio • $14.95) The history of Internet search technology, and especially of Google. | — | 1 |
| 8 | **RICH WOMAN** Kim Kiyosaki (Rich Press • $18.95) How women can take control of their finances. | 9 | 4 |
| 9 | **FIND IT, FIX IT, FLIP IT!** Michael Corbett (Penguin • $15) How you can profit from real estate, by a TV show host. | 6 | 9 |
| 10 | **THE AUTOMATIC MILLIONAIRE** David Bach (Broadway • $12.95) How you can put your investment program on autopilot. | 7 | 10 |
| 11 | **THINK AND GROW RICH** Napoleon Hill (Ballantine • $7.99) Willpower and a positive attitude are the keys to achieving wealth. | 11 | 18 |
| 12 | **THE LEADERSHIP CHALLENGE** James M. Kouzes, Barry Z. Posner (Jossey-Bass • $22.95) The core concepts of leadership, with case studies and plans for action. | 14 | 7 |
| 13 | **WHAT IS LEAN SIX SIGMA?** Mike George, Dave Rowlands, Bill Kastle (McGraw-Hill • $12) The "four keys" of the management system. | — | 1 |
| 14 | **THE ART OF POSSIBILITY** Rosamund Stone Zander, Benjamin Zander (Penguin • $15) Rethink your life, by a therapist and a symphony orchestra conductor. | — | 9 |
| 15 | **DICTIONARY OF REAL ESTATE TERMS** Jack P. Friedman, Jack C. Harris, J. Bruce Lindeman (Barron's • $13.95) Basic concepts defined. | 12 | 5 |

## LONG-RUNNING BEST-SELLERS

**HARDCOVER BUSINESS BOOKS**
GOOD TO GREAT Jim Collins (HarperBusiness • $27.50)
NOW, DISCOVER YOUR STRENGTHS Marcus Buckingham, Donald O. Clifton (Free Press • $30)
THE FIVE DYSFUNCTIONS OF A TEAM Patrick Lencioni (Jossey-Bass • $22.95)
THE LITTLE RED BOOK OF SELLING Jeffrey Gitomer (Bard Press • $18.95)
WHO MOVED MY CHEESE? Spencer Johnson (Putnam • $19.95)
FISH Stephen C. Lundin, Harry Paul, John Christensen (Hyperion • $19.95)

EXECUTION Larry Bossidy, Ram Charan (Crown • $27.50)
**PAPERBACK BUSINESS BOOKS**
RICH DAD, POOR DAD Robert T. Kiyosaki with Sharon L. Lechter (Warner • $16.95)
THE TIPPING POINT Malcolm Gladwell (Back Bay • $14.95)
THE 7 HABITS OF HIGHLY EFFECTIVE PEOPLE Stephen R. Covey (Free Press • $15)
GETTING THINGS DONE David Allan (Penguin • $15)
GETTING TO YES Roger Fisher, William Ury, Bruce Patton (Penguin • $15)

THE E-MYTH REVISITED Michael E. Gerber (HarperBusiness • $16)
RICH DAD'S CASHFLOW QUADRANT Robert T. Kiyosaki with Sharon L. Lechter (Warner • $16.95)
RICH DAD'S GUIDE TO INVESTING Robert T. Kiyosaki with Sharon L. Lechter (Warner • $19.95)
THE MILLIONAIRE NEXT DOOR Thomas J. Stanley, William D. Danko (Pocket Books • $15)
BUILT TO LAST James C. Collins, Jerry I. Porras (HarperBusiness • $17.95)
THE 48 LAWS OF POWER Robert Greene (Penguin • $18)

Business Week's Best-seller list reflects sales for the month that ends approximately two weeks before our publication date. It is based on data from retailers, wholesalers, and online services for the month, from a nationally representative sample of outlets. Titles that have appeared on the list for more than 18 months are eligible for the Long-Running Best-Sellers list.

Reviews and more are available on **www.businessweek.com**

# The New York Times
## Business Best Sellers

| This Month | Last Month | HARDCOVER |
|---|---|---|
| 1 | 1 | **WHY WE WANT YOU TO BE RICH** by Donald J. Trump, Robert T. Kiyosaki, Meredith McIver and Sharon Lechter. (Rich, $24.95). Moneymaking lessons from moneymakers. |
| 2 | 2 | **THE WORLD IS FLAT** by Thomas L. Friedman (Farrar, Straus & Giroux, $30). A columnist for The New York Times analyzes 21st-century economics and foreign policy and presents an overview of globalization trends. |
| 3 | 5 | **FREAKONOMICS** by Steven D. Levitt and Stephen J. Dubner (Morrow, $27.95). A scholar uses economics to explore the incentives that drive disparate groups, including crack gangs, sumo wrestlers and schoolteachers. |
| 4† | — | **THE MILLIONAIRE MAKER'S GUIDE TO WEALTH CYCLE INVESTING** by Loral Langemeier (McGraw-Hill, $24.95). A financial guide for increasing personal assets. |
| 5† | 8 | **NOW DISCOVER YOUR STRENGTHS** by Marcus Buckingham and Donald O. Clifton (Free Press, $30). How to identify and develop your talents and those of your employees. |
| 6 | 4 | **THE BLIND SIDE** by Michael Lewis (Norton, $24.95). The evolving business of football, viewed through the rise of the left tackle Michael Oher. |
| 7† | — | **SECRETS OF THE MILLIONAIRE MIND** by T. Harv Eker. (HarperBusiness, $19.95). Thinking rich to get rich. |
| 8† | 11 | **GOOD TO GREAT** by Jim Collins. (HarperBusiness, $27.50). Why some companies thrive and others do not. |
| 9† | 9 | **THE FIVE DYSFUNCTIONS OF A TEAM** by Patrick M. Lencioni (Jossey-Bass, $22.95). A fable that illustrates how teamwork can be restored to even the most troubled and entrenched workplace. |
| 10† | 10 | **WHO MOVED MY CHEESE?** By Spencer Johnson (Putnam, $19.95). A management expert offers a range of techniques for dealing with workplace change. |

Case 1:15-cv-02217-ENV-LB   Document 25   Filed 08/01/16   Page 103 of 266 PageID #: 591

Best Selling Books - WSJ.com

http://online.wsj.com/article/SB116190116893805226-search.html



Announcing
AIM Pro

Designed for Business
Professionals

ATTENTION
WSJ Reader

◌ Receive your
WSJ News
Feeds instantly

◌ Secure Instant
Messaging

◌ 100% FREE

- click here -


FREE
Download
- click here -


THE
WALL
STREET
JOURNAL

Dow Jones Sites
· StartupJournal
· OpinionJournal
· CollegeJournal
· CareerJournal
· RealEstateJournal
· MarketWatch
· Barron's Online
Customer Service
· The Online Journal
· The Print Edition
· Contact Us
· Site Map
· Help
Advertiser Links
  Featured Advertiser
British Airways presents
"Club World"
Experience Club World

| No. | Title<br>Author/Publisher | This Week | Last Week | |
|-----|---------------------------|-----------|-----------|---|
| 1 | The Innocent Man<br>John Grisham / Doubleday | 151 | 266 | |
| 2 | The Audacity of Hope<br>Barack Obama / Little, Brown | 130 | New | |
| 3 | State of Denial<br>Bob Woodward / Simon & Schuster | 80 | 159 | |
| 4 | Ageless<br>Suzanne Somers / Crown | 58 | 50 | |
| 5 | Culture Warrior<br>Bill O'Reilly / Random House | 49 | 52 | |
| 6 | Why We Want You to Be Rich<br>Donald Trump, Robert Kiyosaki / Rich Press | 46 | 68 | |
| 7 | I Feel Bad About My Neck<br>Nora Ephron / Knopf | 37 | 59 | |
| 8 | The Life and Times of the Thunderbolt Kid<br>Bill Bryson / Broadway | 21 | New | |
| 9 | Mr. and Mrs. Happy Handbook<br>Steve Doocy / William Morrow | 21 | New | |
| 10 | The God Delusion<br>Richard Dawkins / Houghton Mifflin | 19 | 16 | |
| 11 | Marley & Me<br>John Grogan / William Morrow | 19 | 20 | |
| 12 | The Greatest Story Ever Sold<br>Frank Rich / Penguin | 17 | 18 | |
| 13 | Tempting Faith<br>David Kuo / Simon & Schuster | 17 | New | |
| 14 | I Like You<br>Amy Sedaris / Warner | 16 | New | |
| 15 | Good to Great<br>Jim Collins / Collins | 16 | 16 | |

| Business | | | |
|----------|--|--|--|
| No. | Title<br>Author/Publisher | This Week | Last Week |
| 1 | Why We Want You to Be Rich<br>Donald Trump, Robert Kiyosaki / Rich Press (H) | 46 | 68 |
| 2 | Good to Great<br>Jim Collins / Collins (H) | 16 | 16 |
| 3 | Now, Discover Your Strengths<br>Marcus Buckingham, Donald O. Clifton / Free Press (H) | 16 | 12 |



Case 1:15-cv-02217-ENV-LB Document 25 Filed 08/01/16 Page 105 of 266 PageID #: 593



# PUBLICATIONS

## TRUMP BOOKS



Learn how to think like a billionaire—it's as simple as turning the page. Achieving your personal and professional goals has never been so easy. All of Mr. Trump's personally written books have been best sellers and are available at major bookstores and the Trump Store on Fifth Avenue, New York City. For once, the mind of this internationally renowned business mogul is an open book.

The Trump Card, Playing to Win in Work and Life. Ivanka Trump recounts the compelling story of her upbringing as the ultimate Apprentice, the daughter of Donald and Ivana Trump, and shares the life lessons and hard-won insights that have made her a rising star in the business world.

Case 1:15-cv-02217-ENV-LB   Document 25   Filed 08/01/16   Page 106 of 266 PageID #: 594



Try Prime

Your Amazon.com    Today's Deals    Gift Cards    Sell    Help

| Shop by Department | Search | Books ▾ | | Go | | Hello. Sign in Your Account | Try Prime | 0 Cart | Wish List |

Books    Advanced Search    New Releases    Best Sellers    The New York Times® Best Sellers    Children's Books    Textbooks    Textbook Rentals

Books › Biographies & Memoirs › Leaders & Notable People › Rich & Famous

Try before you buy. Read a free Kindle sample of **Trump: The Art of the Deal** on your smartphone, tablet or Kindle. See all Kindle book benefits.



Look inside ↓



See this image

### Trump: The Art of the Deal Mass

Market Paperback – December 28, 2004

by Donald J. Trump   (Author), Tony Schwartz (Author)

201 customer reviews

Share

See all 16 formats and editions

| Kindle $7.58 | Hardcover from $0.01 | Pape from |
|---|---|---|

Read with our free app

546 Used from $0.01    21 Us
36 New from $5.60
42 Collectible from $8.99

From the Impresario of NBC's hit show The Apprentice

TRUMP ON TRUMP: "I like thinking big. I always have. To me it's very simple: if you're going to be thinking anyway, you might as well think big."

And here's how he does it: the art of the deal

Read more



| Buy New | $7.98 |
|---|---|

Qty: 1 ▾    List Price: $7.99
Save: $0.01

FREE Shipping on orders over $35.

**In stock but may require an extra 1-2 days to process.**

Ships from and sold by Amazon.com. Gift-wrap available.

☐ Yes, I want FREE Two-Day Shipping with Amazon Prime

Add to Cart

Sign in to turn on 1-click ordering

| Buy Used | $3.00 |
|---|---|

Add to Wish List

Have one to sell?    Sell on Amazon

## Special Offers and Product Promotions

- Get a $150 Amazon.com Gift Card: Get the Citi ThankYou® Preferred Card and earn a $150.00 digital Amazon.com Gift Card* after $1,000 in card purchases within 3 months of account opening. Learn more.

## Frequently Bought Together

 + 

Price for both: **$24.07**

Ad feedback

Show availability and shipping details

☑ This item: Trump: The Art of the Deal by Donald J. Trump   Mass Market Paperback
**$7.98**

☑ Trump Strategies for Real Estate: Billionaire Lessons for the Small Investor by George H. Ross   Paperback   **$16.09**

## Customers viewing this page may be interested in these sponsored links (What's this?)

- **Love Chock full o' Nuts?**     -   Watch The Celebrity Apprentice to see NY's Favorite Coffee in action.     www.chockfullonuts.com/
- **Tony Schwartz**     -   Presents A Solution For Increasing Company Productivity & Efficiency.     www.theenergyproject.com/
- **Donald Trump**     -   Begin Building Your Passive Income Using Your Personal Guide to Wealth     www.richdadcoaching.com/

See a problem with these advertisements? Let us know

## Customers Who Bought This Item Also Bought



Think Big: Make It Happen in Business and…
Donald J. Trump
122
Paperback



Trump Strategies for Real Estate: Billionaire…
› George H. Ross
41
Paperback



Think Like a Champion: An Informal Education in…
› Donald Trump
85
Hardcover



Trump Never Give Up: How I Turned My Biggest…
Donald J. Trump
38
Hardcover



Midas Touch: Why Some Entrepreneurs Get…
Donald J. Trump
88
Hardcover

93 of 94 people found the following review helpful

## Empire-Building 101 (perfect for eager Apprentices)

By Christopher Hefele on March 9, 2004

Format: Mass Market Paperback

"Trump, who believes that excess can be a virtue, is as American as Manhattan's skyline," wrote George Will in the 1980's. Regardless of whether you think Donald Trump as a symbol of American success, or you think he's an annoying, chest-pounding egomaniac with bad hair, this book will show you what it took for him to build up his empire. The book shows Trump doing what he does best -- boldly making big deals -- during the "greed is good" decade of the 1980's. I found it interesting to see how much of his current empire he had built up before his 40th birthday, and to understand how he pulled off various deals.

The majority of the book is a swashbuckling, detailed history of his biggest projects. He talks about all the details, from negotiating with landholders, arguing about zoning with city officials, lining up contractors, interviewing architects, dealing with partners in various projects, negotiating with banks to line up financing, and the like.

Trump also devotes a couple chapters to his background. He was the son of a successful developer of rent-controlled & low-income housing in Queens and Brooklyn, NY. He was a mischievous, aggressive kid (he once punched a teacher), and was sent military school during his high-school years. He started college at Fordham in the Bronx, NY, to be close to home, but then then transferred to the Wharton Business School (at the University of Pennsylvania) because he liked its entrepreneurial emphasis. Shortly after college, he worked with his father to buy a troubled apartment complex in Cincinnati, which he fixed it up and sold for a multi-million dollar profit. Read more ›

Comment    Was this review helpful to you?    Yes    No

128 of 138 people found the following review helpful

## A book about his deals

By Jeffrey Leeper on June 7, 2002

Format: Hardcover

This book is not a how-to book for deal making or negotiation. This book is more autobiographical. Each chapter covers a different deal, which were mostly in the 1980s. To learn from this will require some reading between the lines and some extrapolation.

With the exception of the first couple chapters, which talk about his early years, each chapter goes into some detail about a different deal, like the USFL and Trump Plaza. Trump talks about some negotiations, licensing, and construction. Reading about the steps behind each deal has some benefit if you are patient and read carefully.

Unfortunately, you need to understand the time, New York/New Jersey, and Trump to get this information. Since the information is from the 80s, it is a bit dated. Also, if you are not familiar with

---

ONLY GOOD ENVY OF YOU. WISH I HAD A SLIVER OF YOUR COMMON SENSE!

Published 9 days ago by Joab

### Great lessons in negotiations!

I happen to like Donald Trump. He is a great businessman and very loyal to those very loyal to him. A very interesting read from the man himself!

Published 9 days ago by C. Clark

### I would have liked to hear more about his thought processes

I was expecting more from the Donald. It is more biographical than informative. I would have liked to hear more about his thought processes, strategies, and tactics. Read more

Published 15 days ago by Clarette Frank

### The Art of the Deal is a must read for ...

The Art of the Deal is a must read for anyone interested in sales, success in general, or negotiation. Read more

Published 1 month ago by Amazon Customer

### Not your "normal" how to " book.

If you want to succeed, do what people who have succeeded do. If you want to do it and be able to look at your self in the morning with out cutting your throat, include your moral... Read more

Published 1 month ago by B. Reed

### I love reading Turmp

I don't have a lot of time to read but I love reading Turmp. I have looked back at some of the houses and cars I have bought and, in hind sight, I could have made some much better... Read more

Published 1 month ago by JED

Case 1:15-cv-02217-LMB-LFB Document 25 Filed 08/01/16 Page 109 of 266 PageID #: 597

New York or New Jersey, many of his references (which are oftentimes just the streets involved) will mean nothing to you. Trump also does a lot of name-dropping. If you are not from the area, then most of the names will mean nothing (with the exception of some of the USFL players he mentions). I would rate this book higher if it wasn't so dated. If you are familiar with the area and time covered in the book, then this can be helpful.

 Comment     Was this review helpful to you?     [ Yes ]  [ No ]

41 of 46 people found the following review helpful

### Excellent book by "the Donald"

By A Customer on April 24, 2000

Format: Hardcover

This is a must read for anyone in the real estate industry or those intending to enter the industry. Donald Trump tells how he did it - about himself, his deals, his money, the people he dealt with, his women... He tells you how the real estate industry really works and about the city he loves - New York. The stories of his deal-making strategies are absolutely captivating. I also recommend reading The Art of the Comeback.

 Comment     Was this review helpful to you?     [ Yes ]  [ No ]

16 of 17 people found the following review helpful

### Trump: The Storyteller

By A Customer on April 1, 2004

Format: Mass Market Paperback

This book was recommended to me at the start of the inaugural season of "The Apprentice" -- Trump's reality TV Show. "It's one of the most inspirational business books I've ever read," he said. Personally, I found it more entertaining than inspirational.

It is a quick read, offering glimpses into The Donald's life in the 80's. These tales included some of his most successful real estate deals told in the first person from Donald's (somewhat biased) point-of-view. I kept wishing there was an alternate account of some of these tales to get more of a balanced view. And, after finishing the book, I also found myself longing for a similarly-executed book detailing his successes (and failures) in the 90's.

But despite some of its biases and lack of business or even "deal-making" tips (as its title might suggest), I think it would make a terrific gift for fans of Donald Trump and "The Apprentice" as well as for the entrepreneurially-minded. And I would strongly recommend it -- just not as part of a business course curriculum!

 Comment     Was this review helpful to you?     [ Yes ]  [ No ]

### Five Stars

Thanks, Quick Shipping

Published 1 month ago by Aaron R. Heiss

### Outstanding Insight Into The Mind Of A Billionaire

Great book! It won't automatically make a person rich, but getting a day-to-day feel for astounding level of persistence required to be rich is a hell of a lesson.  Read more

Published 2 months ago by Brandon Scott Drury

### One Star

D-

Published 2 months ago by Lawrance Anthony

### Five Stars

great Book, full of Challenges, full of teachings , a great buy...100% recommended

Published 3 months ago by carlos jimenez

### Search Customer Reviews

[                    ]  [ Search ]

☑ Search these reviews only

19 of 21 people found the following review helpful

### The Art of the Deal -- Book Summary

By Justin Belkin on August 6, 2004

Format: Mass Market Paperback

Donald Trump has become arguably the world's best-known real-estate icon. He has undoubtedly worked hard for the honor. Trump routinely wakes up at 6AM, at which time he reads the morning papers before arriving to work by 9AM. He'll make anywhere from 50 to 100 phone calls daily, and will hold a dozen or so impromptu 15-minute meetings throughout the day. But Trump's work ethic is only part of the reason why he has come to define the quintessential real estate mogul.

Donald Trump provides for our benefit his eleven Trump Cards of success. They include thinking big, protecting the downside, maximizing options, knowing your market, using leverage, enhancing your location, getting the word out through a public relations/marketing campaign, fighting back, delivering the goods, controlling costs, and having fun. Yet even these Trump Cards fail to fully illuminate what it is that makes Trump so successful.

A great deal of Trump's success can be traced back to his father who built and sold homes throughout New York City, most prominently in Jamaica Estates. Donald would learn on the job from a young age about managing costs and putting together a working symphony of various real estate professionals. After transferring from Fordham University to the University of Pennsylvania to complete his undergraduate degree in business administration, Donald and his father bought Swifton Village in 1968, a 1200-unit FHA apartment complex in Cincinnati, Ohio. While the scope of a 1200-unit apartment complex may seem unfathomable to many, for Donald it was just the beginning. These formative years convinced Trump to look beyond NYC and take the next progressive step, which for him was to develop commercial real estate in Manhattan and later casinos in Atlantic City.

Read more ›

1 Comment    Was this review helpful to you?    Yes    No

See all 201 customer reviews (newest first)

Write a customer review

---

## What Other Items Do Customers Buy After Viewing This Item?

1/13/2015
Case 1:15-cv-02217-ELH-LB  Document 25  Filed 08/01/16  Page 111 of 266  PageID #: 599
Trump: The Art of the Comeback: Donald J. Trump, Kate Bohner: 9780812929645: Amazon.com: Books



Try Prime          Your Amazon.com   Today's Deals   Gift Cards   Sell   Help

Shop by       Search   Books ▾                                          Go       Hello. Sign in   Try       0    Cart ▾   Wish ▾
Department ▾                                                                     Your Account ▾  Prime ▾        List

Books   Advanced Search   New Releases   Best Sellers   The New York Times® Best Sellers   Children's Books   Textbooks   Textbook Rentals   Sell Us Your Books   Best Books of the Month   Deals in Books

Books › Biographies & Memoirs › Professionals & Academics › Business




See this image

## Trump: The Art of the Comeback Hardcover – October 27, 1997

by Donald J. Trump (Author), Kate Bohner (Author)

40 customer reviews

See all 2 formats and editions

| Hardcover |
| from $0.01 |

144 Used from $0.01
31 New from $7.05
12 Collectible from $10.00

Trump's story begins when many real estate moguls went belly-up in what he calls the Great Depression of 1990. Trump reveals how he renegotiated millions of dollars in bank loans and survived the recession, paving the way for a resurgence, during which he built the most successful casino operation in Atlantic City, broke ground on one of the biggest and most lucrative development projects ever undertaken in New York City, and outsmarted one of South America's richest men for rights to the Miss Universe pageant.

Blunt, outrageous, smart as hell, and full of hilarious stories--check out his chapter "The Art of the
Read more

Share

187 used & new from $0.01

See All Buying Options

Add to Wish List

Have one to sell?   Sell on Amazon

### Also available on Kindle



Sponsored
Forging Zero (The Legend of ZERO, Book 1)
King, Sara          (824)
$3.99
Ad feedback

## Customers viewing this page may be interested in these sponsored links  (What's this?)

- The Chockarzzi are Coming ⧉   -   Tune into The Celebrity Apprentice on Jan. 19th. It's gonna be nuts!   www.chockfullonuts.com/
- The Art Of Comeback ⧉           -   Search for The Art of Comeback Look Up Quick Results Now!        www.wow.com/The+Art+Of+Comeback
- Prints at AllPosters.com ⧉      -   Choose from over 500,000 prints at the World's Largest Poster Store!   www.allposters.com/

See a problem with these advertisements?   Let us know

## Customers Who Bought This Item Also Bought

Page 1 of 8

     

Trump: The Art of the Deal
› Donald J. Trump
201
Mass Market Paperback
$7.98

Trump Never Give Up: How I Turned My Biggest...
Donald J. Trump
38
Hardcover
$15.45

Trump: The Art of the Deal
› Donald J. Trump
201
Hardcover

Trump: Surviving at the Top
Donald J. Trump
10
Hardcover

Think Big: Make It Happen in Business and...
Donald J. Trump
122
Paperback
$11.78

Think Like a Champion: An Informal Education in...
› Donald Trump
85
Hardcover
$5.95

Trump: Think Like a Billionaire:...
Donald J. Trump
103
Mass Market Paperback
$7.99

Trump: How to G
Donald J. Trump
22
Mass Market Pap
$7.98

Case 1:15-cv-02217-LB   Document 25   Filed 08/01/16   Page 112 of 266 PageID #: 600

**17 of 19 people found the following review helpful**

#### He's the "MAN" !

By  W. P. Danitz on January 6, 2000

Format: Hardcover

Everyone either loves or hates Donald Trump! He is what we all want to be. He says and does what we all want to say and do. A very successfull businessman is probably someone that many of us would not like. In order to be able to do what they do , they have to have a large dose of ego and self confidence. They must be assertive. We the people spend thousands reading inspirational books, attending seminars, and all the rest of that stuff to be successful, searching for that millionaire mentality, yet we condem it when we find someone who really has it! I enjoyed the book immensely. Yes there was a lot of DONALD, but so what? Read it, and learn!

1 Comment     Was this review helpful to you?     Yes   No

**7 of 7 people found the following review helpful**

#### Another 200+ pages of chest pounding from The Donald

By A Customer on March 22, 1998

Format: Hardcover

I have long been a fan of Donald Trump. I have read every book available on him, including this newest one. This book gives a little insight to his inner workings, and some of his deals. The biggest disappointment for me is that Donald will not share any of his vast financial acumen with us. He is very gifted in the arena of finance, and I wish that he would impart some of that knowledge on us. Perhaps he feels like this would give away some of his business advantage, or maybe he just likes chest pounding better that education. In contrast, Warren Buffet spends lots of time telling us the exact formulas and philosophies that he has used to become a billionaire from the stock market. Donald Trump has a great gift, and I wish he would write one more book to share even a portion of that with us.

Comment     Was this review helpful to you?     Yes   No

**7 of 8 people found the following review helpful**

#### Candid and Complex Self-Portrait of a Real Estate Titan

By Stuart Ellison on June 10, 2006

Format: Hardcover

In characteristic blunt style, Donald Trump describes how he made his astounding financial comeback during the severe downturn in the early-1990s real estate market. In a few short years, Trump went from being three-quarters of a billion dollars in debt to having a net worth of over $2 billion. This fast-reading book provides a fascinating look at this highly controversial, intelligent, and complex man.

Much of the book is full of name-dropping and self-pats on the back, but, hey, "The Donald" has a lot to brag about. Trump describes how he bought and improved many of New York's greatest landmarks, such as the Empire State Building, Wollman Skating Rink, and 40 Wall Street.

Trump is coarse and sensitive; vicious toward betrayers and generous to loyalists; egotistical and self-critical. He uses four-letter words to describe his enemies, yet is magnanimous enough to make peace with rival Merv Griffin. He describes his nasty divorce with Ivana, but has mostly good things to say about her. Perhaps The Donald's most candid admission is that the breakup of his marriage to Marla was probably his fault.

This book isn't for everyone. Trump, the quintessential builder, finds "a crane on every block" a thing of beauty. He also seems to find humor in Mike Tyson's biting of Evander Holyfield's ear during that infamous heavyweight title fight.

Trump is understandably reticent about his daily life during the tough times of the early '90s, but that would have been more interesting material than the mundane schedule he describes.

Yet, overall, The Art of the Comeback is a straight-shooting autobiography providing insight into the mind of the greatest real estate titan of our time.

Comment     Was this review helpful to you?     Yes   No

**16 of 21 people found the following review helpful**

#### Drivel

By A Customer on February 15, 2004

Format: Hardcover

Save your time and skip this one. Page after page of name dropping and boasting. Who cares?! I was interested in some factual info about how he does business. Unfortunately that only amounts to about 10%. You're Fired!

Comment     Was this review helpful to you?     Yes   No

---

Published 4 months ago by alejandrolevy

trump is not someone to admire or someone to waste your money on
Trump is just a tool... He writes books, probably with a crayon, to brag about his accomplishments. The irony is his so-called accomplishments are nothing to be proud of... Read more

Published 5 months ago by Dan Miller

#### Good reading and informative

There's a lot to learn from Donald Trump. I'd never be rich like he is, even if I tried.
But the book is immformative and it gives some life lessons that I can apply to my... Read more

Published 11 months ago by EricF

#### Great book!

It got here quickly and in great shape. Thanks a bunch, Suzette! Its available for a fraction of the cost and it arrived in the condition described and very quickly!

Published 15 months ago by S. Spears

#### Content less than expected.

Really expected more from "The Donald" in this edition. Had some interesting facts but not a lot of "meat" business wise.     Read more

Published 17 months ago by William M. Senefsky

#### Awesome Book

I highly recommend this book for small business owners, entrepreneurs and real estate investors. I wasn't a big fan of Trump until I started reading his books and they are very... Read more

Published 17 months ago by JasonWDTX

#### This is why he is called The Donald

This book covers a lot, but for me the most intriguing parts were those where once again Trump showed his brilliance in doing real estate deals.

Published 18 months ago by Henry A. Palmer

#### Excellent

Great book, great timing for myself to read. Always a fantastic read and inspiration. Keep it up Donald Trump and co

Published on January 5, 2013 by Wade Bekesi

#### A Great Sequel to the First Book

This book was a great follow up to the first book that Trump wrote. I thought he was very honest in the way he approached his difficult and failing years as well as the climb... Read more

Published on January 1, 2013 by Brooklyn Joe

### Search Customer Reviews

[                    ]   Search

☑ Search these reviews only

Try Prime    Your Amazon.com    Today's Deals    Gift Cards    Sell    Help

Shop by
Department ▾    Search    Books ▾    [                    ]    Go    Hello. Sign in
Your Account ▾    Try
Prime ▾    0
Cart ▾    Wish
List ▾

Books    Advanced Search    New Releases    Best Sellers    The New York Times® Best Sellers    Children's Books    Textbooks    Textbook Rentals    Sell Us Your Books    Best Books of the Month    Deals in Books

Books › Biographies & Memoirs › Historical › United States

Never hunt for notes. See all of your comments and underlinings in The America We Deserve in one place. See all Kindle book benefits.





Look inside ↓



See this image

## The America We Deserve Hardcover – January 1, 2000

by Donald Trump  (Author)

26 customer reviews

See all 4 formats and editions

| Kindle $7.99 | Hardcover from $0.01 | Audio, Cassette from $52.63 |
| --- | --- | --- |

Read with our free app

133 Used from $0.01
44 New from $0.23
22 Collectible from $4.08

6 Used from $52.63

Throughout The American We Deserve, Donald Trump points out problems and offers sensible, practical solutions. To help him formulate his ideas into well-researched and workable policies, Donald Trump has secured the support and counsel of a group of domestic and foreign policy advisers, all with White House or senior policy experience.

In The American We Deserve, Donald Trump lays out his concerns and solutions, virtually a platform on the major political issues facing our country. But this is not a dry, public-policy book. This is Donald Trump taking on the issues in his no-nonsense, unvarnished manner, offering populist, provocative, and sometimes dramatic solutions that no other politician would dare to put forward.

Read more

Share

Buy Used    $3.79
FREE Shipping on orders over $35.
Used: Good | Details
Sold by TWENTY6 LETTERS CORP
Fulfilled by Amazon

[ Add to Cart ]

Sign in to turn on 1-click ordering

199 used & new from $0.01

[ See All Buying Options ]

[ Add to Wish List ]

Have one to sell?    [ Sell on Amazon ]

Also available on Kindle



Sponsored
Wings of Retribution
(Millennium Potion Book...
King, Sara    (127)
$4.99
Ad feedback

## Customers Who Bought This Item Also Bought

Page 1 of 5



A Whole New Mind: Why
Right-Brainers Will…
› Daniel H. Pink    583
Paperback
$9.04



Trump: The Art of the Deal
› Donald J. Trump    201
Mass Market Paperback
$7.98



The Dollar Crisis: Causes,
Consequences,…
› Richard Duncan    88
Paperback
$21.17



Trump: The Art of the
Comeback
Donald J. Trump    40
Hardcover



The World Is Flat 3.0: A
Brief History of the…
› Thomas L. Friedman    320
Paperback
$12.14



Why We Want You t
Rich: Two Men, One
Message
› Donald Trump    274
Hardcover

Start reading The America We Deserve on your Kindle in under a minute.

Don't have a Kindle? Get your Kindle here, or download a FREE Kindle Reading App.

Best Books of 2014

## Product Details

Hardcover: 286 pages
Publisher: Renaissance Books; First Edition edition (January 1, 2000)
Language: English
ISBN-10: 1580631312
ISBN-13: 978-1580631310

Case 1:15-cv-02217-ENV-LB   Document 25   Filed 06/01/16   Page 114 of 266 PageID #: 602

Product Dimensions: 0.8 x 6.5 x 9.2 inches
Shipping Weight: 1.2 pounds
Average Customer Review:    (26 customer reviews)
Amazon Best Sellers Rank: #1,493,512 in Books (See Top 100 in Books)

Would you like to update product info, give feedback on images, or tell us about a lower price?


Looking for something great to read? Browse our editors' picks for 2014's Best Books of the Year in fiction, nonfiction, mysteries, children's books, and much more.

## Editorial Reviews

### Amazon.com Review

Donald Trump doesn't pull any punches when he surveys the American political scene: Pat Buchanan's "totally lost it," Al Gore is "an able, underrated man who seems confused," and Bill Bradley is simply a "disaster." But the real estate tycoon has some ideas of his own about how the United States should be run, and he shares them with the potential electorate for the 2000 presidential race in The America We Deserve. There aren't too many surprises here: Trump lambastes the government bureaucracy that's made a mess of the civic infrastructure, particularly the public school systems; he supports creating opportunities for business developers (both large and small); and he's tougher than tough on crime. He's also prepared to come down hard on America's enemies abroad, such as China, North Korea, and Cuba. Among the more interesting aspects of his platform is his desire to do away completely with soft money in campaign financing and allow unlimited personal contributions—along with full disclosure of political contributions, updated daily on the Internet.

The America We Deserve is an effective combination of Trump's straight-shooting personality and policy-wonk data points. As another American presidential campaign heats up, Trump raises issues that will force voters to give serious consideration to what they want in a candidate. --Ron Hogan

### From Library Journal

For the first time, the mogul, best-selling author (The Art of the Deal), publicity hound, and possible presidential candidate will narrate his own work.

## Customer Reviews

(26)

4.3 out of 5 stars



| | |
|---|---|
| 5 star | 17 |
| 4 star | 4 |
| 3 star | 2 |
| 2 star | 1 |
| 1 star | 2 |

See all 26 customer reviews

This is a very intelligent book.

bostonviking

The tone and style of the book is in in the Trump mode: refreshingly brash and straightforward.

Anthony L. Mascia

I had heard that this was one of Trump's best books, so naturally I was curious to read it.

WS

### Available on Kindle

Forging Zero (The Legend of ZERO, Book 1)
King, Sara
(824)
$3.99
Shop now



Ad feedback

### Most Helpful Customer Reviews

22 of 22 people found the following review helpful

**A Fun and Thought-Provoking Read in Classic Trump Style**

By Anthony L. Mascia on January 5, 2000

Format: Hardcover   Verified Purchase

Whether you love or hate Donald Trump, this book is light-years ahead of what current Presidential hopefuls are passing off as their "vision".
This book keeps celebrity name-dropping to a minimum (a weakness of other Trump books), and has specific, well-thought and referenced ideas on economics, trade, foreign policy, education, and crime. The tone and style of the book is in in the Trump mode: refreshingly brash and straightforward.
Forget the "Lifestyles of the Rich and Famous" public persona, get the book, and enjoy.

Comment   Was this review helpful to you?   Yes   No

11 of 11 people found the following review helpful

**DONALD TRUMP FOR PRESIDENT**

By Joseph Costa on January 20, 2000

Format: Hardcover

I am not an American citizen but, I have always been interested in why some people succeed and what they have done to be successful. Well, in reading Donald Trump's book I came away with a clear understanding (I have read his other boks as well)why Mr. Trump is a very successful man. First, he is a take charge guy. When there are problems he meets them head on. The impression you get in reading his book is that of a man who

### Customer Images

### Most Recent Customer Reviews

**Read it**

I think this book should be the basis for a high school class.

Published 2 months ago by Nicholas G. Marts

**Overall, Great Ideas and philosophy!**

Excellent!!! The man should be a President of the US! Great insight and knowledge and truth! Love his upfront take on every subject and his answers and solutions to the problems!

Case 1:15-cv-02217-LMB-LO  Document 25  Filed 06/01/16  Page 115 of 266 PageID #: 603

Try Prime

Your Amazon.com    Today's Deals    Gift Cards    Sell    Help

Shop by Department ▾    Search   Books ▾            Go    Hello. Sign in Your Account ▾    Try Prime ▾    0 Cart ▾    Wish List ▾

Books   Advanced Search   New Releases   Best Sellers   The New York Times® Best Sellers   Children's Books   Textbooks   Textbook Rentals   Sell Us Your Books   Best Books of the Month   Deals in Books

Books › Business & Money › Management & Leadership › Management

Read Trump: How to Get Rich or one of over 2 million other books with our free Kindle app, including hundreds of thousands of Kindle exclusives. See all Kindle book benefits.



Look inside ↓

Listen



See this image

## Trump: How to Get Rich Mass Market Paperback – December 28, 2004

by Donald J. Trump (Author), Meredith McIver (Author)

220 customer reviews

See all 16 formats and editions



| Kindle $5.99 | Hardcover from $0.01 | Paperback from $1.27 | Audiobook Download $17.95 or Free | Mass Market Paperback $7.98 | Audio C from $6 |
|---|---|---|---|---|---|
| Read with our free app | 381 Used from $0.01 117 New from $0.30 22 Collectible from $2.50 | 8 Used from $1.27 | or Free with Audible 30-day free trial | 144 Used from $0.01 79 New from $3.93 6 Collectible from $3.79 | 18 Used 11 New |

Share



**Buy New**      **$7.98**

Qty: 1 ▾    List Price: $7.99    Save: $0.01

**FREE Shipping** on orders over $35.

**Only 19 left in stock (more on the way).**

Ships from and sold by Amazon.com.
Gift-wrap available.

☐ Yes, I want FREE Two-Day Shipping with Amazon Prime

**Add to Cart**

Sign in to turn on 1-click ordering

Want it tomorrow, Jan. 14? Order within **19 hrs 20 mins** and choose Same-Day Delivery at checkout. Details

**Buy Used**      **$3.65**

Add to Wish List

Have one to sell?   Sell on Amazon

**Also available on Kindle**

Sponsored
Alaskan Fire (Guardians of the First Realm Book 1)
King, Sara
(272)
$4.99

Ad feedback

Case 1:15-cv-02217-ELV-LB   Document 25   Filed 08/01/16   Page 116 of 266 PageID #: 604

Mass Market Paperback: 320 pages
Publisher: Ballantine Books (December 28, 2004)
Language: English
ISBN-10: 812910993X
ISBN-13: 978-0345481030
ASIN: 0345481038
Product Dimensions: 4.2 x 0.9 x 6.9 inches
Shipping Weight: 12.6 ounces (View shipping rates and policies)
Average Customer Review:            (220 customer reviews)
Amazon Best Sellers Rank: #359,370 in Books (See Top 100 in Books)

Would you like to update product info, give feedback on images, or tell us about a lower price?

Don't have a Kindle? Get your Kindle here, or download a FREE Kindle Reading App.



Best Books of 2014
Looking for something great to read? Browse our editors' picks for 2014's Best Books of the Year in fiction, nonfiction, mysteries, children's books, and much more.

## Editorial Reviews

### From Publishers Weekly

With a central role in NBC's The Apprentice, Trump's star is soaring. In his fifth book (after The Art of the Deal, he offers a cursory glance behind the scenes of the hit reality show, but the bulk of the text consists of business advice ("Be Tenacious"; "Play Golf"; "Be Optimistic, but Always Be Prepared for the Worst") with illustrative details culled from his real estate and media dealings. (The glimpses he presents of his transformation of 40 Wall Street hint at a story that might deserve a more serious book all its own.) There are some surprises; at times, the quintessential New Yorker sounds almost like a California New Ager as he recommends up to three hours of quiet reflection a day along with the writings of Carl Jung. But he's soon back in recognizable form, advising readers to "screw enemies back" and explaining why various people (including former governor Mario Cuomo and talk-show host Joy Behar) are dead to him. Trump appears comfortable with himself, and he even makes light of potentially touchy subjects, such as his hair: "My hair is one hundred percent mine. No animals have been harmed in the creation of my hairstyle." There are occasional missteps, like an imitation of the New York Post's iconic gossip column "Page Six," which reads more like an annual Trump Christmas letter. But Trump's books have done an effective job of capturing his grand personality in print, and this volume is no exception. B&w photos throughout.
Copyright © Reed Business Information, a division of Reed Elsevier Inc. All rights reserved. --This text refers to an out of print or unavailable edition of this title.

### From the Inside Flap

First he made five billion dollars.

Then he made The Apprentice.

Now The Donald shows you how to make a fortune, Trump style.

HOW TO GET RICH

Real estate titan, bestselling author, and TV impresario Donald J. Trump reveals the secrets of his success in this candid and unprecedented book of business wisdom and advice. Over the years, everyone has urged Trump to write on this subject, but it wasn't until NBC and executive producer Mark Burnett asked him to star in The Apprentice that he realized just how hungry people are to learn how great personal wealth is created and first-class businesses are run. Thousands applied to be Trump's apprentice, and millions have been watching the program, making it the highest rated debut of the season.

In Trump: How to Get Rich, Trump tells all -- about the lessons learned from The Apprentice, his real estate empire, his position as head of the 20,000-member Trump Organization, and his most important role, as a father who has successfully taught his children the value of money and hard work.

With his characteristic brass and smarts, Trump offers insights on how to:

- invest wisely
- impress the boss and get a raise
- manage a business efficiently
- hire, motivate, and fire employees
- negotiate anything
- maintain the quality of your brand
- think big and live large

Plus, The Donald tells all on the art of the hair!

With his luxury buildings, award-winning golf courses, high-stakes casinos, and glamorous beauty pageants, Donald J. Trump is one of a kind in American business. Every day, he lives the American dream. Now he shows you how it's done, in this rollicking, inspirational, and illuminating behind-the-scenes story of invaluable lessons and rich rewards. --This text refers to an out of print or unavailable edition of

## Customer Reviews

(220)

3.0 out of 5 stars

5 star ▭ 68

The book is well written, fun to read, and you can read it pretty quickly.

It's quite self serving that he

If you are looking for some good tips to get rich, don't waste your time in reading this

1/13/2015 Trump: Think Like a Billionaire: Everything You Need to Know About Success, Real Estate, and Life: Donald J. Trump, Meredith McIver: 9780345481405: Amazon.com: Books

Try Prime

Your Amazon.com    Today's Deals    Gift Cards    Sell    Help

Shop by Department ▾    Search    Books ▾    [Go]    Hello. Sign in Your Account ▾    Try Prime ▾    0 Cart ▾    Wish List ▾

Books | Advanced Search | New Releases | Best Sellers | The New York Times® Best Sellers | Children's Books | Textbooks | Textbook Rentals | Sell Us Your Books | Best Books of the Month | Deals in Books

Books › Biographies & Memoirs › Professionals & Academics › Business

Want to start reading now? Download **Trump: Think Like a Billionaire** instantly on your smartphone, tablet or Kindle. See all Kindle book benefits.



Look inside ↓

## Trump: Think Like a Billionaire: Everything You Need to Know About Success, Real Estate, and Life
Mass Market Paperback – September 27, 2005

by Donald J. Trump (Author), Meredith McIver (Author)

103 customer reviews

See all 9 formats and editions

| Kindle $5.99 | Hardcover from $0.01 | Audiobook Download $17.95 or Free | Mass Market Paperback $7.99 | Audio CD $26.96 |
|---|---|---|---|---|
| Read with our free app | 316 Used from $0.01 95 New from $0.01 20 Collectible from $1.85 | or Free with Audible 30-day free trial | 209 Used from $0.01 94 New from $1.48 1 Collectible from $9.98 | 38 Used from $3.00 29 New from $6.89 |

It's not good enough to want it. You've got to know how to get it. Real estate titan, bestselling author, and TV star Donald J. Trump is the man to teach you the billionaire mind-set–how to think about money, career skills, and life. Here is crucial advice on investing in real estate from the expert, everything from dealing with brokers to renovating to assessing the value of property, buying and selling, and securing a mortgage. Trump will show you how to cut costs, decide how much risk to assume in your investments, and divide up your portfolio. He'll also teach you how to impress anyone, how to correct or criticize someone effectively, and how to know if your friends are loyal–everything you need to know to get ahead.

Read more



Listen



See this image

## Special Offers and Product Promotions

- Get a $100 Amazon.com Gift Card: Get the Discover it card and get a $100.00 Amazon.com Gift Card* after your first purchase within 3 months. Learn more.

## Frequently Bought Together

Price for all three: $23.95

Some of these items ship sooner than the others. Show details

- ☑ This item: Trump: Think Like a Billionaire: Everything You Need to Know About Success, Real Estate, and Life by Donald J. Trump  Mass Market Paperback  $7.99
- ☑ Trump: How to Get Rich by Donald J. Trump  Mass Market Paperback  $7.98
- ☑ Trump: The Art of the Deal by Donald J. Trump  Mass Market Paperback  $7.98

## Customers Who Bought This Item Also Bought

Page 1 of 10

Share



| Buy New | $7.99 |
|---|---|

Qty: 1 ▾

**FREE Shipping** on orders over $35.

**Only 9 left in stock (more on the way).**

Ships from and sold by Amazon.com. Gift-wrap available.

☐ Yes, I want FREE Two-Day Shipping with Amazon Prime

[ Add to Cart ]

Sign in to turn on 1-click ordering

Want it tomorrow, Jan. 14? Order within **19 hrs 20 mins** and choose Same-Day Delivery at checkout. Details

| Buy Used | $3.75 |
|---|---|

[ Add to Wish List ]

Have one to sell?   [ Sell on Amazon ]

Also available on Kindle



Sponsored
Alaskan Fire (Guardians of the First Realm Book 1)
King, Sara
(272)
$4.99

Ad feedback

Case 1:15-cv-02217-ELH-LB    Document 25    Filed 03/01/16    Page 118 of 266    Pages #: 806

| | | |
|---|---|---|
| 4 star | | 17 |
| 3 star | | 13 |
| 2 star | | 13 |
| 1 star | | 51 |

See all 103 customer reviews

## Most Helpful Customer Reviews

96 of 101 people found the following review helpful

**His publisher should FIRE HIM for this piece of crap!**

By Lynn B. on October 26, 2004

Format: Hardcover

I wanted to like this book, but I'm three-quarters of the way through it and I keep thowing it down in disgust. Most "chapters" are a mere page and a half long and the information contained therein are just extremely commonsense snippets with no real insight or depth. His section on real estate gives you gems like "get a home inspection", or "if you house isn't selling, lower the price". Uh...DOH! Every topic is covered too briefly to have any real merit or make it worthy of a second thought, much less a second read. So far the most interesting part of the book has been the two sections with color photos, though most are just pictures of his girlfriend scowling. (Isn't this chick like a model or something? Why is she making these screwy faces in all the pictures?)

Some of his advice on being successful in business includes not sleeping more than 4 hours a night and similar unpractical things.

My advice is save your money....if you are really curious about this book borrow it from a friend or the library. Don't let this book take up valuable real estate on your bookshelf!

Comment    Was this review helpful to you?   [ Yes ] [ No ]

28 of 29 people found the following review helpful

**Thank goodness this was just a library borrow!**

By Consumer on January 3, 2006

Format: Audio CD

Shame on me for expecting more... I had already purchased two Trump books when they came out, "Art of the Deal" & "How to get Rich", and was well aware of how self (Trump's self!)-promoting and devoid of content they were. Just pick up any Trump book and this should be apparent by the typeface size (in order to fill the pages, the type is so big Stevie Wonder could read it!) Still most books in general have some vaule so, roaming the aisle at the library, I picked up this 5 disc "gem".

How bad and useless is this children's book of financial "wisdom"?

1.) If you removed the words "me", "I", "my", "mine" (and every other narcissistic variant of the first person pronoun ), "Trump", "Apprentice" and "Mar-Lago" the runtime of this audiobook could be cut by an easy 25%.

Cut out the superfluous "information" about the tile at Trump's home and scores of other references that have absoultely nothing to do with you or success and you kill another 40% of time. What are you left with?

2.) A host of vague and contradicting generalities that are so broad or commonsense that they are frankly insulting. My pity to anyone who actually paid for this man's self-promoting diatribe of no real value.

3.) Then Trump wants to teach you about dieting and landscaping and...stop!!!! I can't take it. It's too hard to balance laughter and disgust!!!

I borrowed this to listen to in the car, but the amount of noxious fumes and carbon dioxide spewed from the speakers actually made it impossible to listen to all the way through. I actually started carrying a caged canary in the car to warn me of the CO2 levels until I could get the oxygen masks that drop from the ceiling installed. Ugh! Read more ›

Comment    Was this review helpful to you?   [ Yes ] [ No ]

29 of 32 people found the following review helpful

**How to think like an "Pompous Old Windbag" ...**

By Sachin Gaikwad on January 31, 2006

the typeface size (in order to fill the pages, the type is so big Stevie Wonder could read it!)

▽ Consumer

book as a one-star effort.

▽ Donald Mitchell



## Available on Kindle

**Forging Zero (The Legend of ZERO, Book 1)**

King, Sara

(824)

$3.99

[ Shop now ]

Ad feedback

## Customer Images

## Most Recent Customer Reviews

**Three Stars**

Disappointing. I expected much more from Trump!

Published 4 months ago by Very Wealthy 999

**Bought it a long time ago before I realized what ...**

Bought it a long time ago before I realized what an idiot Donald Trump really is. But my fault for buying it.

Published 5 months ago by col46

**Mildly entertaining but next to worthless**

This book was a disappointment. It really had very little to do with finances. It was rather like Trump decided to ramble on and on about everything from his favorite shampoo to... Read more

Published 10 months ago by Author Jane B Night

**1/2 audiobook great and 1/2 is "so what"**

I wanted to learn from The Donald, so I bought this audiobook which consists of 5 CDs. CDs 1, 2 and 1/3 of 3 are great because they represent and discuss the principles implicated... Read more

Published 19 months ago by Sandra Pressley

**great title**

cheap price, some wisdoms, some generalities, easy written....only one person can make you rich: use your own skills and talents and be surrounded by the right people

Published 21 months ago by cvdc

**Fair at Best**

This book was ok. I didn't really see the need after the previous books. Many of the information was vague and simply didn't really teach much the way Trump's previous books did. Read more

Published on January 1, 2013 by Brooklyn Joe

Case 1:15-cv-02211-ENV-LB   Document 25   Filed 08/01/16   Page 119 of 266 PageID #: 607



Case 1:15-cv-02217-ENV-LB　Document 25　Filed 08/01/16　Page 120 of 266 PageID #: 608



**Available on Kindle**

Forging Zero (The Legend of ZERO, Book 1)

King, Sara

(824)

$3.99

Shop now

Ad feedback



1 star 　　　　　　　　　　　2

See all 25 customer reviews

Alain B. Burrese

## Most Helpful Customer Reviews

22 of 23 people found the following review helpful

#### An Awesome Trump Book!

By Ellen on December 27, 2006

Format: Hardcover

I listened to Trump at the Learning Annex Real Estate Expo in New York two months ago, and was a little disappointed with his speech because he spent a lot of time bragging about how smart he was and very little teaching us his secrets. He did give us ten tips but did not really elaborate on them. Therefore, when I first saw this book Trump 101, I thought it would be just another tool to show off his wealth and smartness, but I am glad I was wrong. This is a very concise yet powerful and inspirational book. It introduces and very well explains 33 secrets of his success, including passion, thinking big, setting high standards, living with excellence, working hard, doing a lot of preparation before going into a deal, being confident and thinking positively, etc. These are very practical advice so you can apply it in your real life instantly. To make the best of this book, you should not read it quickly. You really have to think deeply about your life and your business approach and digest the book thoroughly with your mind and heart. For anyone who is thinking of running a business, this is a great coach. I myself have been considering starting my own business lately and Trump has definitely pointed me into the right direction: To be successful, you have to do what you really love, not just what makes money. If you do what you love and do it well, money will follow. A lot of the time people are caught up in jobs or businesses just for the money itself. However, you will soon lose your passion and then likely the money too. Remember something very true that Donald Trump and Robert Kiyosaki both believe in, the biggest asset in your life is time, and don't waste it on work you don't love!

Comment　　Was this review helpful to you?　Yes　No

13 of 14 people found the following review helpful

#### Like Having Coffee Every Day with Donald Trump

By Gary D. Collier on December 14, 2006

Format: Hardcover

This is not a deep book. But if you keep in mind that this is Trump 101 and not Trump 475, you may really like it. The book is intended to introduce Trump University, but it does not beat this into the ground. Instead, it's more like having coffee every day for a month with Donald Trump in which he talks to you about important principles for success.

Mostly, this book is about attitude. Thirty-three (33) short, easy-to-read chapters are as inviting and encouraging as they are interesting and entertaining. From "Don't waste your life on work you don't love," to "stay focused on what matters most or you could be expelled," Trump encourages positive, forward-thinking, informed, realistic, and focused energy. "Energy," he says, "is the key to accomplishment. Harness your energy and you will have the ability to achieve your goals." Above all he emphasizes (1) learning your area of interest "inside out" and (2) hard work. My personal favorite quote from the book is this:

"If you really want to succeed in business, you have to work at it every day. I do. The big time isn't for slackers. When you work at it, an amazing thing occurs: You accumulate an incredible body of knowledge in your area of expertise and develop the uncanny ability to make the right calls consistently. Getting to this level is an awesome achievement; it's the essence of success."

Highly autobiographical, this book comes across as informational, inspirational, and even warm. A large number of pictures of Trump buildings and personal shots punctuate the book. The book is a great place to start or even to come back to for success basics. Read more ›

2 Comments　　Was this review helpful to you?　Yes　No

27 of 32 people found the following review helpful

#### Finally

By D. Drews on December 1, 2006

Format: Hardcover

Finally, after releasing the God awful "How to Think Like a Billionaire", Trump hits his stride in "Trump 101". I'd say Trump 101 is the best since "The Art of the Deal", which was excellent.

This book is very good. Trump 101 crystalizes The Donald's advice. There is almost no filler in this book.

In a nutshell, what I learned from Trump 101 is that you need to have tremendous passion, drive and work ethic to really make it.



## Most Recent Customer Reviews

#### Same old Trump

Good read. Nothing special. Fun if you're a Trump fan. Good for staying motivated. Won't make any permanent or significant changes in your life, but it will keep you on the right... Read more

Published 13 months ago by Alejandro Rodriguez

#### Great book!

It was a great read and rather inexpensive- a win-win kind of situation. Donald Trump really gave great insight in how to build a future of financial surplus.

Read more

Published 24 months ago by Kendra

#### A Good Motivational Book

This book is a good motivational tool. It serves as a compilation of lessons learned in other Trump books. Read more

Published on January 1, 2013 by Brooklyn Joe

#### Trump really lacks in Selecting appropriate Reader of this audio book

Sorry ... have a few of his books.. went audio on this one for convenience .. as I have with many other books... Read more

Published on December 20, 2011 by Mark

#### Trump 000

Nothing can be learned from a man who inherited his wealth...unless you have a silver spoon.

Bad read waste of money.

I recommend "The Law" by Bastiat.

Published on December 6, 2011 by UncleBilly3

#### Trump's business advice

Many people look up to Trump and dream of being as successful as he is in real estate, but they don't have to do it in the same field. Read more

Published on August 26, 2009 by Mariusz Skonieczny

#### Nobody knows success like Trump

[...]

If you want to be successful you need to study successful people. Donald

Case 1:15-cv-02217-LPS Document 23 Filed 08/03/16 Page 121 of 266 PageID #: 609







Try Prime

Your Amazon.com    Today's Deals    Gift Cards    Sell    Help

Shop by Department | Search | Books | | Go | Hello. Sign in Your Account | Try Prime | 0 Cart | Wish List

Books   Advanced Search   New Releases   Best Sellers   The New York Times® Best Sellers   Children's Books   Textbooks   Textbook Rentals   Sell Us Your Books   Best Books of the Month   Deals in Books

Books › Business & Money › Small Business & Entrepreneurship › Entrepreneurship

## Why We Want You to Be Rich: Two Men, One Message Hardcover – October 9, 2006

by Donald Trump (Author), Robert T. Kiyosaki (Author)

274 customer reviews

ISBN-13: 978-1933914022    ISBN-10: 1933914025    Edition: First Edition

### Used

Price: **$3.79**

214 New from $0.73    496 Used from $0.01    31 Collectible from $2.99

| | Amazon Price | New from | Used from |
|---|---|---|---|
| Hardcover | — | $0.73 | $0.01 |
| Paperback | — | $0.48 | $0.01 |
| Audiobook Download, Abridged | $15.95 | or Free with Audible 30-day free trial | |
| Audio CD, Abridged, Audiobook | $26.96 | $13.99 | $1.40 |
| Unknown Binding | | $14.95 | $15.00 |



FREE TWO-DAY SHIPPING FOR COLLEGE STUDENTS

› Learn more    amazonstudent



Donald Trump and Robert Kiyosaki are both concerned. Their concern is that the rich are getting richer but America is getting poorer. Like the polar ice caps, the middle class is disappearing. America is becoming a two-class society.

Soon you will be either rich or poor. Donald and Robert want you to be rich.

Read more

## Special Offers and Product Promotions

- Get behind the scenes of Why We Want You to Be Rich in this video interview with Trump and Kiyosaki.

## Customers Who Bought This Item Also Bought

Page 1 of 13

Flip to back    Listen

See all 2 images

Share

Buy Used    **$3.79**

FREE Shipping on orders over $35.
Used: Good | Details
Sold by TWENTY6 LETTERS CORP
Fulfilled by Amazon

Access codes and supplements are not guaranteed with used items.

Add to Cart

Sign in to turn on 1-click ordering

741 used & new from $0.41

See All Buying Options

Add to Wish List

Other Sellers on Amazon

741 used & new from $0.01

Have one to sell?    Sell on Amazon

Also available on Kindle



Sponsored

Forging Zero (The Legend of ZERO, Book 1)
King, Sara
(824)
$3.99



Ad feedback

Shop by Department ▾    Search  Books ▾    [                    ]  Go

Hello. Sign in Your Account ▾    Try Prime ▾    Cart ▾  0    Wish List ▾

Books | Advanced Search | New Releases | Best Sellers | The New York Times® Best Sellers | Children's Books | Textbooks | Textbook Rentals

Books › Business & Money › Business Culture › Motivation & Self-Improvement

Never be without a good book. Access **Think BIG and Kick Ass in Business and Life** and your entire Kindle library from your smartphone or tablet. See all Kindle book benefits.


Look **inside** ↓

# Think BIG and Kick Ass in Business and Life
Hardcover – EveryBook, October 16, 2007

by Donald J. Trump (Author), Bill Zanker (Author)

122 customer reviews

See all 10 formats and editions

| Kindle $3.99 | Hardcover from $0.01 | Pape $11.7 |

Read with our free app

195 Used from $0.01   63 Use
50 New from $3.97     57 New
11 Collectible from $2.99

Donald J. Trump is an icon, the very definition of the American success story. The star of The Apprentice, and developer of some of the planet's most prestigious real estate, he's been on the bottom and risen to become one of the world's wealthiest men. Bill Zanker started The Learning Annex with $5000 and grew it into a $5 million a year company. That was before he met Donald Trump. Thirty months later, after Zanker learned to think BIG himself. The

Read more

Flip to back    Listen



See all 2 images

Share

**Buy Used**    **$4.00**

FREE Shipping on orders over $35.
Used: Very Good | Details
Sold by jenson_online_inc
Fulfilled by Amazon

[ Add to Cart ]

Sign in to turn on 1-click ordering

255 used & new from $0.01

[ See All Buying Options ]

[ Add to Wish List ]

Have one to sell?    [ Sell on Amazon ]

Also available on Kindle

Sponsored
**Forging Zero (The Legend of ZERO, Book 1)**
King, Sara
(824)
$3.99
Ad feedback

## Customers Who Bought This Item Also Bought

Page 1 of 19



**Think Like a Champion: An Informal Education in...**
› Donald Trump
85
Hardcover
$5.95

**Trump: The Art of the Deal**
› Donald J. Trump
201
Mass Market Paperback
$7.98

**Trump: The Art of the Deal**
› Donald J. Trump
201
Hardcover

## Product Details

Hardcover: 384 pages
Publisher: HarperBusiness; 1 edition (October 16, 2007)
Language: English
ISBN-10: 0061547832
ISBN-13: 978-0061547836
Product Dimensions: 9.4 x 6.1 x 1.2 inches
Shipping Weight: 1.5 pounds
Average Customer Review:     (122 customer reviews)
Amazon Best Sellers Rank: #128,032 in Books (See Top 100 in Books)

Would you like to update product info, give feedback on images, or tell us about a lower

Start reading Think BIG and Kick Ass in Business and Life on your Kindle in under a minute.

Don't have a Kindle? Get your Kindle here, or download a FREE Kindle Reading App.


**Best Books of the Month**
Want to know our Editors' picks for the best books of the month? Browse Best Books of the Month, featuring our favorite new books in more than a dozen

price?

categories.

## Editorial Reviews

### Amazon.com Review

Donald J. Trump is an icon: the very definition of the American success story. The star of The Apprentice and developer of some of the planet's most prestigious real estate, he's been on the bottom and risen to become one of the world's wealthiest men.

Bill Zanker started The Learning Annex with $5,000 and grew it into a $5 million a year company. That was before he met Donald Trump. Thirty months later, after Zanker learned to think BIG himself, The Learning Annex is generating over $100 million a year in sales--and still growing.

Together, they're living examples of how thinking BIG and knowing when to back up your opinions aggressively--regardless of what your critics or opponents might say--can help you maximize your personal and professional achievements. For the first time ever, you too can learn Trump's secrets to thinking BIG and kicking ass! Learn:

- Momentum: the Big Mo. How to get it and how to get it back.

- Revenge: how and when to get it (and why it's so sweet).

- "I love you, now sign this!" Why contracts in business and personal life are so important.

- Real-life stories from people who've applied the think BIG formula in their own lives.

These strategies are proven and attested to by those who've learned to think BIG from Donald Trump and found success in their own lives. Bill Zanker used Donald's strategies to grow the revenues of The Learning Annex twenty times in under three years. Both of them have been down and out, and know what it's like to feel the whole world's against you--and both have risen to dizzying heights of success by thinking BIG and kicking ass! It is an attitude that can be easily learned.

### Questions for Donald Trump

Amazon.com: Was there ever a time when you didn't think big enough?



Trump: I don't think so. I always had big plans, even when I was very young. I would build skyscrapers with my building blocks.

Amazon.com: What was your first impression of your co-author Bill Zanker when you started doing business with the Learning Annex?

Trump: Bill Zanker had tremendous enthusiasm and focus, and he still does. I knew he'd succeed in a big way, and the success of The Learning Annex proves that I was right.

Amazon.com: What has becoming a television star on The Apprentice meant for your business?

Trump: My brand became more famous as I became more famous, and more opportunities presented themselves. I was already very well established, so I was well prepared, but things escalated and in a good way.

Amazon.com: There are stories everywhere that the real estate market is in trouble. How should an investor or an entrepreneur respond to the current market?

Trump: This is actually a very good time for entrepreneurs or investors. I would say to be positive and look for the opportunities, because the opportunities are there.

Amazon.com: You're critical of the "give me" attitude that you see in many young people today. What do you look for in a young person you are bringing into your business?

Trump: They have to be eager to learn and willing to work hard. I work hard and I expect the people around me to have a strong work ethic. I need people who can be part of a team and yet be able to think independently. That's one of the qualities I look for on The Apprentice--they have to be capable of both dimensions.

Amazon.com: Did you really make Lee Iacocca cry? [See Think Big and Kick Ass for more details.]

Trump: No, he made himself cry.

### About the Author

### Related Media



Fun Motivating Read!

By Alain B. Burrese TOP 1000 REVIEWER VINE VOICE on May 5, 2008

Format: Hardcover Verified Purchase

"Trump: Never Give Up - How I Turned My Biggest Challenges into Success" by Donald J. Trump with Meredith McIver is The Donald's newest book of success principles that he seems to be putting out regularly the last few years. This, like the others is an enjoyable read and contains simple, but important principles for success.

The book can easily be read in a couple of ways. You could read through the entire book quite quickly. It is not that long, and is an easy read. Alternatively, you could read one or two chapters at a time in little spurts for a daily dose of motivation. The 168 pages consist of 41 chapters. Each of these contains a lesson that Trump learned from experience. Some of the stories you have read before if you have read his previous books. Anyone familiar with Trump is familiar with the Wollman Rink story, but I did not mind reading about it again as Trump told how when you think you can complete a six-year project in six months, you probably can. Other examples in the book have been written about before as well, but they were put here with a new twist. Then there were stories in this book that have never been told before, so the reader gets even more insight into the phenomena that has become Donald Trump. I especially liked reading about his patriotism in the Defending the Flag chapter.

I enjoyed reading Trump's tales and how his persistence and never give up attitude helped him succeed. I agree with him when he states, "Losers give up." I also think this summary paragraph has a lot of meaning for anyone who would heed the advice and live it, " Strive for wholeness, believe in yourself, keep your momentum at full throttle, and be strong and tough in your resilience.

Read more ›

Comment Was this review helpful to you? Yes No

10 of 10 people found the following review helpful

Unbelievable

By Mariusz Skonieczny on August 23, 2009

Format: Hardcover

It is hard to think that Trump, with all his successes, faces any problems, but in this book, he shows us how he dealt with some of the challenges in his life. I found it refreshing to read about his mistakes because I can relate to them, but on a different scale. It was fascinating to read about him being $1 billion dollar in the hole in the 1990s and making the biggest comeback in history, which even put him in the Guinness Book of World Records.

People struggle with being $20,000 in debt, but $1 billion is unbelievable. He said that this was his lowest moment in his entire life. But he did not give up. Instead he focused on the solution, not the problem. He also admits that this event taught him to be a better businessman and entrepreneur. I would hate to go through a similar experience. Instead, I will pay $20 and learn from his mistakes.

- Mariusz Skonieczny, author of Why Are We So Clueless about the Stock Market? Learn how to invest your money, how to pick stocks, and how to make money in the stock market

Comment Was this review helpful to you? Yes No

13 of 14 people found the following review helpful

Trump trumps!

By Optimal Realist on January 16, 2008

Format: Hardcover

I've read all of Donald Trump's books. A friend gave me a review copy of his latest book which I devoured in one sitting. Donald's specific anecdotes about persistence along with his outstanding savvy business acumen are a gift. If you have ups and downs in business and have been through some troublesome relationships, you will not be disappointed.

Comment Was this review helpful to you? Yes No

4 of 4 people found the following review helpful

Turn Defeat Into VICTORY!

By Mark F. LaMoure on August 16, 2009

Format: Hardcover Verified Purchase

Mark F. LaMoure, Boise, ID

TRUMP - "NEVER GIVE UP" gives Donald's viewpoint on a few of his biggest challenges and worst mistakes. With years of winning experience and wisdom, Donald gets very personal. He reveals how

Motivating and entertaining antidotes. A Highly enjoyable read by a man whose had his share of challenges over the years but has always come out on top. I recommend it!

Published 14 days ago by R. Watts

great

Great book. This is a must read for anyone. There is a lot of inspiration to draw from Donald Trump.

Published 1 month ago by Sriyas Pande

Five Stars

I am pleased with my purchase.

Published 1 month ago by james b.

Four Stars

An ok book

Published 3 months ago by Rohit Karan

Some good advice in it to boost your confidence and self ...

I admire Donald Trump. This book is not really extensive, he goes to the point. Some good advice in it to boost your confidence and self worth.

Published 5 months ago by Bambina

Encouraging and inspiring

"The Donald" seems to be one of those people that you either love or hate. I like him for his honesty. He is who he is and he doesn't care what anybody thinks. Read more

Published 5 months ago by inlovewithjesus

The Donald

Always a good investment when reading his ideas. Kindle download makes it so much better. Get it right then. I recommend!

Published 7 months ago by L. Mesz

Thanks a lot! It was tremendous! I take several for me and my friends.

Very interesting and inspiring book, especially for me, because I'm a developer from Russian Federation!

Many thanks!

Best wishes!

Vladimir

Published 10 months ago by VBO

Simple success principles

Great book! Very simple!!! Bit size chunks from Trump! Highly recommend it. Never give up is one of his best

Published 11 months ago by DomMcK

Search Customer Reviews

Search

Search these reviews only

he used courage and determination to fight back and get through his biggest challenges. This is one of Trumps "A+" best books and I rate it Five Gold Stars. You'll learn a lot from it. Copyright 2009.

## COURAGE AND CONFIDENCE

I have long respected Donald as one of the most successful self-help authors. The man is exceptional. Trump is a fascinating man with guts, grits and glory. A man who loves a big challenge, he's someone we can use as a precedent to learn from. Plus, reading and learning about Trump's billions of dollars of debt is far less expensive for us! Best of all, Trump shows a titanium backbone of bravery in sharing his difficult challenges for us to learn from. Donald is a great leader and excellent role model. Big and bold, its one of Trump's most gripping books for readers.

## NEVER GIVE UP

As Winston Churchill once said: "Never, Never, NEVER GIVE UP! Like Churchill, Trump writes with vision on how failure is never permanent when you don't stop fighting to win. He states that after you've made an intelligent decision to move forward, don't let fear stop you. "Courage isn't the absence of fear, its the conquering of fear," he says. But sometimes its important to know when to cut your losses and move on to another success. The first-class book is 41 short Chapters, 168 Pages and 2 Appendixes of exciting material. Trump's charisma exemplifies Churchill in our modern times.

## PREMIUM BOOK

TRUMP - "NEVER GIVE UP" is a premium book with gold blended into every sentence. BUY IT! You'll love the book. Its a quick, fun read with incredible insight and wisdom for wealth building. It may even transform your life.

1 Comment      Was this review helpful to you?    Yes    No

*11 of 14 people found the following review helpful*

### Consistent Persistence Exemplified

By Dave Carpenter on January 18, 2008

Format: Hardcover    Verified Purchase

Having read and enjoyed all of Trump's previous books, I knew that I was in for more Trump storytelling punctuated with lessons learned. I wasn't disappointed and you won't be unless you are one who will resent that the stories are about his personal triumphs.

Kudos to Trump's writer (Meredith McIver) who fashioned 41 vignettes into quick read stories all nicely illustrating the theme of persistence. And, did so in a way that has the feel of Trump telling you each of the stories in a one-on-one setting.

Be forewarned; this book is written in the new quick read style designed for an ADD world. Not a heavy tome, in the Bill Clinton style of writing, but an enjoyable quick read. Most importantly, the message of the importance of persistence resonates in a most effective way.

I debated, with myself, as to whether the book deserved 5 stars and decided that Trump deserves such for crafting a book that balances the thinking of the currently popular Law of Attraction authors with a mandate for consistent, persistent action as one of the keys to success. Readers looking for easy, quick success will not find it in this book. Trump has toiled long and hard to achieve his success and the essence of his advice is consistent with what has made him such a success.

Full, full disclosure: Having just last night watched The Donald and Gene Simmons go mano/mano in the boardroom on Celebrity Apprentice, I think Trump deserves this 5 star for being such a stand-up guy. Gene Simmons was 100% right, but so too was The Donald in firing the other superstar of his show. Neither Trump nor Simmons operate in a manner with which I am personally comfortable, but I do respect greatly their intellect, their stand-up style, and their success over an extended period.

1 Comment      Was this review helpful to you?    Yes    No

See all 38 customer reviews (newest first)

Write a customer review

## What Other Items Do Customers Buy After Viewing This Item?

Case 1:15-cv-02217-ENV-LB Document 23 Filed 08/01/16 Page 127 of 266 PageID #: 619



<u>Try Prime</u>   Your Amazon.com   Today's Deals   Gift Cards   Sell   Help

Shop by
**Department** ▾    Search   | Books ▾ |   | Go |     Hello. Sign in
Your Account ▾    Try
Prime ▾    **0**
Cart ▾    Wish
List ▾

Books   Advanced Search   New Releases   Best Sellers   The New York Times® Best Sellers   Children's Books   Textbooks   Textbook

Sign in

New customer? Start
here.

Books › Business & Money › Business Culture › Motivation & Self-Improvement
Never wonder what a word means. Just tap any word in **Think Like a Champion** for a definition or translation. See all Kindle bo



Look inside ↓

**Listen**



See this image

Share

# Think Like a Champion: An Informal Education In Business and Life Hardcover – April 14, 2009

by Donald J. Trump (Author), Meredith McIver
(Contributor)

**85 customer reviews**

See all 15 formats and editions

| Kindle
$5.65 | Hardcover
from $0.01 | Paperb
$13.15 |

Read with our free app

139 Used from $0.01
47 New from $0.01
8 Collectible from $7.99

71 Used
56 New f
1 Collect

Buy Used                **$3.59**
**FREE Shipping** on orders over $35.
Used: Good | Details
Sold by hawthorne_academic
Fulfilled by Amazon

Add to Cart

Sign in to turn on 1-click ordering

194 used & new from $0.01

See All Buying Options

Add to Wish List

Have one to sell?     Sell on Amazon

Case 1:15-cv-02217-ENV-LB   Document 23   Filed 08/01/16   Page 128 of 266 PageID #: 619

## Product Details

Hardcover: 224 pages
Publisher: Vanguard Press; 1 edition (April 14, 2009)
Language: English
ISBN-10: 1593155301
ISBN-13: 978-1593155308
Product Dimensions: 6.1 x 1 x 9.3 inches
Shipping Weight: 15.2 ounces
Average Customer Review:          (85 customer reviews)
Amazon Best Sellers Rank: #1,448,988 in Books (See Top 100 in Books)

Would you like to update product info, give feedback on images, or tell us about a lower price?

Start reading Think Like a Champion on your Kindle in under a minute.

Don't have a Kindle? Get your Kindle here, or download a FREE Kindle Reading App.



**Best Books of the Month**
Want to know our Editors' picks for the best books of the month? Browse Best Books of the Month, featuring our favorite new books in more than a dozen categories.

## Editorial Reviews

### From Publishers Weekly

Given Trump's larger than life—and polarizing—public persona, part of Skipp Sudduth's achievement as narrator is his creation of a buffer zone of sorts. Granted, the entrepreneur does deliver a zealous introduction, but as Sudduth takes over, it becomes possible to overlook the positive and negative caricatures of Trump the celebrity and focus on his tangible no-nonsense advice. While viewers of The Apprentice will certainly recognize The Donald 's bravado in the recurring litany of accomplishments related to the global Trump brand, Sudduth's presentation of the career and personal growth tips will resonate with listeners. A Vanguard hardcover. (Apr.)
Copyright © Reed Business Information, a division of Reed Elsevier Inc. All rights reserved. --This text refers to the Audio CD edition.

### Review

"(E)ntertaining and valuable account of how to play the Trump card... I (found) his stories valuable and entertaining. In particular, the chapter titles are snappy and motivational. Trump's advice is that we should never think our way is the only way. Perhaps his readers should keep that in mind." -The Irish Times "Donald's wisdom is priceless-it's the perfect book at the perfect time." -Robert Kiyosaki, New York Times bestselling author of Rich Brother Rich Sister" --The New York Times, The Irish Times --This text refers to an alternate Hardcover edition.

## Customer Reviews

3.5 out of 5 stars                    (85)

5 star                                    37

| Don't waste your money you will get no | This book will help you to find yourself | Soon I will read it as I am finish with the |

Case 1:15-cv-02217-ENV-LB   Document 23   Filed 08/01/16   Page 129 of 266 PageID #: 617

Comment   Was this review helpful to you?   [ Yes ]  [ No ]

10 of 11 people found the following review helpful

### PJC Book Reviews

By Paul J. Christopher on December 29, 2009

Format: Hardcover

The book keeps form with Mr. Trumps value for brevity in that it is concise, only 198 pages, but offers his valuable insight on an informal education on business and life from a seasoned entrepreneur.

Trump places a quote atop each chapter by such individuals as Albert Einstein, Aristotle, Henry Ford, Napoleon, Ralph Waldo Emerson, Abraham Lincoln, Socrates, Henry David Thoreau, etc. Some of the author's suggestions that I found valuable include:

"Coming together is a beginning, keeping together is progress, working together is success. - Henry Ford" (11).

"...a good way to handle difficult and even tragic times - to find blessing in the midst of adversity" (14).

"Never think of learning as being a burden or studying as being boring. It may require some discipline, but it can be an adventure" (17).

"The more you learn, the more you realize what you don't know" (35).

"As Jack Dempsey said, "A champion is someone who gets up when he can't" (39).

"I view my work as an art form" (43).

"Fear defeats more people than any other one thing in the world" - Ralph Waldo Emerson (51).

"Business is no place for stream of consciousness babbling, no matter how colorful you might think you are being. Whatever you're doing, keep it short, fast, and direct. (61)

"People appreciate brevity in today's world" (63).

"Don't find fault, find a remedy" - Henry Ford (65).

"We are all businessmen and women, whether you see it that way yet or not. If you like art and can't make money at it, you eventually realize that everything is a business, even your art...I see my business as an art and so I work at it passionately." (86).

"Men are born to succeed, not fail. - Henry David Thoreau" (101).

"You can better your best at any time" (121). Read more ›

Comment   Was this review helpful to you?   [ Yes ]  [ No ]

12 of 14 people found the following review helpful

### 50 Motivating Essays from Donald Trump

By Alain B. Burrese  [TOP 1000 REVIEWER]  [VINE VOICE]  on May 9, 2010

---

Published 2 months ago by Very Wealthy 999

### Five Stars

good!

Published 5 months ago by Raymond Chan

### Five Stars

Great book

Published 6 months ago by Julie Jenkins

### I like that he shares his knowledge good and bad

He is always entertaining. I like that he shares his knowledge good and bad.

Published 6 months ago by Anita in AZ

### Wasted my time

I assumed that I order a normal size book of "think like a Champion" but it was actually a miniature book..Im So pissed off!!!!!!!!

Published 7 months ago by Carlos toussaint

### Inspirational; love the recommended reading list

The book contains approximately 50 short essays on what Mr. Trump considers to be important to maintain the mindset of a champion. I enjoyed reading Mr. Read more

Published 8 months ago by Zeubushi

### HOW CAN YOU GO WRONG

following advice from Donald Trump? LOVE HIM. I have a lot of Donald's books, people that bash/hate him are just jealous of what he's done & what he has. Stop hating & start reading!

Published 11 months ago by jam

### This is a mini book....you have to read the fine print to know.

I was very dissapointed in this book only for the fact that it is a miniature book and not well disclosed to

Format: Hardcover    Verified Purchase

Love him or hate him, Donald Trump on many fronts has been extremely successful. While some say it's just because he got a good head start from his father, the truth is, Trump would not be where he's at, and would not have succeeded as he's done without many contributing factors. One such factor is his optimistic, positive charged, enthusiastic big thinking. If you want to model success, modeling the way Trump thinks is not a bad place to start. In his book "Think Like A Champion" written with Meredith McIver and starting with a Foreword by Robert Kiyosaki, Trump shares with readers what he calls an informal education in business and life. I thoroughly enjoyed reading the fifty essays in this book, and if you liked any of Trump's previous books, I'm sure you will really like this one.

The essays are mostly two to four pages long, with many being right around two and a half pages. So they are very easy to read. You could read the entire book through quickly, or just pick an essay or two a day. First, I found the essays very positive and uplifting. I think it would be difficult to read this book and not feel a bit motivated to pursue great accomplishments upon reading The Donald's advice and examples. However, I think the book goes beyond a motivational "vanity" piece. The essays really do have substance, and some very practical and sound advice on a variety of topics.

I also like that each essay has a quote at the heading. Trump mentions that he likes quotes, and so do I. The essay titled "Have the Right Mindset for the Job" has a quote by Henry Ford at the heading, "Don't find fault. Find a remedy." I'm using that quote in a conflict resolution program I'm teaching next week.

In one of the essays, Trump mentions how he likes to get right to the point. Read more ›

Comment    Was this review helpful to you?    Yes    No

See all 85 customer reviews (newest first)

Write a customer review

the buyer.

Published 11 months ago by Wayne Cameron

Search Customer Reviews

[                    ]    Search

☑ Search these reviews only

---

## What Other Items Do Customers Buy After Viewing This Item?



Think Big: Make It Happen in Business and Life  by Donald J. Trump  Paperback
(122)
$11.78

**EXHIBIT I**



DONALD J. TRUMP
THE NEXT GENERATION
REAL ESTATE PORTFOLIO
HOTEL COLLECTION
REAL ESTATE BROKERAGE
GOLF
ENTERTAINMENT
PUBLICATIONS
MERCHANDISE
NEWS & ANNOUNCEMENTS
VIDEOS
CONNECT WITH US

## ENTERTAINMENT

## TRUMP PAGEANTS



⟩ | VIEW ALL ENTERTAINMENT

**VISIT WEBSITE**

The MISS UNIVERSE®, MISS USA® and MISS TEEN USA® Pageants are a Donald J. Trump and NBC Universal joint venture. Utilizing its nationwide grass roots infrastructure, the Miss Universe Organization is committed to increasing HIV/AIDS awareness and increasing awareness of breast and ovarian cancers. By forging relationships with organizations committed to research and education such as the Latino Commission on AIDS, PSI/YouthAIDS, Susan G. Komen for the Cure and Gilda's Club, the women who champion these causes during their reign are armed to impact women today. The titleholders of the Miss Universe Organization personify the combination of beauty and intelligence that defines the 21st Century. For more information, visit: Miss Universe

New York    Press Room    Charities    Trump Portfolio    Privacy Policy    Site Map    Legal/Disclaimer

eMail Sign up: Enter eMail Address   

725 Fifth Avenue New York, NY 10022

**Trump® located in New York, New York**

Trump International Hotel & Tower® New York    Trump International Hotel & Tower® Chicago    Trump International Hotel™ Las Vegas

Trump International Hotel™ Waikiki Beach Walk®    Trump SoHo® New York    Trump Ocean Club® International Hotel & Tower Panama    Trump International Hotel & Tower Toronto®

Vegas Condos

Copyright © 2015 The Trump Organization

Internet Marketing by Cendyn

MISS UNIVERSE    **MISS USA**    **MISS TEEN USA**

Search

THE 63RD MISS UNIVERSE PAGEANT **JAN 25 SUNDAY | 8/7c**

11 : 07 : 04 : 32
Days   Hours   Mins   Secs

Select Language ▼   **NBCUniversal**   T R U M P

# MISS ✴ UNIVERSE
### CONFIDENTLY BEAUTIFUL

GABRIELA ISLER    CONTESTANTS    PAGEANT    PHOTOS    VIDEOS    NEWS    ABOUT US    STORE





**PHOTO GALLERIES**                                                     **VIEW MORE**

**TRUMP Pageants**

The MISS UNIVERSE, MISS USA and MISS TEEN USA pageants are a Donald J. Trump and NBC Universal joint venture, as detailed in the following excerpt from the www.trump.com website.

The following materials also include an excerpt from the MISS UNIVERSE website (www.missuniverse.com), which shows the TRUMP mark in the upper left corner.

The following materials also include the following:

- A summary of recent MISS UNIVERSE pageants and results
- Lists (for the years 2004 through 2008) of countries which presented MISS UNIVERSE contestants
- Distribution lists (for the years 2004 through 2006) of countries where the MISS UNIVERSE, MISS USA, and MISS TEEN USA pageants were broadcast by television, including the licensed broadcasters in those countries
- Copies of representative samples of MISS UNIVERSE pageant brochures covers and sample excerpts from the brochures

# ENTERTAINMENT
## TRUMP PAGEANTS

DONALD J. TRUMP
THE NEXT GENERATION
REAL ESTATE PORTFOLIO
HOTEL COLLECTION
REAL ESTATE BROKERAGE
GOLF CLUBS
ENTERTAINMENT
PUBLICATIONS
MERCHANDISE
EDUCATION & SERVICES
NEWS & ANNOUNCEMENTS
CONTACT US



VIEW ALL ENTERTAINMENT

**VISIT WEBSITE**

The MISS UNIVERSE®, MISS USA® and MISS TEEN USA® Pageants are a Donald J. Trump and NBC Universal joint venture. Utilizing its nationwide grass roots infrastructure, the Miss Universe Organization is committed to increasing HIV/AIDS awareness and increasing awareness of breast and ovarian cancers. By forging relationships with organizations committed to research and education such as the Latino Commission on AIDS, PSI/YouthAIDS, Susan G. Komen for the Cure and Gilda's Club, the women who champion these causes during their reign are armed to impact women today. The titleholders of the Miss Universe Organization personify the combination of beauty and intelligence that defines the 21st Century. For more information, visit: Miss Universe

New York   Press Room   Foundations   Partnerships   Trump Portfolio   Privacy Policy   Site Map          eMail Sign up: Enter eMail Address

725 Fifth Avenue New York, NY 10022 | New York Tel: 212-832-2000 | New York Fax: 212-935-0141

**Trump® located in New York, New York**

Trump International Hotel & Tower New York    Trump International Hotel & Tower Chicago    Trump International Hotel Las Vegas

Copyright © 2009 Donald J. Trump

Internet Marketing by Cendyn

 

MISS UNIVERSE 2009
3 nights from $399
BOOK NOW



LOG IN



MISS UNIVERSE® 2009

STEFANIA FERNANDEZ

FEATURED

# MISS UNIVERSE 2009

Venezuela, Stefania Fernandez, is crowned Miss Universe 2009! Click the link above to read the press release.

Activities



Find deals that are as amazing
as our water on bahamas.com
see offers

Featured Videos



Junkanoo
...
3.35



84 Countries - One...
Go behind the scenes with the
84 contestants compe...
4.40

Dayana Mendoza Far...
Dayana's last days as Miss
Universe...
4.51

Featured Photos



Cain & Aura in Atl...
On June 18th, Dayana traveled
to Atlantis, Paradis...
3.40

Howard Stern Show
On July 28th, Dayana paid a
visit to the Howard St...
3.55



### The Miss Universe Organization

Miss Universe
Miss USA
Miss Teen USA

The Miss Universe Organization Press Site

### Miss Universe Site

Current Miss Universe
Contestants
Activities
The Pageant
Videos
Photos
Blogs
Community
About Us
News
Sponsors

### About Miss Universe Site

Corporate Info
Pageant History
Calendar
FAQ
Current Pageant/Venue
Charities

**Summary of recent MISS UNIVERSE pageants, noting Asian participants:**

**MISS UNIVERSE 2008**

- 80 countries represented
- The pageant was held at the Crown Convention Center in Vietnam on July 14, 2008
- The pageant was watched by a live audience of 7,500 and nearly a billion television viewers worldwide.
- In 2008 Japan and Vietnam placed in the Top 15
- In 2008 Miss Thailand won Best National Costume (for the 4th time) (Thailand has also hosted)
- 2008 was the 3rd consecutive year that Japan placed

**MISS UNIVERSE 2007**
- 77 countries represented
- The pageant was won by Riyo Mori of Japan.
- The pageant was held on May 28, 2007 in Mexico.
- Miss Korea was 3rd runner up in 2007.
- Miss Thailand placed in the top 15.
- The 2007 Miss Congeniality Award went to Zhang Ningning (China) and the Miss Photogenic Award went to Anna Theresa Licaros (Philippines).

**MISS UNIVERSE 2006**
- 86 countries represented
- The pageant was broadcast in 118 countries/territories, including by STAR ASIA in Hong Kong, India/Southeast Asia, Indonesia, Macau, Malaysia, Philippines, Singapore, Taiwan, Thailand, South Korea and Vietnam; by PT Indosiar in Indonesia; by FOX/Japan in Japan; by MEDIA PRIMA in Malaysia; by Radio Philippine Network in Philippines; by Mediacorp TV in Singapore; by Bangkok Broadcasting Corp in Thailand; and by SIC in Portugal.

**MISS UNIVERSE 2005**
- 81 countries represented
- The pageant was broadcast in 165 countries/territories, including by STAR ASIA in Hong Kong, India/Southeast Asia, Indonesia, Macau, Malaysia, Philippines Singapore, Taiwan, Thailand, South Korea and Vietnam; by PT Indosiar in Indonesia; by FOX/Japan in Japan; by NATSEVEN in Malaysia; by Radio Philippine Network in Philippines; by Mediacorp TV in Singapore; by Bangkok Broadcasting Corp in Thailand; and by SIC in Portugal.

**MISS UNIVERSE 2004**

- 80 countries represented

- The pageant was broadcast in 130 countries/territories, including by STAR ASIA in China, Hong Kong, India, Macau, Malaysia, Taiwan, South Korea and Vietnam; by PT Indosiar in Indonesia; by Radio Philippine Network in Philippines; by Mediacorp TV in Singapore; by Bangkok Broadcasting Corp in Thailand; and by SIC in Portugal.

**MISS UNIVERSE 2004** 
**ECUADOR**


*CONTESTANTS*

| | |
|---|---|
| ANGOLA | IRELAND |
| ANTIGUA & BARBUDA | ISRAEL |
| ARUBA | ITALY |
| AUSTRALIA | JAMAICA |
| AUSTRIA | JAPAN |
| BAHAMAS | KENYA |
| BARBADOS | KOREA |
| BELGIUM | LEBANON |
| BELIZE | MALAYSIA |
| BOLIVIA | MEXICO |
| BOTSWANA | NETHERLANDS |
| BRAZIL | NICARAGUA |
| BULGARIA | NIGERIA |
| CANADA | NORWAY |
| CAYMAN ISLANDS | PANAMA |
| CHILE | PARAGUAY |
| CHINA | PERU |
| COLOMBIA | PHILIPPINES |
| COSTA RICA | POLAND |
| CROATIA | PUERTO RICO |
| CURACAO | RUSSIA |
| CYPRUS | SERBIA & MONTENEGRO |
| CZECH REPUBLIC | SINGAPORE |
| DENMARK | SLOVAK REPUBLIC |
| DOMINICAN REP. | SLOVENIA |
| ECUADOR | SOUTH AFRICA |
| EGYPT | SPAIN |
| EL SALVADOR | ST. VINCENT &THE GRENADINES |
| ESTONIA | SWEDEN |
| ETHIOPIA | SWITZERLAND |
| FINLAND | CHINESE TAIPEI |
| FRANCE | THAILAND |
| GEORGIA | TRINIDAD/TOBAGO |
| GERMANY | TURKEY |
| GHANA | TURKS & CAICOS |
| GREECE | UKRAINE |
| GUATEMALA | URUGUAY |
| GUYANA | USA |
| HUNGARY | VENEZUELA |
| INDIA | VIETNAM |

*CONTESTANTS*

**MISS UNIVERSE 2005** ( 81 )
**PARTICIPATING COUNTRIES**

| | |
|---|---|
| ALBANIA | JAMAICA |
| ANGOLA | JAPAN |
| ANTIGUA & BARBUDA | KENYA |
| ARUBA | KOREA |
| AUSTRALIA | LATVIA |
| BAHAMAS | LEBANON |
| BARBADOS | MALAYSIA |
| BELGIUM | MAURITIUS |
| BELIZE | MEXICO |
| BOLIVIA | NAMIBIA |
| BRAZIL | NETHERLANDS |
| BULGARIA | NICARAGUA |
| CANADA | NIGERIA |
| CHILE | NORWAY |
| CHINA | PANAMA |
| COLOMBIA | PARAGUAY |
| COSTA RICA | PERU |
| CROATIA | PHILIPPINES |
| CURACAO | POLAND |
| CYPRUS | PUERTO RICO |
| CZECH REPUBLIC | RUSSIA |
| DENMARK | SERBIA & MONTENEGRO |
| DOMINICAN REP. | SINGAPORE |
| ECUADOR | SLOVAK REPUBLIC |
| EGYPT | SLOVENIA |
| EL SALVADOR | SOUTH AFRICA |
| ETHIOPIA | SPAIN |
| FINLAND | SRI LANKA |
| FRANCE | SWITZERLAND |
| GEORGIA | THAILAND |
| GERMANY | TRINIDAD/TOBAGO |
| GREECE | TURKEY |
| GUATEMALA | TURKS & CAICOS |
| GUYANA | UKRAINE |
| HUNGARY | UNITED KINGDOM |
| INDIA | URUGUAY |
| INDONESIA | USA |
| IRELAND | US VIRGIN ISLANDS |
| ISRAEL | VENEZUELA |
| ITALY | VIETNAM |
| | ZAMBIA |

81

MISS UNIVERSE 2006

June 27, 2006   (86)

| | |
|---|---|
| ALBANIA | KAZAKHSTAN |
| ANGOLA | KOREA |
| ANTIGUA & BARBUDA | LATVIA |
| ARGENTINA | LEBANON |
| ARUBA | MALAYSIA |
| AUSTRALIA | MAURITIUS |
| BAHAMAS | MEXICO |
| BELGIUM | NAMIBIA |
| BOLIVIA | NEW ZEALAND |
| BRAZIL | NICARAGUA |
| BULGARIA | NIGERIA |
| CANADA | NORTHERN MARIANAS |
| CAYMAN ISLANDS | NORWAY |
| CHILE | PANAMA |
| CHINA | PARAGUAY |
| COLOMBIA | PERU |
| COSTA RICA | PHILIPPINES |
| CROATIA | POLAND |
| CYPRUS | PUERTO RICO |
| CZECH REPUBLIC | RUSSIA |
| DENMARK | SERBIA & MONTENEGRO |
| DOMINICAN REPUBLIC | SINGAPORE |
| ECUADOR | SLOVAK REPUBLIC |
| EGYPT | SLOVENIA |
| EL SALVADOR | SOUTH AFRICA |
| ESTONIA | SPAIN |
| ETHIOPIA | SRI LANKA |
| FINLAND | ST. LUCIA |
| FRANCE | ST. MARTIN |
| GEORGIA | ST. VINCENT &THE GRENADINES |
| GERMANY | SWEDEN |
| GHANA | SWITZERLAND |
| GREECE | THAILAND |
| GUATEMALA | TRINIDAD/TOBAGO |
| GUYANA | TURKEY |
| HUNGARY | TURKS & CAICOS |
| ICELAND | UKRAINE |
| INDIA | UNITED KINGDOM |
| INDONESIA | URUGUAY |
| IRELAND | USA |
| ISRAEL | US VIRGIN ISLANDS |
| JAMAICA | VENEZUELA |
| JAPAN | ZAMBIA |

MISS UNIVERSE 2007
A/o 5/3/07 (77)

| | |
|---|---|
| ALBANIA | ITALY |
| ANGOLA | JAMAICA |
| ANTIGUA & BARBUDA | JAPAN |
| ARGENTINA | KAZAKHSTAN |
| ARUBA | KOREA |
| AUSTRALIA | LEBANON |
| BAHAMAS | MALAYSIA |
| BARBADOS | MAURITIUS |
| BELGIUM | MEXICO |
| BELIZE | MONTENEGRO |
| BOLIVIA | NEW ZEALAND |
| BRAZIL | NICARAGUA |
| BULGARIA | NIGERIA |
| CANADA | NORWAY |
| CHINA | PANAMA |
| COLOMBIA | PARAGUAY |
| COSTA RICA | PERU |
| CROATIA | PHILIPPINES |
| CURACAO | POLAND |
| CYPRUS | PUERTO RICO |
| CZECH REPUBLIC | RUSSIA |
| DENMARK | SERBIA |
| DOMINICAN REPUBLIC | SINGAPORE |
| ECUADOR | SLOVAK REPUBLIC |
| EGYPT | SLOVENIA |
| EL SALVADOR | SOUTH AFRICA |
| ESTONIA | SPAIN |
| FINLAND | ST. LUCIA |
| FRANCE | SWITZERLAND |
| GEORGIA | TANZANIA |
| GERMANY | THAILAND |
| GREECE | TURKS & CAICOS |
| GUATEMALA | UKRAINE |
| GUYANA | URUGUAY |
| HONDURAS | USA |
| HUNGARY | US VIRGIN ISLANDS |
| INDIA | VENEZUELA |
| INDONESIA | ZAMBIA |
| ISRAEL | |

## 2008 MISS UNIVERSE   (80)

| | |
|---|---|
| ALBANIA | JAMAICA |
| ANGOLA | JAPAN |
| ANTIGUA & BARBUDA | KAZAKHSTAN |
| ARGENTINA | KOREA |
| ARUBA | KOSOVO |
| AUSTRALIA | MALAYSIA |
| BAHAMAS | MAURITIUS |
| BELGIUM | MEXICO |
| BOLIVIA | MONTENEGRO |
| BRAZIL | NETHERLANDS |
| CANADA | NEW ZEALAND |
| CAYMAN ISLANDS | NICARAGUA |
| CHINA | NIGERIA |
| COLOMBIA | NORWAY |
| COSTA RICA | PANAMA |
| CROATIA | PARAGUAY |
| CURACAO | PERU |
| CYPRUS | PHILIPPINES |
| CZECH REPUBLIC | POLAND |
| DENMARK | PUERTO RICO |
| DOMINICAN REPUBLIC | RUSSIA |
| ECUADOR | SERBIA |
| EGYPT | SINGAPORE |
| EL SALVADOR | SLOVAK REPUBLIC |
| ESTONIA | SLOVENIA |
| FINLAND | SOUTH AFRICA |
| FRANCE | SPAIN |
| GEORGIA | SRI LANKA |
| GERMANY | SWITZERLAND |
| GHANA | TANZANIA |
| GREECE | THAILAND |
| GUAM | TRINIDAD & TOBAGO |
| GUATEMALA | TURKEY |
| HONDURAS | TURKS & CAICOS |
| HUNGARY | UK |
| INDIA | UKRAINE |
| INDONESIA | URUGUAY |
| IRELAND | USA |
| ISRAEL | VENEZUELA |
| ITALY | VIETNAM |

## 2006 Miss Universe, Miss USA and Miss Teen USA
### Distribution List - Countries & Territories
### as of September 28, 2006

2006

2005

| Territory | Licensee 2006 | Licensee 2005 |
|---|---|---|
| Abu Dhabi (UAB) | Lebanon Broadcasting & STAR | Lebanon Broadcasting & STAR |
| Afghanistan | STAR Asia | STAR Asia |
| Ajman (UAB) | Lebanon Broadcasting & STAR | Lebanon Broadcasting & STAR |
| Al Khaimah (UAB) | Lebanon Broadcasting & STAR | Lebanon Broadcasting & STAR |
| Algeria | Lebanon Broadcasting | Lebanon Broadcasting & STAR |
| Angola | Lebanon Broadcasting | Lebanon Broadcasting |
| Argentina | Turner TV Latin America | M-Net TV |
| Aruba | | Turner TV Latin America |
| Austria | 7 NETWORK | TELE-ARUBA |
| Bahrain | Lebanon Broadcasting & STAR | 7 NETWORK |
| Benin | | Lebanon Broadcasting & STAR |
| Bhutan | STAR Asia | M-Net TV |
| Bibouti | Lebanon Broadcasting | STAR Asia |
| Botswana | | Lebanon Broadcasting |
| British Virgin Islands | Turner TV Latin America | M-Net TV |
| Brunei | STAR Asia | Lebanon Broadcasting |
| Burkina Faso | | Turner TV Latin America |
| Burundi | | STAR Asia |
| Cameroon | | M-Net TV |
| Cayman Islands | Turner TV Latin America | M-Net TV |
| Central Public of Africa | | Turner TV Latin America |
| Chad | | M-Net TV |
| Chile | Lebanon Broadcasting | Lebanon Broadcasting |
| China; People's Republic | TELEVIDEO & Turner TV | TELEVIDEO & Turner TV |
| Colombia | CARACOL & Turner TV | STAR Asia |
| Comoros | | TELEVIDEO & Turner TV |
| Costa Rica | TELEVISORA & Turner TV | JES & Turner TV |
| Cote De Vore | | TELEVISORA & Turner TV |
| Cyprus | | M-Net TV |
| Dominica | Lebanon Broadcasting | Antenna Limited & Lebanon |
| Dominican Republic | TELEMICRO & Turner TV | TELEMICRO & Turner TV |

## 2006 Miss Universe, Miss USA and Miss Teen USA
### Distribution List - Countries & Territories
### as of September 28, 2006

| TERRITORY | 2006 | 2005 |
| --- | --- | --- |
| | | LICENSEE |
| Dubai (UAE) | Lebanon Broadcasting & STAR | Lebanon Broadcasting & STAR |
| Ecuador | Ecuvisa & Turner TV | Ecuvisa & Turner TV |
| Egypt | Lebanon Broadcasting & STAR | Lebanon Broadcasting & STAR |
| England (UK) | Living | M-Net TV |
| Equatorial Guinea | | M-Net TV |
| Eritrea | | M-Net TV |
| Ethiopia | | M-Net TV |
| French Guiana | Turner TV Latin America | Turner TV Latin America |
| Gabon | | M-Net TV |
| Gambia | | M-Net TV |
| Ghana | | M-Net TV |
| Grenada | Turner TV Latin America | Turner TV Latin America |
| Guadeloupe | Turner TV Latin America | Turner TV Latin America |
| Guatemala | TELEVIDEO & Turner TV | TELEVIDEO & Turner TV |
| Guinea Bissau | | |
| Guyana | Turner TV Latin America | Turner TV Latin America |
| Haiti | Turner TV Latin America | Turner TV Latin America |
| Honduras | COMPAÑIA TELEVISION & Turner TV | TV HONDUREÑA & Turner TV |
| Hong Kong | STAR Asia | STAR Asia |
| India/Southeast Asia | STAR Asia | STAR Asia |
| Indonesia | PT Indosiar & STAR Asia | PT Indosiar & STAR Asia |
| Iran | | STAR Asia |
| Iraq | Lebanon Broadcasting & STAR | Lebanon Broadcasting & STAR |
| Israel | TEL AD & STAR Asia | Lebanon Broadcasting & STAR |
| Jamaica | CVM & Turner TV | CVM & Turner TV |
| Japan | FOX/Japan | FOX/Japan |
| Jordan | Lebanon Broadcasting & STAR | Lebanon Broadcasting & STAR |
| Kenya | | Lebanon Broadcasting & STAR |
| Kuwait | Lebanon Broadcasting & STAR | M-Net TV |
| Lebanon | Lebanon Broadcasting & STAR | Lebanon Broadcasting & STAR |
| Lesotho | Lebanon Broadcasting & STAR | M-Net TV |

**2006 Miss Universe, Miss USA and Miss Teen USA**
**Distribution List - Countries & Territories**
**as of September 28, 2006**

| TERRITORY | 2006 | 2006 |
|---|---|---|
| Liberia | | |
| Libya | Lebanon Broadcasting | Lebanon Broadcasting |
| Macau | | |
| Madagascar | STAR Asia | STAR Asia |
| Malawi | | M-Net TV |
| Malaysia | | M-Net TV |
| Mali | MEDIA PRIMA & STAR Asia | NATSEVEN & STAR Asia |
| Martinique | Turner TV Latin America | Turner TV Latin America |
| Mauritania | Lebanon Broadcasting | Lebanon Broadcasting |
| Mauritius | | M-Net TV |
| Mexico | | M-Net TV |
| Montserrat | TELEVISA & Turner TV | TELEVISA & Turner TV |
| Morocco | Turner TV Latin America | Turner TV Latin America |
| Mozambique | Lebanon Broadcasting | Lebanon Broadcasting |
| Myanmar | STAR Asia | M-Net TV |
| Namibia | STAR Asia | STAR Asia |
| Nepal | STAR Asia | M-Net TV |
| Netherlands Antilles | STAR Asia | STAR Asia |
| Nicaragua | Turner TV Latin America | Turner TV Latin America |
| Niger | TELEVICENTRO & Turner TV | TELEVICENTRO & Turner TV |
| Nigeria | | M-Net TV |
| Nigeria/unido | | M-Net TV |
| Netherl/unido | | Living |
| Northern Ireland (UK) | TV2 & NON STOP TELEVISION | TV2 & E! Networks |
| Norway | | Lebanon Broadcasting & STAR |
| Oman | Lebanon Broadcasting & STAR | Lebanon Broadcasting & STAR |
| Pakistan | STAR Asia | STAR Asia |
| Palestine | Lebanon Broadcasting | Lebanon Broadcasting |
| Panama | MEDCOM | AUDIOVISUAL |
| Peru | TELEVIDEO & Turner TV | TELEVIDEO & Turner TV |
| Philippines | Radio Philippine Network & STAR | Radio Philippine Network & STAR |
| Poland | TVN | TVN |

## 2006 Miss Universe, Miss USA and Miss Teen USA
## Distribution List - Countries & Territories
## as of September 28, 2006

| TERRITORY | 2006 | LICENSEE 2005 |
|---|---|---|
| Puerto Rico | Telemundo | Telemundo |
| Qatar | Lebanon Broadcasting & STAR | Lebanon Broadcasting & STAR |
| Rwanda | | M-Net TV |
| Sáotome & Principe | | M-Net TV |
| Saudi Arabia | Lebanon Broadcasting & STAR | Lebanon Broadcasting & STAR |
| Scotland (UK) | | Living |
| Senegal | | M-Net TV |
| Seychelles | | M-Net TV |
| Sharjah (UAB) | Lebanon Broadcasting & STAR | Lebanon Broadcasting & STAR |
| Sierra Leone | | M-Net TV |
| Singapore | Mediacorp TV & STAR Asia | Mediacorp TV & STAR Asia |
| Somalia | | M-Net TV |
| South Africa | Lebanon Broadcasting | Lebanon Broadcasting |
| Sri Lanka | | M-Net TV |
| St. Helena | Art TV & STAR Asia | Art TV & STAR Asia |
| St. Kitts and Nevis | | M-Net TV |
| St. Lucia | Turner TV Latin America | Turner TV Latin America |
| St. Maarteen | Turner TV Latin America | Turner TV Latin America |
| St. Vincent and the Grenadines | Turner TV Latin America | Turner TV Latin America |
| Sudan | Turner TV Latin America | Turner TV Latin America |
| Suriname | Lebanon Broadcasting | Lebanon Broadcasting |
| Swaziland | Turner TV Latin America | Turner TV Latin America & M-Net |
| Syria | | Turner TV Latin America |
| Taiwan | Lebanon Broadcasting & STAR | Lebanon Broadcasting & STAR |
| Tanzania & Zanzibar | STAR Asia | STAR Asia |
| Thailand | Bangkok Broadcasting Corp. & STAR | M-Net TV |
| Togo | | Bangkok Broadcasting Corp. & STAR |
| Trinidad & Tobago | CCN & Turner TV | CCN & Turner TV |
| Tunisia | Lebanon Broadcasting | Lebanon Broadcasting |
| Turks and Caicos Islands | Turner TV Latin America | Turner TV Latin America |
| Uganda | | M-Net TV |

# 2006 Miss Universe, Miss USA and Miss Teen USA
## Distribution List - Countries & Territories
### as of September 28, 2006

| TERRITORY | 2006 LICENSE | 2005 |
|---|---|---|
| Ummaf Quwain (UAE) | Lebanon Broadcasting & STAR | Lebanon Broadcasting & STAR |
| United States of America | NBC & Telemundo | NBC & Telemundo |
| Venezuela | VENEVISION & Turner TV | VENEVISION & Turner TV |
| Vietnam | STAR Asia | STAR Asia |
| Wales (UK) | | Living |
| Yemen | | Lebanon Broadcasting & STAR |
| Zambia | Lebanon Broadcasting & STAR | M-Net TV |
| Zimbabwe | | M-Net TV |
| **Total Countries & Territories (USA, Teen & Universe)** | **86** | **132** |

| TERRITORY | MISS UNIVERSE ONLY | |
|---|---|---|
| Albania** | AL RTV | SHANT TV |
| Armenia | SHANT TV | R112 |
| Austria (German speaking) | | SHANT TV |
| Bangladesh | SHOWTIME ASIA & STAR Asia | SHOWTIME ASIA & STAR Asia |
| Barbados | CARIBBEAN BROADCASTING & Turner TV | CARIBBEAN BROADCASTING |
| Bolivia | Ecor LTDA & Turner TV | Ecor LTDA & Turner TV |
| Brazil | TV BANDIERANTES | TV BANDIERANTES |
| Bulgaria** | TRIADA COMMUNICATIONS | |
| Canada | N/A | N/A |
| Croatia | HRT | HRT |
| Czech Republic | | AGS |
| Denmark | NON STOP TELEVISION | El Networks |
| El Salvador | CANAL 2 & Turner TV | CANAL 2 |
| Finland | NON STOP TELEVISION | N/A |
| France | PARIS PREMIERE | PARIS PREMIERE |
| Georgia | RUSTAVI 2 | RUSTAVI 2 |
| Germany | | R112 |
| Greece | Antenna TV | Antenna TV |
| Iceland | NON STOP TELEVISION | N/A |

## 2006 Miss Universe, Miss USA and Miss Teen USA
### Distribution List - Countries & Territories
### as of September 28, 2006

| TERRITORY | 2006 (LICENSEE) | 2005 (LICENSEE) |
|---|---|---|
| Ireland | TV3 | TV3 & Living |
| Latvia | SIA BRAVO | Viasat |
| Lithuania | LNK | Lithuania Radio |
| New Zealand** | SKY NETWORK | |
| Paraguay | TV ACCION & Turner TV | TV ACCION & Turner TV |
| Portugal | SiC | SiC |
| Romania | MPI | |
| Russia | C3SC | CRESCENT COMMUNICATIONS |
| Slovenia | C3SC | C3SC |
| Serbia | PRO PLUS TV | PRO PLUS TV |
| South Korea | PINK TV | PINK TV |
| Sweden | Orion & STAR Asia | Orion & STAR Asia |
| Switzerland (German Speaking) | NON STOP TELEVISION | El Networks |
| Turkey | | RTL2 |
| Ukraine | NTV | NTV |
| Uruguay | Klarnino' | Klarnino' |
| Western Samoa | TELEDOCE & Turner TV | TELEDOCE |
| Total Countries & Territories (Universe only) | Samoa Broadcasting / 32 | Samoa Broadcasting / 33 |
| Grand Total - Countries & Territories | 118 | 165 |

INDICATES CHANGE FROM 2005 TO 2006.

** INDICATES NEW TERRITORY

CHANGE CATEGORY TO "MISS UNIVERSE ONLY"

INDICATES NEW LICENSEE

# 2004 Miss Universe Pageant

| TERRITORY | LICENSEE |
|---|---|
| Abu Dhabi (United Arab Emirates) | Lebanon Broadcasting Corp. |
| Afghanistan | STAR Asia |
| Ajman (United Arab Emirates) | Lebanon Broadcasting Corp. |
| Al Khaimah (United Arab Emirates) | Lebanon Broadcasting Corp. |
| Algeria | Lebanon Broadcasting Corp. |
| Andorra | PARIS PREMIERE |
| Anguilla | Direct TV Latin America |
| Antigua and Barbuda | Direct TV Latin America |
| Argentina | Direct TV Latin America |
| Armenia | TV ACCION |
| Aruba | TELEARUBA |
| Australia | 7 NETWORK |
| Bahamas | ZNSTV |
| Bahrain | Lebanon Broadcasting Corp. |
| Bangladesh | SHOWTIME ASIA |
| Barbados | SHANT TV |
| Belize | Direct TV Latin America |
| Bhutan | STAR Asia |
| Bolivia | Ecor LTDA |
| Brazil | TV BANDIERANTES |
| British Virgin Islands | Direct TV Latin America |
| Brunei | STAR Asia |
| Canada | |
| Cayman Islands | Direct TV Latin America |
| Chad | Lebanon Broadcasting Corp. |
| Chile | CHANNEL 13 |
| China | STAR Asia |
| Colombia | JES |
| Comores Island | Lebanon Broadcasting Corp. |
| Costa Rica | TELEVISORA |
| Croatia | HRT |
| Cyprus | Lebanon Broadcasting Corp. |
| Czech Republic | AQS |
| Denmark | TV2 |
| Djibouti | Lebanon Broadcasting Corp. |
| Dominica | Direct TV Latin America |
| Dominican Republic | TELEMICRO |
| Durat (United Arab Emirates) | Lebanon Broadcasting Corp. |
| Ecuador | TV Association of Ecuador |
| Egypt | Lebanon Broadcasting Corp. |
| El Salvador | CANAL 2 |

# 2004 Miss Universe Pageant

| TERRITORY | LICENSEE |
|---|---|
| England (UK) | Living |
| France | PARIS PREMIERE |
| French Guiana | Direct TV Latin America |
| Georgia | RUSTAVI 2 |
| Germany | NBC Super Channel |
| Grenada | Direct TV Latin America |
| Guadeloupe | Direct TV Latin America |
| Guatemala | Direct TV Latin America |
| Guyana | Direct TV Latin America |
| Haiti | Direct TV Latin America |
| Honduras | TV HONDURENA |
| Hong Kong | STAR Asia |
| India | STAR Asia |
| Indonesia | PT Indosiar |
| Iran | Lebanon Broadcasting Corp. |
| Iraq | Lebanon Broadcasting Corp. |
| Ireland | TV3 |
| Israel | STAR Asia |
| Jamaica | CVM |
| Jordan | Lebanon Broadcasting Corp. |
| Kuwait | Lebanon Broadcasting Corp. |
| Lebanon | Lebanon Broadcasting Corp. |
| Libya | Lebanon Broadcasting Corp. |
| Lithuania | Lithuania Radio |
| Macau | STAR Asia |
| Malayisa | STAR Asia |
| Martinique | Direct TV Latin America |
| Mauritania | Lebanon Broadcasting Corp. |
| Mayotte | PARIS PREMIERE |
| Mexico | TELEVISA |
| Miquelon | PARIS PREMIERE |
| Monaco | PARIS PREMIERE |
| Montserrat | Direct TV Latin America |
| Morrocco | Lebanon Broadcasting Corp. |
| Myanmar | STAR Asia |
| Nepal | STAR Asia |
| Netherlands Antilles | Direct TV Latin America |
| New Caledonia | PARIS PREMIERE |
| Nicaragua | TELEVICENTRO |
| Northern Ireland (UK) | Living |
| Norway | TV2 |

# 2004 Miss Universe Pageant

| TERRITORY | LICENSEE |
|---|---|
| Oman | Lebanon Broadcasting Corp. |
| Pakistan | STAR Asia |
| Palestine | Lebanon Broadcasting Corp. |
| Panama | AUDIOVISUAL |
| Paraguay | TELEFUTURO |
| Peru | Direct TV Latin America |
| Philippines | Radio Philippine Network |
| Poland | TVN |
| Portugal | SIC |
| Puerto Rico | Telemundo |
| Qatar | Lebanon Broadcasting Corp. |
| Reunion | PARIS PREMIERE |
| Romania | ANTENNA 1 |
| Russia | CTC |
| Saudi Arabia | Lebanon Broadcasting Corp. |
| Scotland (UK) | Living |
| Serbia | PINK TV |
| Sharjah (United Arab Emirates) | Lebanon Broadcasting Corp. |
| Singapore | Mediacorp TV |
| Slovenia | PRO PLUS TV |
| Somalia | Lebanon Broadcasting Corp. |
| South Korea | STAR Asia |
| Sri Lanka | ART |
| St. Kitts and Nevis | Direct TV Latin America |
| St. Lucia | Direct TV Latin America |
| St. Marteen | Direct TV Latin America |
| St. Pierre | PARIS PREMIERE |
| St. Vincent and the Grenadines | Direct TV Latin America |
| Sudan | Lebanon Broadcasting Corp. |
| Suriname | Direct TV Latin America |
| Syria | Lebanon Broadcasting Corp. |
| Tahiti | PARIS PREMIERE |
| Taiwan | STAR Asia |
| Thailand | Bangkok Broadcasting Corp. |
| Trinidad & Tobago | CCN |
| Tunisia | Lebanon Broadcasting Corp. |
| Turkey | MEDYA |
| Turks and Caicos | Direct TV Latin America |
| Ukraine | Innova Film Gmbh |
| United States of America | NBC Television Network |
| Ummal Quwain (United Arab Emirates) | Lebanon Broadcasting Corp. |

# 2004 Miss Universe Pageant

| TERRITORY | LICENSEE |
|---|---|
| Uruguay | TELEDOCE |
| Venezuela | VENEVISION |
| Vietnam | STAR Asia |
| Wales (UK) | Living |
| Wallis and Futuna | PARIS PREMIERE |
| Yemen | Lebanon Broadcasting Corp. |
| Yugoslavia | MISS YU CO. |

**Total Countries & Territories**                    130

**EXHIBIT J**





# ENTERTAINMENT | TELEVISION PROGRAMS
## THE APPRENTICE



> | VIEW ALL TELEVISION PROGRAMS

**VISIT WEBSITE**

The Celebrity Apprentice

To Learn More About The Upcoming Season Click Here

Donald Trump is back for a brand new season of "The Celebrity Apprentice." This is the seventh installment of "The Celebrity Apprentice" and the 14th season of "The Apprentice" series.

This season, join 16 all-new business-savvy celebrity contestants as they try to raise money and awareness for their charity of choice. The last person standing will be chosen as this season's Celebrity Apprentice and have the honor of delivering a $250,000 bonus check to their designated charity.

Every week, celebrity contestants will work in two teams - each under the guidance of a designated project manager - to compete in business-driven tasks around New York City by using their fame, along with their proven business acumen, to win challenges. Contestants are subjected to long hours, grueling deadlines, intellectual challenges, personality clashes and intense scrutiny under the careful watch of Donald Trump and his advisors.

Challenges encourage contestants to reach out to their network of celebrity contacts for assistance or donations, leading to surprise visits by some of the world's biggest stars and pop culture icons. Each task will end in the boardroom, where contestants must account for their actions and be judged by Trump and his advisors. Returning this season are Trump's children and colleagues, Ivanka, Donald Jr. and Eric, as well as surprise guests along the way.

"The Celebrity Apprentice" is produced by United Artists Media Group (a joint venture among MGM, Mark Burnett, Roma Downey and Hearst Entertainment), in association with Trump Productions. Mark

Trump Organization Apprentice Program   Donald J. Trump Hotel Collection   Real Estate   Casinos   Golf Clubs   Restaurants   Merchandise   Corporation   Company

Burnett, Donald Trump, Page Feldman and Eric Van Wagenen are executive producers.

eMail Sign up: Enter eMail Address    GO

725 Fifth Avenue New York, NY 10022

Trump® located in New York, New York

Trump International Hotel & Tower® New York    Trump International Hotel & Tower® Chicago    Trump International Hotel™ Las Vegas

Trump International Hotel™ Waikiki Beach Walk®    Trump SoHo® New York    Trump Ocean Club® International Hotel & Tower Panama    Trump International Hotel & Tower Toronto®

Vegas Condos

Copyright © 2015 The Trump Organization

Internet Marketing by Cendyn

# "The Apprentice" Appeals to Core Demos & Upscale Viewers

The most recent season of "The Apprentice" season 6 on STAR WORLD continued to appeal to the core age groups and upscale viewers by posting higher concentrations of reach across these key demographics.

**Reach % (Season 6)**



*PMEBs = Professional, Manager, Executive, Businessman

Source: TNS Singapore peoplemeter: 9 Jul – 8 Oct, 2008. Share is based on all reportable channels in Singapore.

Base (with cable) (000s) 4+ (2,020), and 25-34 (390), and 25-54 (1022), PMEBs (475).

US$1= S$1.46

*Include all episodes of "The Apprentice" in season 6.



# "The Apprentice" Lands STAR WORLD at #1 Among F25-34

The latest season of "The Apprentice" season 6 made STAR WORLD the No. 1 English cable channel among F25-34 viewers on Wednesday nights.



Top 10 English Cable Channels

| Channel | Value |
|---|---|
| Star World | 5.4 |
| AXN | 4.4 |
| National Geographic | 2.6 |
| Star Movies | 2.5 |
| BPL Football Channel | 1.0 |
| Discovery Travel & Living | 1.0 |
| Cartoon Network | 0.9 |
| Hallmark | 0.8 |
| CNBC Asia | 0.7 |
| PlayHouse Disney | 0.6 |

Share % of F25-34 (w/ cable)
9/7/08-8/10/08 Wed, 23:00-24:00

Source: TNS Singapore peoplemeter, 9-Jul_8-Oct-2008
Base (with cable 000s), Female 25-34 (203,000)

## Donald J. Trump's National Engagements from 2005 to July 2008

| Sponsor | Location | Date/s |
|---|---|---|
| **Washington Speakers Bureau** | Colorado | September 14, 2005 |
| **Washington Speakers Bureau** | NYC | December 13, 2005 |
| **Global Leadership Forum** | Satellite speech (Malaysia) | August 1, 2006 |
| **Super 8 Motels** | Las Vegas | February 11, 2007 |
| **Discuss Dental** | Las Vegas | May 26, 2006 |
| **Walmart Speech** | Arkansas | May 8, 2008 |
| **Learning Annex 2005** | Los Angeles | May 1, 2005 |
| **Learning Annex 2005** | Chicago | October 23, 2005 |
| **Learning Annex 2005** | NYC | November 6, 2006 |
| **Learning Annex 2006** | Dallas | February 19, 2006 |

{P0481060.1 }

| Sponsor | Location | Date/s |
|---|---|---|
| Learning Annex 2006 | San Francisco | March 26, 2006 |
| Learning Annex 2006 | Los Angeles | April 9, 2006 |
| Learning Annex 2006 | Atlanta | May 7, 2006 |
| Learning Annex 2006 | Chicago | October 22, 2006 |
| Learning Annex 2006 | NYC | November 19, 2006 |
| Learning Annex 2006 | Boston | December 3, 2006 |
| Learning Annex 2007 | Atlanta | February 25, 2007 |
| Learning Annex 2007 | Los Angeles | March 11, 2007 |
| Learning Annex 2007 | San Francisco | March 18, 2007 |
| Learning Annex 2007 | Toronto | March 25, 2007 |
| Learning Annex 2007 | Philadelphia | April 22, 2007 |
| Learning Annex 2007 | Seattle | May 6, 2007 |
| Learning Annex 2007 | Dallas | May 20, 2007 |
| Learning Annex 2007 | Fort Lauderdale | June 10, 2007 |

{F6483960.1 }

| Sponsor | Location | Date/s |
|---------|----------|--------|
| Learning Annex 2007 | Chicago | November 4, 2007 |
| Learning Annex 2007 | NYC | November 18, 2007 |
| Learning Annex 2007 | Boston | December 9, 2007 |

{FI483090.1 }

## <u>Numbers of Hotel Guests at Trump International Hotel & Tower<br>(Chicago) with Asian or Middle Eastern Address:  as of July 2008</u>

| Country | RN | Associated Revenue |
|---|---|---|
| Japan | 19 | In excess of $ 6,000 |
| Saudi Arabia | 2 | In excess of $ 500 |
| Singapore | 5 | In excess of $ 2,000 |
| United Arab Emirates | 2 | In excess of $ 1,000 |

{F0483137.1 }

**Visitors to TRUMP hotels to date (2009):**

To demonstrate the international nature of consumers of TRUMP products and services, the following is a selected list of numbers of visitors to TRUMP hotels:

| Country | Guests |
|---|---|
| United States | Over 145,000 |
| Canada | Over 8,000 |
| United Kingdom | Over 8,000 |
| Australia | Over 1,400 |
| Japan | Over 1,400 |
| China | Over 1,400 |
| Mexico | Over 800 |
| France | Over 700 |
| Greece | Over 600 |
| Hong Kong | Over 600 |
| Switzerland | Over 500 |
| Germany | Over 400 |
| Spain | Over 400 |
| Brazil | Over 300 |
| Belize | Over 300 |
| Argentina | Over 200 |

**International Invitations for Speaking Engagements**

Mr. Donald Trump is invited on a regular basis to conduct speaking engagements in various countries.  For example, he has been invited to speak at, *inter alia*, events in the following countries:

- Australia
- Canada
- China
- Colombia
- Germany
- Romania

**Background information about TRUMP television show "The Apprentice"**:

- "The Apprentice" was launched as a television show in 2004 on NBC, and quickly became the number one new show on television.
- "The Apprentice" is the Emmy-nominated reality-show starring Donald J. Trump. Along with his daughter Ivanka, son Donald Jr., and advisor George Ross, Mr. Trump would pit two teams against each other until one candidate earned the privilege of landing a coveted $250,000 a year job with The Trump Organization.
- On January 16, 2007, Mr. Donald J. Trump was honored for his role as producer and star of "The Apprentice" with the 2,327th star on the famous Hollywood Walk of Fame.
- Due to the popularity of "The Apprentice," another version, "The Celebrity Apprentice" was developed, where celebrities compete to earn money for charity. "The Celebrity Apprenctice" has enjoyed two seasons with top ratings and has been reordered for 2010.
- "The Apprentice" format (the original and celebrity versions) has aired in over 100 countries around the world.
- The following Asian countries are among those that air or have aired the Donald Trump version of "The Apprentice":
  - 2004-2008: Cambodia, Fiji, Hong Kong, India, Indonesia, Macau, Malaysia, Philippines, Singapore, South Korea, Taiwan, Thailand, Vietnam
  - 2009: Japan, Cambodia, Fiji, Hong Kong, India, Indonesia, Macau, Malaysia, Philippines, Singapore, South Korea, Taiwan, Thailand, Vietnam

List of countries where *The Apprentice* television show aired, broken down by year starting 2004

**2004**
Belgium, Netherlands, Luxembourg, Norway, Sweden, Denmark, Iceland, Finland, Bulgaria, Albania, Lithuania, Croatia, Serbia, Bosnia, Macedonia, Slovenia, South Africa, Kenya, Nambia, Israel, Anguilla, Antigua & Barbuda, Argentina, Aruba, Bahamas, Barbados, Belize, Bermuda, Bolivia, Brazil, British Virgin Islands, Cayman Islands, Chile, Colombia, Costa Rica, Cuba, Dominica, Dominican Republic, Ecuador, El Salvador, Falkland Islands, French Guyana, Grenada, Guadeloupe, Guatemala, Guyana, Haiti, Honduras, Jamaica, Martinique, Mexico, Montserrat, Netherlands Antilles, Nicaragua, Panama, Paraguay, Peru, Puerto Rico, St. Lucia, St. Kitts & Nevis, St. Vincent & Grenadines, Suriname, Trinidad & Tobago, Turks & Caicos Islands, Uruguay, U.S. Virgin Islands, Venezuela, Iran, Afghanistan, Bangladesh, Bhutan, Brunei, Cambodia, Fiji, Hong Kong, India, Indonesia, Kazakhstan, Kribati Islands, Kyrgyzstan, Laos, Macau, Malaysia, Maldives, Marshall Islands, Micronesia, Mongolia, Myanmar, Nauru, Nepal, New Caledonia, Niue, Northern Mariana Islands, Pakistan, Palau, Papua New Guinea, PRC (hotels and foreign compounds only), Pitcairn, Philippines, Sakhalin Islands, Singapore, Solomon Islands, South Korea, Sri Lanka, Tahiti, Taiwan, Tanzania, Thailand, Tokelau, Tonga, Tuvalu, Uganda, Vanuatu, Vietnam, Wallis & Futuna Islands, Western Samoa, Canada, Australia, New Zealand, The United Kingdom of Great Britain and Northern Ireland, Ireland,

**2005**
Belgium, Netherlands, Luxembourg, Norway, Sweden, Denmark, Iceland, Finland, Portugal, Bulgaria, Lithuania, Croatia, Slovenia, South Africa, Kenya, Nambia, Israel, Anguilla, Antigua & Barbuda, Argentina, Aruba, Bahamas, Barbados, Belize, Bermuda, Bolivia, Brazil, British Virgin Islands, Cayman Islands, Chile, Colombia, Costa Rica, Cuba, Dominica, Dominican Republic, Ecuador, El Salvador, Falkland Islands, French Guyana, Grenada, Guadeloupe, Guatemala, Guyana, Haiti, Honduras, Jamaica, Martinique, Mexico, Montserrat, Netherlands Antilles, Nicaragua, Panama, Paraguay, Peru, Puerto Rico, St. Lucia, St. Kitts & Nevis, St. Vincent & Grenadines, Suriname, Trinidad & Tobago, Turks & Caicos Islands, Uruguay, U.S. Virgin Islands, Venezuela, Iran, Afghanistan, Bangladesh, Bhutan, Brunei, Cambodia, Fiji, Hong Kong, India, Indonesia, Kazakhstan, Kribati Islands, Kyrgyzstan, Laos, Macau, Malaysia, Maldives, Marshall Islands, Micronesia, Mongolia, Myanmar, Nauru, Nepal, New Caledonia, Niue, Northern Mariana Islands, Pakistan, Palau, Papua New Guinea, PRC (hotels and foreign compounds only), Pitcairn, Philippines, Sakhalin Islands, Singapore, Solomon Islands, South Korea, Sri Lanka, Tahiti, Taiwan, Tanzania,

Thailand, Tokelau, Tonga, Tuvalu, Uganda, Vanuatu, Vietnam, Wallis & Futuna Islands, Western Samoa, Canada, Australia, New Zealand, The United Kingdom of Great Britain and Northern Ireland, Ireland,

2006

Belgium, Netherlands, Luxembourg, Norway, Sweden, Denmark, Iceland, Finland, Portugal, Bulgaria, Lithuania, Macedonia, Romania, Slovenia, South Africa, Kenya, Nambia, Saudi Arabia, Kuwait, Libya, Qatar, United Arab Emirates, Jordan, Lebanon, Bahrain, Syria, Iraq, Algeria, Yemen, Egypt, Oman, Tunisia, Morocco, Mauritania, Sudan, Djibouti, Somalia, Senegal, Mali, Niger, Chad, Israel, Anguilla, Antigua & Barbuda, Argentina, Aruba, Bahamas, Barbados, Belize, Bermuda, Bolivia, Brazil, British Virgin Islands, Cayman Islands, Chile, Colombia, Costa Rica, Cuba, Dominica, Dominican Republic, Ecuador, El Salvador, Falkland Islands, French Guyana, Grenada, Guadeloupe, Guatemala, Guyana, Haiti, Honduras, Jamaica, Martinique, Mexico, Montserrat, Netherlands Antilles, Nicaragua, Panama, Paraguay, Peru, Puerto Rico, St. Lucia, St. Kitts & Nevis, St. Vincent & Grenadines, Suriname, Trinidad & Tobago, Turks & Caicos Islands, Uruguay, U.S. Virgin Islands, Venezuela, Iran, Afghanistan, Bangladesh, Bhutan, Brunei, Cambodia, Fiji, Hong Kong, India, Indonesia, Kazakhstan, Kribati Islands, Kyrgyzstan, Laos, Macau, Malaysia, Maldives, Marshall Islands, Micronesia, Mongolia, Myanmar, Nauru, Nepal, New Caledonia, Niue, Northern Mariana Islands, Pakistan, Palau, Papua New Guinea, PRC (hotels and foreign compounds only), Pitcairn, Philippines, Sakhalin Islands, Singapore, Solomon Islands, South Korea, Sri Lanka, Tahiti, Taiwan, Tanzania, Thailand, Tokelau, Tonga, Tuvalu, Uganda, Vanuatu, Vietnam, Wallis & Futuna Islands, Western Samoa, Canada, Australia, New Zealand, The United Kingdom of Great Britain and Northern Ireland, Ireland,

2007

Netherlands, Luxembourg, Norway, Sweden, Denmark, Iceland, Finland, Portugal, Bulgaria, Macedonia, Romania, South Africa, Botswana, Kenya, Saudi Arabia, Kuwait, Libya, Qatar, United Arab Emirates, Jordan, Lebanon, Bahrain, Syria, Iraq, Algeria, Yemen, Egypt, Oman, Tunisia, Morocco, Mauritania, Sudan, Djibouti, Somalia, Senegal, Mali, Niger, Chad, Israel, Anguilla, Antigua & Barbuda, Aruba, Bahamas, Barbados, Belize, Bermuda, Bolivia, Brazil, British Virgin Islands, Cayman Islands, Chile, Colombia, Costa Rica, Cuba, Dominica, Dominican Republic, Ecuador, El Salvador, Falkland Islands, French Guyana, Grenada, Guadeloupe, Guatemala, Guyana, Haiti, Honduras, Jamaica, Martinique, Mexico, Montserrat, Netherlands Antilles, Nicaragua, Panama, Paraguay, Peru, Puerto Rico, St. Lucia, St. Kitts & Nevis, St. Vincent & Grenadines, Suriname, Trinidad & Tobago, Turks & Caicos Islands, Uruguay, U.S. Virgin Islands, Venezuela, Iran, Afghanistan, Bangladesh, Bhutan, Brunei, Cambodia, Fiji, Hong Kong, India, Indonesia, Kazakhstan, Kribati Islands, Kyrgyzstan, Laos, Macau, Malaysia, Maldives, Marshall Islands, Micronesia, Mongolia, Myanmar, Nauru, Nepal, New Caledonia, Niue, Northern Mariana Islands, Pakistan, Palau, Papua New Guinea, PRC (hotels and foreign compounds only), Pitcairn, Philippines, Sakhalin Islands, Singapore, Solomon Islands, South Korea, Sri Lanka, Tahiti, Taiwan, Tanzania, Thailand, Tokelau, Tonga, Tuvalu, Uganda, Vanuatu,

Vietnam, Wallis & Futuna Islands, Western Samoa, Canada, Australia, New Zealand, Italy, The United Kingdom of Great Britain and Northern Ireland, Ireland

2008
Norway, Sweden, Denmark, Iceland, Finland, Bulgaria, Estonia, Poland, Romania, South Africa, Botswana, Kenya, Saudi Arabia, Kuwait, Libya, Qatar, United Arab Emirates, Jordan, Lebanon, Bahrain, Syria, Iraq, Algeria, Yemen, Egypt, Oman, Tunisia, Morocco, Mauritania, Sudan, Djibouti, Somalia, Senegal, Mali, Niger, Chad, Israel, Anguilla, Antigua & Barbuda, Argentina, Aruba, Bahamas, Barbados, Belize, Bermuda, Bolivia, Brazil, British Virgin Islands, Cayman Islands, Chile, Colombia, Costa Rica, Cuba, Dominica, Dominican Republic, Ecuador, El Salvador, Falkland Islands, French Guyana, Grenada, Guadeloupe, Guatemala, Guyana, Haiti, Honduras, Jamaica, Martinique, Mexico, Montserrat, Netherlands Antilles, Nicaragua, Panama, Paraguay, Peru, Puerto Rico, St. Lucia, St. Kitts & Nevis, St. Vincent & Grenadines, Suriname, Trinidad & Tobago, Turks & Caicos Islands, Uruguay, U.S. Virgin Islands, Venezuela, Iran, Afghanistan, Bangladesh, Bhutan, Brunei, Cambodia, Fiji, Hong Kong, India, Indonesia, Kazakhstan, Kribati Islands, Kyrgyzstan, Laos, Macau, Malaysia, Maldives, Marshall Islands, Micronesia, Mongolia, Myanmar, Nauru, Nepal, New Caledonia, Niue, Northern Mariana Islands, Pakistan, Palau, Papua New Guinea, PRC (hotels and foreign compounds only), Pitcairn, Philippines, Sakhalin Islands, Singapore, Solomon Islands, South Korea, Sri Lanka, Tahiti, Taiwan, Tanzania, Thailand, Tokelau, Tonga, Tuvalu, Uganda, Vanuatu, Vietnam, Wallis & Futuna Islands, Western Samoa, Canada, Australia, New Zealand, Italy, The United Kingdom of Great Britain and Northern Ireland,

2009
Norway, Sweden, Denmark, Finland, Bulgaria, Estonia, Poland, Romania, South Africa, Botswana, Kenya, Saudi Arabia, Kuwait, Libya, Qatar, United Arab Emirates, Jordan, Lebanon, Bahrain, Syria, Iraq, Algeria, Yemen, Egypt, Oman, Tunisia, Morocco, Mauritania, Sudan, Djibouti, Somalia, Senegal, Mali, Niger, Chad, Israel, Anguilla, Antigua & Barbuda, Argentina, Aruba, Bahamas, Barbados, Belize, Bermuda, Bolivia, Brazil, British Virgin Islands, Cayman Islands, Chile, Colombia, Costa Rica, Cuba, Dominica, Dominican Republic, Ecuador, El Salvador, Falkland Islands, French Guyana, Grenada, Guadeloupe, Guatemala, Guyana, Haiti, Honduras, Jamaica, Martinique, Mexico, Montserrat, Netherlands Antilles, Nicaragua, Panama, Paraguay, Peru, Puerto Rico, St. Lucia, St. Kitts & Nevis, St. Vincent & Grenadines, Suriname, Trinidad & Tobago, Turks & Caicos Islands, Uruguay, U.S. Virgin Islands, Venezuela, Japan, Iran, Afghanistan, Bangladesh, Bhutan, Brunei, Cambodia, Fiji, Hong Kong, India, Indonesia, Kazakhstan, Kribati Islands, Kyrgyzstan, Laos, Macau, Malaysia, Maldives, Marshall Islands, Micronesia, Mongolia, Myanmar, Nauru, Nepal, New Caledonia, Niue, Northern Mariana Islands, Pakistan, Palau, Papua New Guinea, PRC (hotels and foreign compounds only), Pitcairn, Philippines, Sakhalin Islands, Singapore, Solomon Islands, South Korea, Sri Lanka, Tahiti, Taiwan, Tanzania, Thailand, Tokelau, Tonga, Tuvalu, Uganda, Vanuatu, Vietnam, Wallis & Futuna Islands, Western Samoa, Canada, Australia, New Zealand, Italy, The United Kingdom of Great Britain and Northern Ireland,

**EXHIBIT K**



**EXHIBIT L**

http://tarr.uspto.gov/arr?regser=registration&entry=2%2O24T%2O3l0&action=Request+Status

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2010-08-13 12:34:08 ET

Serial Number: 75338006 Assignment Information       Trademark Document Retrieval

Registration Number: 2240310

Mark (words only): TRUMP

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2009-07-06

Filing Date: 1997-08-08

Transformed into a National Application: No

Registration Date: 1999-04-20

Register: Principal

Law Office Assigned: LAW OFFICE 114

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 830 -Post Registration

Date In Location: 2009-07-06

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Trump, Donald J

Address:
Trump, Donald J.
725 Fifth Avenue
New York, NY 10022
United States
Legal Entity Type: Individual
Country of Citizenship: United States

---

### GOODS AND/OR SERVICES

International Class: 043
Class Status: Active
hotel services
Basis: 1(a)
First Use Date: 1995-06-12
First Use in Commerce Date: 1995-06-12

---

### ADDITIONAL INFORMATION

Prior Registration Number(s):
1557303
1559355
1620477
1749119
1892406

---

### MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

### PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2009-07-06 - First renewal 10 year

2009-07-06 - Section 8 (10-year) accepted/ Section 9 granted

2009-05-28 - Section 7 amendment issued

2009-05-28 - Assigned To Paralegal

2009-04-20 - Combined Section 8 (10-year)/Section 9 filed

2009-04-20 - Section 7 amendment filed

2009-04-20 - PAPER RECEIVED

2008-07-16 - Attorney Revoked And/Or Appointed

2008-07-16 - TEAS Revoke/Appoint Attorney Received

2007-07-18 - Case File In TICRS

2005-08-02 - TEAS Change Of Correspondence Received

2004-11-16 - Section 8 (6-year) accepted & Section 15 acknowledged

2004-09-21 - Section 8 (6-year) and Section 15 Filed

2004-09-21 - PAPER RECEIVED

1999-04-20 - Registered - Principal Register

1999-01-26 - Published for opposition

1998-12-29 - Notice of publication

1998-08-24 - Communication received from applicant

1998-08-12 - Approved for Pub - Principal Register (Initial exam)

1998-06-18 - Letter of suspension mailed

1998-05-20 - Communication received from applicant

1998-05-01 - Non-final action mailed

1998-04-29 - Assigned To Examiner

1998-04-28 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Tamar Niv Bessinger

**Correspondent**
Tamar Niv Bessinger
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York NY 10017

---

http://tarr.uspto.gov/tarr?regser=registration&entry=2%2C413%2C984&action=Request+Status

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2010-08-13 12:34:56 ET

Serial Number: 75071039   Assignment Information        Trademark Document Retrieval

Registration Number: 2413984

Mark (words only): TRUMP

Standard Character claim: No

Current Status: Section 8 and 15 affidavits have been accepted and acknowledged

Date of Status: 2007-01-04

Filing Date: 1999-12-14

Transformed into a National Application: No

Registration Date: 2000-12-19

Register: Principal

Law Office Assigned: LAW OFFICE 104

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 830 -Post Registration

Date In Location: 2007-01-04

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Trump, Donald J

Address:
Trump, Donald J.
725 Fifth Avenue
New York, NY 10022
United States
Legal Entity Type: Individual
Country of Citizenship: United States

---

## GOODS AND/OR SERVICES

International Class: 032
Class Status: Active
SPRING WATER
Basis: 1(a)
First Use Date: 1998-07-00
First Use in Commerce Date: 1999-07-00

---

## ADDITIONAL INFORMATION

Prior Registration Number(s):
1557303
2322517

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2008-07-10 - Attorney Revoked And/Or Appointed

2008-07-10 - TEAS Revoke/Appoint Attorney Received

2007-01-04 - Section 8 (5-year) accepted & Section 15 acknowledged

2007-01-04 - Assigned To Paralegal

2006-10-31 - Section 8 (5-year) and Section 15 Filed

2006-10-31 - TEAS Section 8 & 15 Received

2006-07-20 - Case File In TICRS

2005-07-29 - TEAS Change Of Correspondence Received

2000-12-19 - Registered - Principal Register

2000-09-26 - Published for opposition

2000-08-25 - Notice of publication

2000-06-28 - Approved for Pub - Principal Register (Initial exam)

2000-06-21 - Examiner's amendment mailed

2000-05-23 - Non-final action mailed

2000-05-19 - Assigned To Examiner

2000-05-11 - Assigned To Examiner

---

### ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Tamar Niv Bessinger

**Correspondent**
Tamar Niv Bessinger
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York NY 10017

---

12:00:00 PM 3/10/2010

http://tarr.uspto.gov/tarr?regser=registration&entry=3%2C391%2C095&action=Request+Status

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2010-08-13 12:38:59 ET

Serial Number: 77157334 Assignment Information        Trademark Document Retrieval

Registration Number: 3391095

Mark

# TRUMP

(words only): TRUMP

Standard Character claim: Yes

Current Status: Registered

Date of Status: 2008-03-04

Filing Date: 2007-04-16

Transformed into a National Application: No

Registration Date: 2008-03-04

Register: Principal

Law Office Assigned: LAW OFFICE 101

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 650 -Publication And Issue Section

Date In Location: 2008-03-04

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Trump, Donald J

Address:
Trump, Donald J,
725 Fifth Avenue
New York, NY 10022
United States
Legal Entity Type: Individual
Country of Citizenship: United States

---

## GOODS AND/OR SERVICES

International Class: 041
Class Status: Active
Entertainment services, namely, ongoing unscripted television programs in the field of business, business disputes, and dispute resolution
Basis: 1(a)
First Use Date: 2004-01-08
First Use in Commerce Date: 2004-01-08

---

## ADDITIONAL INFORMATION

Prior Registration Number(s):
2232852
3240310
2413984

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2008-07-18 – Attorney Revoked And/Or Appointed

2008-07-18 – TEAS Revoke/Appoint Attorney Received

2008-03-04 – Registered – Principal Register

2007-12-18 – Published for opposition

2007-11-28 – Notice of publication

2007-11-15 – Law Office Publication Review Completed

2007-11-15 – Assigned To LIE

2007-10-14 – Approved for Pub - Principal Register (Initial exam)

2007-10-12 – Teas/Email Correspondence Entered

2007-10-12 – Communication received from applicant

2007-10-12 – TEAS Response to Office Action Received

2007-05-28 – NON-FINAL ACTION E-MAILED

2007-05-28 – Non-Final Action Written

2007-05-28 – Non-final action e-mailed

2007-05-28 – Non-Final Action Written

2007-05-28 – Assigned To Examiner

2007-04-23 – New Application Entered In Tram

---

**ATTORNEY/CORRESPONDENT INFORMATION**

**Attorney of Record**
Tamar Niv Bessinger

**Correspondent**
Tamar Niv Bessinger
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York NY 10017

---

http://tarr.uspto.gov/tarr?regser=registration&entry=3%20456%20507&action=Request+Status

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2010-08-13 12:39:19 ET

Serial Number: 77163148 Assignment Information    Trademark Document Retrieval

Registration Number: 3456507

Mark

# TRUMP

(words only): TRUMP

Standard Character claim: Yes

Current Status: Registered

Date of Status: 2008-07-01

Filing Date: 2007-04-23

Transformed into a National Application: No

Registration Date: 2008-07-01

Register: Principal

Law Office Assigned: LAW OFFICE 101

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 650 -Publication And Issue Section

Date In Location: 2008-07-01

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Trump, Donald J

Address:
Trump, Donald J.
725 Fifth Avenue
New York, NY 10022
United States
Legal Entity Type: Individual
Country of Citizenship: United States

---

## GOODS AND/OR SERVICES

International Class: 033
Class Status: Active
Vodka
Basis: 1(a)
First Use Date: 2006-10-06
First Use in Commerce Date: 2006-10-06

---

## ADDITIONAL INFORMATION

Prior Registration Number(s):
2226734
2413984
2898321

---

## MADRID PROTOCOL INFORMATION

USPTO Reference Number: A0010291
International Registration Number: 0943061
International Registration Date: 2007-11-12
Original Filing Date with USPTO: 2007-11-12
International Registration Status: Application For IR Registered By IB
Date of International Registration Status: 2007-12-13

International Registration Renewal Date: 2017-11-12
Irregularity Reply by Date: (DATE NOT AVAILABLE)

Madrid History:
11-07-2008 - 05:59:03 - Ceasing Of Effect Reviewed - No Action Required By Office
10-01-2008 - 08:00:25 - Partial Ceasing Of Effect To Be Processed
12-13-2007 - 19:43:50 - Application For IR Registered By IB
11-12-2007 - 21:00:47 - IR Certified And Sent To IB
11-12-2007 - 14:51:53 - New Application For IR Received
11-12-2007 - 14:51:53 - Automatically Certified

---

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2008-07-18 - Attorney Revoked And/Or Appointed

2008-07-18 - TEAS Revoke/Appoint Attorney Received

2008-07-01 - Registered - Principal Register

2008-04-15 - Published for opposition

2008-03-26 - Notice of publication

2008-03-11 - Law Office Publication Review Completed

2008-03-11 - Assigned To LIE

2008-02-16 - Approved for Pub - Principal Register (Initial exam)

2008-02-13 - Teas/Email Correspondence Entered

2008-02-12 - Communication received from applicant

2008-02-12 - TEAS Response To Suspension Inquiry Received

2007-12-07 - Report Completed Suspension Check Case Still Suspended

2007-06-02 - LETTER OF SUSPENSION E-MAILED

2007-06-02 - Suspension Letter Written

2007-06-01 - Teas/Email Correspondence Entered

2007-05-31 - Communication received from applicant

2007-05-31 - TEAS Response to Office Action Received

2007-05-28 - Non-final action e-mailed

2007-05-28 - Non-Final Action Written

2007-05-28 - Assigned To Examiner

2007-04-26 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Tamar Niv Bessinger

**Correspondent**
Tamar Niv Bessinger
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York NY 10017

---

http://tarr.uspto.gov/tarr?regser=registration&entry=3%20526%20411&action=Request+Status

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2010-03-13 12:39:52 ET

Serial Number: 77254433 Assignment Information   Trademark Document Retrieval

Registration Number: 3526411

Mark

# TRUMP

(words only): TRUMP

Standard Character claim: Yes

Current Status: Registered.

Date of Status: 2008-11-04

Filing Date: 2007-08-14

Transformed into a National Application: No

Registration Date: 2008-11-04

Register: Principal

Law Office Assigned: LAW OFFICE 106

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 650 - Publication And Issue Section

Date In Location: 2008-11-04

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Trump, Donald J

Address:
Trump, Donald J
725 Fifth Avenue
New York, NY 10022
United States
Legal Entity Type: Individual
Country of Citizenship: United States

---

## GOODS AND/OR SERVICES

International Class: 036
Class Status: Active
Real estate services; namely, bring, leasing, financing, and managing commercial, residential, and hotel properties
Basis: 1(a)
First Use Date: 1985-02-28
First Use in Commerce Date: 1985-02-28

International Class: 037
Class Status: Active
Real estate development and construction of commercial, residential, and hotel properties
Basis: 1(a)
First Use Date: 1985-02-28
First Use in Commerce Date: 1985-02-28

---

## ADDITIONAL INFORMATION

Prior Registration Number(s):
3231060
3235051
3298890

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2008-11-04 - Registered - Principal Register

2008-08-19 - Published for opposition

2008-07-30 - Notice of publication

2008-07-14 - Law Office Publication Review Completed

2008-07-14 - Assigned To LIE

2008-07-14 - Approved for Pub - Principal Register (Initial exam)

2008-07-10 - Attorney Revoked And/Or Appointed

2008-07-10 - TEAS Revoke/Appoint Attorney Received

2008-01-16 - Notification Of Letter Of Suspension E-Mailed

2008-01-16 - LETTER OF SUSPENSION E-MAILED

2008-01-16 - Suspension Letter Written

2008-01-15 - Teas/Email Correspondence Entered

2008-01-15 - Communication received from applicant

2008-01-15 - TEAS Response to Office Action Received

2007-11-20 - Notification Of Non-Final Action E-Mailed

2007-11-20 - Non-final action e-mailed

2007-11-20 - Non-Final Action Written

2007-11-20 - Assigned To Examiner

2007-08-17 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Tamar Niv Bessinger

**Correspondent**
Tamar Niv Bessinger
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York NY 10017

---

http://tarr.uspto.gov/tarr?regser=registration&entry=3%20655%20340&action=Request+Status

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2010-08-13 12:40:26 ET

Serial Number: 77275797   Assignment Information       Trademark Document Retrieval

Registration Number: 3655340

Mark

# TRUMP

(words only): TRUMP

Standard Character claim: Yes

Current Status: Registered.

Date of Status: 2009-07-14

Filing Date: 2007-09-10

Transformed into a National Application: No

Registration Date: 2009-07-14

Register: Principal

Law Office Assigned: LAW OFFICE 106

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 650 -Publication And Issue Section

Date In Location: 2009-06-08

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Trump, Donald J

Address:
Trump, Donald J
725 Fifth Avenue
New York, NY 10022
United States
Legal Entity Type: Individual
Country of Citizenship: United States

---

## GOODS AND/OR SERVICES

International Class: 016
Class Status: Active
General feature magazines
Basis: 1(a)
First Use Date: 2007-12-00
First Use in Commerce Date: 2007-12-00

---

## ADDITIONAL INFORMATION

Prior Registration Number(s):
2868727

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2009-07-14 - Registered - Principal Register

2009-06-05 - Law Office Registration Review Completed

2009-06-02 - Allowed for Registration - Principal Register (SOU accepted)

2009-06-02 - Examiner's Amendment Entered

2009-06-02 - SU-Examiner's Amendment Written

2009-06-02 - Statement Of Use Processing Complete

2009-05-13 - Use Amendment Filed

2009-06-02 - Case Assigned To Intent To Use Paralegal

2009-05-13 - TEAS Statement of Use Received

2008-10-15 - Extension 1 granted

2008-10-15 - Extension 1 filed

2008-10-15 - TEAS Extension Received

2008-07-18 - Attorney Revoked And/Or Appointed

2008-07-18 - TEAS Revoke/Appoint Attorney Received

2008-05-13 - NOA Mailed - SOU Required From Applicant

2008-02-19 - Published for opposition

2008-01-30 - Notice of publication

2008-01-12 - Law Office Publication Review Completed

2008-01-11 - Assigned To LIE

2007-11-27 - Approved For Pub - Principal Register

2007-11-26 - Teas/Email Correspondence Entered

2007-11-26 - Communication received from applicant

2007-11-26 - TEAS Response to Office Action Received

2007-11-20 - Notification Of Non-Final Action E-Mailed

2007-11-20 - Non-final action e-mailed

2007-11-20 - Non-Final Action Written

2007-11-20 - Assigned To Examiner

2007-09-13 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Tamar Niv Bessinger

**Correspondent**
Tamar Niv Bessinger
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York NY 10017

---

http://tarr.uspto.gov/tarr?regser=registration&entry=3%2C483%2C760&action=Request+Status

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2010-08-13 12:41:05 ET

Serial Number: 77369919 Assignment Information      Trademark Document Retrieval

Registration Number: 3483760

Mark

# TRUMP

(words only): TRUMP

Standard Character claim: Yes

Current Status: Registered

Date of Status: 2008-08-12

Filing Date: 2007-10-04

Transformed into a National Application: No

Registration Date: 2008-08-12

Register: Principal

Law Office Assigned: LAW OFFICE 106

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 650 -Publication And Issue Section

Date In Location: 2008-08-12

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Trump, Donald J

Address:
Trump, Donald J.
725 Fifth Avenue
New York, NY 10022
United States
Legal Entity Type: Individual
Country of Citizenship: United States

---

## GOODS AND/OR SERVICES

International Class: 043
Class Status: Active
Restaurant services
Basis: 1(a)
First Use Date: 2003-11-00
First Use In Commerce Date: 2003-11-00

---

## ADDITIONAL INFORMATION

Prior Registration Number(s):
2226174
2577843

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2008-06-12 – Registered – Principal Register

2008-07-15 – Attorney Revoked And/Or Appointed

2008-07-15 – TEAS Revoke/Appoint Attorney Received

2008-05-27 – Published for opposition

2008-05-07 – Notice of publication

2008-04-18 – Law Office Publication Review Completed

2008-04-18 – Assigned To LIE

2008-04-15 – Approved for Pub – Principal Register (Initial exam)

2008-04-15 – Examiner's Amendment Entered

2008-04-15 – Notification Of Examiners Amendment E-Mailed

2008-04-15 – EXAMINERS AMENDMENT E-MAILED

2008-04-15 – Examiners Amendment -Writer

2008-03-28 – Teas/Email Correspondence Entered

2008-03-28 – Communication received from applicant

2008-03-28 – TEAS Response to Office Action Received

2007-11-21 – Notification Of Non-Final Action E-Mailed

2007-11-21 – Non-final action e-mailed

2007-11-21 – Non-Final Action Written

2007-11-20 – Assigned To Examiner

2007-10-10 – New Application Entered In Tram

---

### ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Tamar Niv Bessinger

**Correspondent**
Tamar Niv Bessinger
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York NY 10017

---

12:41:18 PM 5/13/2010

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2010-08-13 12:48:44 ET.

Serial Number: 77318787 Assignment Information    Trademark Document Retrieval

Registration Number: 3563198

Mark

# TRUMP

(words only): TRUMP

Standard Character claim: Yes

Current Status: Registered

Date of Status: 2009-01-20

Filing Date: 2007-11-01

Transformed into a National Application: No

Registration Date: 2009-01-20

Register: Principal

Law Office Assigned: LAW OFFICE 104

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 650 -Publication And Issue Section

Date In Location: 2009-01-20

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Trump, Donald J.

Address:
Trump, Donald J.
725 Fifth Avenue
New York, NY 10022
United States
Legal Entity Type: Individual
Country of Citizenship: United States

---

## GOODS AND/OR SERVICES

International Class: 020
Class Status: Active
Chairs, couches, loveseats, and ottomans
Basis: 1(a)
First Use Date: 1975-00-00
First Use In Commerce Date: 1975-00-00

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2009-01-20 - Registered - Principal Register

2008-11-04 - [unreadable]

2008-11-04 - Published For Opposition

2008-10-15 - Notice of publication

2008-09-29 - Law Office Publication Review Completed

2008-09-26 - Approved for Pub - Principal Register (Initial exam)

2008-08-15 - Teas/Email Correspondence Entered

2008-08-15 - Communication received from applicant

2008-08-12 - Assigned To LIE

2008-08-08 - TEAS Request For Reconsideration Received

2008-07-18 - Attorney Revoked And/Or Appointed

2008-07-18 - TEAS Revoke/Appoint Attorney Received

2008-04-26 - Notification Of Final Refusal Emailed

2008-04-26 - Final refusal e-mailed

2008-04-26 - Final Refusal Written

2008-04-02 - Teas/Email Correspondence Entered

2008-04-02 - Communication received from applicant

2008-04-02 - TEAS Response to Office Action Received

2008-02-18 - Notification Of Non-Final Action E-Mailed

2008-02-18 - Non-final action e-mailed

2008-02-18 - Non-Final Action Written

2008-02-14 - Assigned To Examiner

2007-11-06 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Tamar Niv Bessinger

**Correspondent**
TAMAR NIV BESSINGER
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017

---

http://tarr.uspto.gov/tarr?regser=registration&entry=3%2C245%7C415&action=Request+Status

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2010-08-13 12:44:52 ET

Serial Number: 78549400 Assignment Information       Trademark Document Retrieval

Registration Number: 3245415

Mark
# TRUMP

(words only): TRUMP

Standard Character claim: Yes

Current Status: Registered.

Date of Status: 2007-05-22

Filing Date: 2005-01-18

Transformed into a National Application: No

Registration Date: 2007-05-22

Register: Principal

Law Office Assigned: LAW OFFICE 117

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 650 -Publication And Issue Section

Date In Location: 2007-04-17

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Trump, Donald J.

Address:
Trump, Donald J.
725 Fifth Avenue
New York, NY 10022
United States
Legal Entity Type: Individual
Country of Citizenship: United States

---

## GOODS AND/OR SERVICES

International Class: 014
Class Status: Active
Watches
Basis: 1(a)
First Use Date: 2005-05-06
First Use in Commerce Date: 2005-05-06

---

## ADDITIONAL INFORMATION

Name/Portrait Consent: The name TRUMP identifies a living individual whose consent is of record.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2008-07-11 - Attorney Revoked And/Or Appointed

2008-07-11 - TEAS Revoke/Appoint Attorney Received

2007-05-22 - Registered - Principal Register

2007-04-02 - Withdrawn From Issue - Tm/Non-Atty Request

2007-03-12 - Law Office Registration Review Completed

2007-03-12 - Assigned To LIE

2007-02-14 - Allowed for Registration - Principal Register (SOU accepted)

2007-01-11 - Statement Of Use Processing Complete

2006-11-09 - Use Amendment Filed

2006-11-09 - TEAS Statement of Use Received

2006-05-23 - NOA Mailed - SOU Required From Applicant

2006-04-08 - Extension Of Time To Oppose Process - Terminated

2005-11-28 - Extension Of Time To Oppose Received

2005-11-08 - Published For opposition

2005-10-19 - Notice of publication

2005-09-15 - Law Office Publication Review Completed

2005-09-15 - Assigned To LIE

2005-09-01 - Approved For Pub - Principal Register

2005-08-25 - Amendment From Applicant Entered

2005-08-21 - Communication received from applicant

2005-08-21 - TEAS Response to Office Action Received

2005-03-12 - Priority Action E-Mailed

2005-03-12 - Priority Action Written

2005-03-11 - Assigned To Examiner

2005-01-27 - New Application Entered In Tram

---

### ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Tamar Niv Bessinger

**Correspondent**
Tamar Niv Bessinger
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York NY 10017

12:45:03 PM 3/13/2010

http://tarr.uspto.gov/tarr?regser=registration&entry=3%20321%2C1494&action=Request+Status

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2010-03-13 12:45:25 ET

Serial Number: 78806680   Assignment Information     Trademark Document Retrieval

Registration Number: 3321143

Mark

# TRUMP

(words only): TRUMP

Standard Character claim: Yes

Current Status: Registered

Date of Status: 2007-10-23

Filing Date: 2006-02-07

Transformed into a National Application: No

Registration Date: 2007-10-23

Register: Principal

Law Office Assigned: LAW OFFICE 114

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 650 -Publication And Issue Section

Date In Location: 2007-09-18

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Trump, Donald J.

Address:
Trump, Donald J.
725 Fifth Avenue
New York, NY 10022
United States
Legal Entity Type: Individual
Country of Citizenship: United States

---

## GOODS AND/OR SERVICES

International Class: 028
Class Status: Active
Toy model cars, namely, die-cast cars and radio control cars
Basis: 1(a)
First Use Date: 2006-07-06
First Use in Commerce Date: 2006-07-06

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2008-07-16 - Attorney Revoked And/Or Appointed

[illegible]

2008-07-10 - TEAS Revoke/Appoint Attorney Received

2007-10-23 - Registered - Principal Register

2007-09-18 - Law Office Registration Review Completed

2007-09-18 - Assigned To LIE

2007-08-10 - Allowed for Registration - Principal Register (SOU accepted)

2007-08-07 - Statement Of Use Processing Complete

2007-06-12 - Use Amendment Filed

2007-06-12 - TEAS Statement of Use Received

2006-12-19 - NOA Mailed - SOU Required From Applicant

2006-09-26 - Published for opposition

2006-09-06 - Notice of publication

2006-08-09 - Law Office Publication Review Completed

2006-08-09 - Assigned To LIE

2006-08-02 - Approved For Pub - Principal Register

2006-08-02 - Examiner's Amendment Entered

2006-08-02 - Examiners amendment e-mailed

2006-08-02 - Examiners Amendment -Written

2006-07-28 - Assigned To Examiner

2006-02-13 - New Application Entered In Tram

---

**ATTORNEY/CORRESPONDENT INFORMATION**

**Attorney of Record**
Tamar Niv Bessinger

**Correspondent**
Tamar Niv Bessinger
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York NY 10017

---

http://tarr.uspto.gov/tarr?regser=registration&&entry=2431539&&action=Request+Status

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2010-12-16 16:11:16 ET

Serial Number: 75939343 Assignment Information      Trademark Document Retrieval

Registration Number: 2431539

Mark



(words only): TRUMP

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2010-12-13

Filing Date: 2000-03-09

Transformed into a National Application: No

Registration Date: 2001-02-27

Register: Principal

Law Office Assigned: LAW OFFICE 114

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: (NOT AVAILABLE)

Date In Location: 2010-12-13

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Trump, Donald J.

Address:
Trump, Donald J.
725 Fifth Avenue
New York, NY 10022
United States
Legal Entity Type: Individual
Country of Citizenship: United States

---

### GOODS AND/OR SERVICES

International Class: 041
Class Status: Active
Golf club services.
Basis: 1(a)
First Use Date: 1997-12-00
First Use in Commerce Date: 1997-12-00

---

### ADDITIONAL INFORMATION

Lining and Stippling: The lining and stippling are features of the mark and do not indicate color.

Design Search Code(s):
05.01.04  Vines

23.01.04 - Vines
23.01.02 - Bayonets; Harpoons; Hunting knives; Knives, daggers; Spears
23.05.01 - Helmets, armor
24.01.02 - Shields or crests with figurative elements contained therein or superimposed thereon
24.09.07 - Advertising, banners; Banners
26.17.12 - Angles (geometric); Chevrons

**Prior Registration Number(s):**
1557303
1688083
2240310

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2010-12-13 - First renewal 10 year

2010-12-13 - Section 8 (10-year) accepted/ Section 9 granted

2010-12-13 - Case Assigned To Post Registration Paralegal

2010-12-03 - TEAS Section 8 & 9 Received

2008-07-10 - Attorney Revoked And/Or Appointed

2008-07-10 - TEAS Revoke/Appoint Attorney Received

2007-03-28 - Section 8 (6-year) accepted & Section 15 acknowledged

2007-03-01 - Assigned To Paralegal

2007-01-08 - Section 8 (6-year) and Section 15 Filed

2007-01-08 - TEAS Section 8 & 15 Received

2006-11-20 - Case File In TICRS

2001-02-27 - Registered - Principal Register

2000-12-05 - Published for opposition

2000-11-03 - Notice of publication

2000-08-28 - Approved for Pub - Principal Register (Initial exam)

2000-08-15 - Examiner's amendment mailed

2000-08-07 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Tamar Niv Bessinger

**Correspondent**
Tamar Niv Bessinger
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLAZA
NEW YORK NY 10017
Phone Number: 212-813-5900
Fax Number: 212-813-5901

---

http://tarr.uspto.gov/tarr?regser=registration&&entry=3687022&&action=Request+Status

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2010-12-16 16:13:09 ET

Serial Number: 77475927 Assignment Information      Trademark Document Retrieval

Registration Number: 3687022

Mark

# TRUMP

(words only): TRUMP

Standard Character claim: Yes

Current Status: Registered

Date of Status: 2009-09-22

Filing Date: 2008-05-15

Transformed into a National Application: No

Registration Date: 2009-09-22

Register: Principal

Law Office Assigned: LAW OFFICE 116

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 650 -Publication And Issue Section

Date In Location: 2009-08-17

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Trump, Donald J.

Address:
Trump, Donald J.
725 Fifth Avenue
New York, NY 10022
United States
Legal Entity Type: Individual
Country of Citizenship: United States

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active
Dress shirts
Basis: 1(a)
First Use Date: 2005-03-03
First Use in Commerce Date: 2005-03-03

---

## ADDITIONAL INFORMATION

Prior Registration Number(s):
2383885
2383893
2240010

5540910

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2009-09-22 - Registered - Principal Register

2009-08-17 - Law Office Registration Review Completed

2009-08-13 - Allowed for Registration - Principal Register (SOU accepted)

2009-07-24 - Statement Of Use Processing Complete

2009-06-30 - Use Amendment Filed

2009-07-24 - Case Assigned To Intent To Use Paralegal

2009-06-30 - TEAS Statement of Use Received

2009-01-06 - NOA Mailed - SOU Required From Applicant

2008-10-14 - Published for opposition

2008-09-24 - Notice of publication

2008-09-10 - Law Office Publication Review Completed

2008-09-10 - Assigned To LIE

2008-08-30 - Approved For Pub - Principal Register

2008-08-29 - Assigned To Examiner

2008-05-20 - TEAS Amendment Entered Before Attorney Assigned

2008-05-20 - TEAS Voluntary Amendment Received

2008-05-20 - TEAS Voluntary Amendment Received

2008-05-19 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Tamar Niv Bessinger

**Correspondent**
TAMAR NIV BESSINGER
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLZ
NEW YORK, NY 10017-1822
Phone Number: 212-813-5900

---

**EXHIBIT M**

# Trademark Records By Country

| Owner | Trademark | Country | Application No. | Registration No | Registration Date | Classes | Status |
|---|---|---|---|---|---|---|---|
| **Argentina** | | | | | | | |
| Donald J. Trump | TRUMP | Argentina | 2705075 | 2259866 | Nov 27 2008 | 43 | Registered |
| **Australia** | | | | | | | |
| Donald J. Trump | TRUMP | Australia | 1137970 | 1137970 | Sep 28 2006 | 36,37,43 | Registered |
| **Benelux** | | | | | | | |
| Donald J. Trump | TRUMP | Benelux | 3402443 | 3402443 | May 7 2005 | 36,37,43 | Registered |
| **Brazil** | | | | | | | |
| Donald J. Trump | TRUMP | Brazil | 825986419 | 825986419 | Jul 24 2007 | 37 | Registered |
| **Canada** | | | | | | | |
| Donald J. Trump | TRUMP | Canada | 0157558 | TMDA54846 | Jul 26 1932 | 25 | Registered |
| **Chile** | | | | | | | |
| Donald J. Trump | TRUMP | Chile | 769.548 | 869577 | Dec 11 2009 | 36 | Registered |
| **China (PRC)** | | | | | | | |
| Donald J. Trump | TRUMP TOWER | China (PRC) | 6312594 | 6312594 | Mar 28 2010 | 43 | Registered |
| **Croatia** | | | | | | | |
| Donald J. Trump | TRUMP | Croatia | Z990503A | Z990503 | Jul 7 1999 | 35,41,42 | Registered |

## Cyprus

| Donald J. Trump | **TRUMP** | Cyprus | 3402443 | 3402443 | May 7 2005 | 36,37,43 | Registered |
|---|---|---|---|---|---|---|---|

## Czech Republic

| Donald J. Trump | **TRUMP** | Czech Republic | 5978895 | 5978895 | May 15 2008 | 41 | Registered |
|---|---|---|---|---|---|---|---|

## Denmark

| Donald J. Trump | **TRUMP** | Denmark | 5978895 | 5978895 | May 15 2008 | 41 | Registered |
|---|---|---|---|---|---|---|---|

## Dominican Republic

| Donald J. Trump | **TRUMP** | Dominican Republic | 2007-16195 | 161472 | Jun 29 2007 | 41 | Registered |
|---|---|---|---|---|---|---|---|

## Egypt

| Donald J. Trump | **TRUMP** | Egypt | 195423 | 195423 | Apr 22 2009 | 36 | Registered |
|---|---|---|---|---|---|---|---|

## Estonia

| Donald J. Trump | **TRUMP** | Estonia | 3402443 | 3402443 | May 7 2005 | 36,37,43 | Registered |
|---|---|---|---|---|---|---|---|

## Finland

| Donald J. Trump | **TRUMP** | Finland | 3402443 | 3402443 | May 7 2005 | 36,37,43 | Registered |
|---|---|---|---|---|---|---|---|

## France

| Donald J. Trump | **TRUMP** | France | 5978895 | 5978895 | May 15 2008 | 41 | Registered |
|---|---|---|---|---|---|---|---|

## Germany

| Donald J. Trump | **TRUMP** | Germany | 5978895 | 5978895 | May 15 2008 | 41 | Registered |

## Greece

| Donald J. Trump | **TRUMP** | Greece | 3402443 | 3402443 | May 7 2005 | 36,37,43 | Registered |

## Hong Kong

| Donald J. Trump | **TRUMP** | Hong Kong | 300932076 | 300932076 | Aug 10 2007 | 35,36,37,41,43,44 | Registered |

## Hungary

| Donald J. Trump | **TRUMP** | Hungary | 007349707 | 007349707 | May 14 2009 | 25 | Registered |

## India

| Donald J. Trump | **TRUMP** | India | 1419912 | 1419912 | Feb 8 2006 | 36,37 | Registered |

## Indonesia

| Donald J. Trump | **TRUMP** | Indonesia | J00 2006 032731 | IDM000163723 | Jun 10 2008 | 36 | Registered |

## Ireland

| Donald J. Trump | **TRUMP** | Ireland | 5978895 | 5978895 | May 15 2008 | 41 | Registered |

## Israel

| Donald J. Trump | **TRUMP** | Israel | 211610 | 211610 | Dec 8 2009 | 41 | Registered |

## Italy

| Donald J. Trump | **TRUMP** | Italy | 5978895 | 5978895 | May 15 2008 | 41 | Registered |

Case 1:15-cv-02217-ENV-LB   Document 25   Filed 08/01/16   Page 201 of 266 PageID #: 689

## Japan

| Donald J. Trump | TRUMP | Japan | 2006090837 | 5058214 | Jun 29 2007 | 36,37,43 | Registered |
|---|---|---|---|---|---|---|---|

## Jersey

| Donald J. Trump | TRUMP | Jersey | 3402443 | 3402443 | May 7 2005 | 36,37,43 | Registered |
|---|---|---|---|---|---|---|---|

## Jordan

| Donald J. Trump | TRUMP | Jordan | 100828 | 100828 | Jun 8 2008 | 42 | Registered |
|---|---|---|---|---|---|---|---|

## Kuwait

| Donald J. Trump | TRUMP | Kuwait | 89182 | 72990 | Oct 17 2007 | 42 | Registered |
|---|---|---|---|---|---|---|---|

## Latvia

| Donald J. Trump | TRUMP | Latvia | 3402443 | 3402443 | May 7 2005 | 36,37,43 | Registered |
|---|---|---|---|---|---|---|---|

## Macau

| Donald J. Trump | TRUMP | Macau | 23871 | N/23871 | Jan 9 2007 | 41 | Registered |
|---|---|---|---|---|---|---|---|

## Mexico

| Donald J. Trump | TRUMP | Mexico | 754403 | 977,119 | Mar 16 2007 | 43 | Registered |
|---|---|---|---|---|---|---|---|

## Morocco

| Donald J. Trump | TRUMP | Morocco | 107492 | 107492 | Nov 28 2006 | 36,37,43 | Registered |
|---|---|---|---|---|---|---|---|

## New Zealand

| Donald J. Trump | TRUMP | New Zealand | 756043 | 756043 | Sep 28 2006 | 36,37,43 | Registered |
|---|---|---|---|---|---|---|---|

## Panama

| | TRUMP | | | | | | |
|---|---|---|---|---|---|---|---|
| Donald J. Trump | | Panama | 147448 | 147448 | Dec 13 2005 | 37 | Registered |

## Peru

| | TRUMP | | | | | | |
|---|---|---|---|---|---|---|---|
| Donald J. Trump | | Peru | 360115 | 54175 | Dec 16 2008 | 37 | Registered |

## Puerto Rico

| | TRUMP | | | | | | |
|---|---|---|---|---|---|---|---|
| Donald J. Trump | | Puerto Rico | 73,427 | 73,427 | Jun 19 2007 | 43 | Registered |

## Romania

| | TRUMP | | | | | | |
|---|---|---|---|---|---|---|---|
| Donald J. Trump | | Romania | 3402443 | 3402443 | May 7 2005 | 36,37,43 | Registered |

## Russian Federation

| | TRUMP | | | | | | |
|---|---|---|---|---|---|---|---|
| Donald J. Trump | | Russian Federation | 2006703579 | 331018 | Aug 3 2007 | 36,37,42 | Registered |

## Singapore

| | TRUMP | | | | | | |
|---|---|---|---|---|---|---|---|
| Donald J. Trump | | Singapore | T07/16913G | T07/16913G | Aug 8 2007 | 36,37,41,43 | Registered |

## Slovenia

| | TRUMP | | | | | | |
|---|---|---|---|---|---|---|---|
| Donald J. Trump | | Slovenia | 5978895 | 5978895 | May 15 2008 | 41 | Registered |

## St Vincent & Grenadines

| | TRUMP | | | | | | |
|---|---|---|---|---|---|---|---|
| Donald J. Trump | | St Vincent & Grenadines | | 5 OF 2004 | Feb 20 2002 | 41,43 | Registered |

## Sweden

| | TRUMP | | | | | | |
|---|---|---|---|---|---|---|---|
| Donald J. Trump | | Sweden | 3402443 | 3402443 | May 7 2005 | 36,37,43 | Registered |

Case 1:15-cv-02217-ENV-LB   Document 25   Filed 08/01/16   Page 203 of 266 PageID #: 691

## Turks & Caicos Islands

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Donald J. Trump | **TRUMP** | Turks & Caicos Islands | 15599 | 15599 | Oct 21 2008 | 41 | Registered |

## Ukraine

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Donald J. Trump | **TRUMP** | Ukraine | 200615158 | 94290 | Jul 25 2008 | 35,43,44 | Registered |

## United Kingdom

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Donald J. Trump | **TRUMP** | United Kingdom | 002293320 | 002293320 | Jul 26 2002 | 41,43 | Registered |

## United States of America

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Donald J. Trump | **TRUMP** | United States of America | 77/475,927 | 3687022 | Sep 22 2009 | 25 | Registered |

## Uruguay

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Donald J. Trump | **TRUMP** | Uruguay | 389.218 | 389.218 | Apr 29 2010 | 36,37 | Registered |

## Vietnam

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Donald J. Trump | **TRUMP** | Vietnam | 4-2006-22905 | 102960 | Jun 12 2008 | 36,37,41,43,44 | Registered |

*TM Administrator - END OF REPORT*                    *IPPO WebTMS: printed Dec 17 2010 1:05*

**EXHIBIT N**



**Internet Archive Database: Appearance of http://trumpestates.com displaying lack of actual use and that the domain name was offered for sale consistently for the last 5 years The above Public record is also accessible at this link:**

https://web.archive.org/web/20110515000000*/http://trumpestates.com



**Internet Archive Database: Appearance of http://trumpestates.com on January 28, 2011 displaying lack of actual use and that the domain name was offered for sale**

**The above Public record is also accessible at this link: https://web.archive.org/web/20110128084858/http://trumpestates.com/**

**Internet Archive Database: Appearance of http://trumpestates.com on February 21, 2011 displaying lack of actual use and that the domain name was offered for sale**

**The above Public record is also accessible at this link: https://web.archive.org/web/20110221145947/http://www.trumpestates.com/**



**Internet Archive Database: Appearance of http://trumpestates.com on June 29, 2011 displaying lack of actual use and that the domain name was offered for sale.**

**The above Public record is also accessible at this link: https://web.archive.org/web/20110629125647/http://www.trumpestates.com/**



**Internet Archive Database: Appearance of http://trumpestates.com on April 24, 2011 displaying lack of actual use and that the domain name was offered for sale.**

**The above Public record is also accessible at this link: https://web.archive.org/web/20110424203002/http://www.trumpestates.com/**

INTERNET ARCHIVE
WayBackMachine

http://www.trumpestates.com/   Go

**19 captures**
20 Sep 04 - 1 Feb 15

JUN  JAN  MAY
◀ **11** ▶
2010 **2012** 2013

2012 Presidential Candidate vote for Scott Allen Meek Stephens

# www.RuVisual.com

# Trump Estates

## This Domain name is for sale @

**Click Here** →  eBayNot.com ← CLICK HERE

## www.TrumpEstates.com

## could be just about anything

## you can imagine

2012

THIS SITE IS
MAINTAINED BY
eBayNot.com

This site was updated January 8th, 2012
and can be found on these major search engines

GOOGLE  BING  AOL  HOT BOT  MSN  LYCOS  ASK JEEVES  MAMMA
YAHOO  WEB CRAWLER  ALTA VISTA  LOOKSMART

Please donate to this website
http://www.CNAIPinc.com

### ALL THE DOMAINS LISTED BELOW ARE FOR SALE



## www.eBayNot.com

Internet Archive Database: Appearance of http://trumpestates.com on January 11, 2012 displaying lack of actual use and that the domain name was offered for sale.
The above Public record is also accessible at this link: https://web.archive.org/web/20120111215448/http://www.trumpestates.com/



## Trump Estates
### This Domain name is for sale @



Click Here

CLICK HERE

### www.TrumpEstates.com

could be just about anything you can imagine

# www.RuVisual.com



Campaign Contributions          JOIN OUR TEAM

Bill of Rights

United States Constitution                    News & Articles

Declaration Of Independence

                                              Site Map

HEMP FOR VICTORY

Vote 2012 Scott Allen Meek Stephens      Contact Us   HOME

2012 Presidential Candidate VOTE for Scott Allen Meek Stephens
### HEMP FOR VICTORY

THIS SITE IS
MAINTAINED BY
EBOYNOT.COM

This site was updated January 20th, 2012
and can be found on these major search engines

GOOGLE  BING  AOL  HOT BOT  MSN  LYCOS  ASK JEEVES  MAMMA
YAHOO WEB CRAWLER ALTA VISTA LOOKSMART

**Internet Archive Database: Appearance of http://trumpestates.com on May 30, 2012 displaying lack of actual use and that the domain name was offered for sale.**
**The above Public record is also accessible at this link: https://web.archive.org/web/20120530082225/http://www.trumpestates.com/**



**Internet Archive Database: Appearance of http://trumpestates.com on April 11, 2013 displaying lack of actual use and that the domain name was offered for sale. THIS ALSO SHOWS THAT RESPONDENT HAS PERSONAL KNOWLEDGE OF DONALD TRUMP.**
**The above Public record is also accessible at this link: https://web.archive.org/web/20130613034149/http://www.trumpestates.com/**



**Internet Archive Database: Appearance of http://trumpestates.com on June 13, 2013 displaying lack of actual use and that the domain name was offered for sale.**



**Internet Archive Database: Appearance of** http://trumpestates.com **on July 21, 2013 displaying lack of actual use and that the domain name was offered for sale.**







**Internet Archive Database: Appearance of** http://trumpestates.com **on July 27, 2013 displaying lack of actual use and that the domain name was offered for sale. The above Public record is also accessible at this link:**
https://web.archive.org/web/20130727225320/http://www.trumpestates.com/





**Internet Archive Database:** Appearance of http://trumpestates.com on January 3, 2014 displaying lack of actual use and that the domain name was offered for sale.

**The above Public record is also accessible at this link:** https://web.archive.org/web/20140103160228/http://trumpestates.com/



**Internet Archive Database: Appearance of http://trumpestates.com on July 19, 2014 displaying lack of actual use and that the domain name was offered for sale.**

**The above Public record is also accessible at this link: https://web.archive.org/web/20140719031240/http://www.trumpestates.com/**



**Internet Archive Database: Appearance of http://trumpestates.com on December 18, 2014 displaying lack of actual use and that the domain name was offered for sale.**

**The above Public record is also accessible at this link: https://web.archive.org/web/20141218102847/http://trumpestates.com/**



**Internet Archive Database: Appearance of http://trumpestates.com on February 1, 2015 displaying lack of actual use and that the domain name was offered for sale.**
**The above Public record is also accessible at this link: https://web.archive.org/web/20150201143506/http://www.trumpestates.com/**

**EXHIBIT O**



**Trump Estates .com**
could be just about anything you can imagine
is FOR SALE EXCLUSIVELY @





**this site was updated February 19th, 2015**

**GOOGLE BING AOL HOT BOT MSN LYCOS ASK JEEVES MAMMA
YAHOO WEB CRAWLER ALTA VISTA LOOKSMART**

| | *WEBSITES FOR SALE, RENT, TRADE or PARTNER*<br>*ONLY @ ScottNot.com*<br>**LISTED BELOW IN ALPHABETICAL ORDER** | |
|---|---|---|
| Make Offer | **13Doctors.com** | Submit Offer Here |
| Make Offer | **1800HempUSA.com** | Submit Offer Here |
| Make Offer | **420Cigarettes.com** | Submit Offer Here |
| Make Offer | **420Cigs.com** | Submit Offer Here |
| Make Offer | **420Drugs.com** | Submit Offer Here |
| Make Offer | **420Face.com** | Submit Offer Here |
| Make Offer | **420Frosty.com** | Submit Offer Here |
| Make Offer | **420Tobacco.com** | Submit Offer Here |
| | | |
| Make Offer | **B4HP.com** | Submit Offer Here |
| **SOLD** | **B4IN.com** | **SOLD** |
| | | |
| Make Offer | **CafeGanja.com** | Submit Offer Here |
| Make Offer | **CoffeeFreezers.com** | Submit Offer Here |
| Make Offer | **Coffeepopsicles.com** | Submit Offer Here |
| | | |
| Make Offer | **DankHemp.com** | Submit Offer Here |
| Make Offer | **Digya.com** | Submit Offer Here |
| Make Offer | **DJ420.com** | Submit Offer Here |
| Make Offer | **DJCrafty.com** | Submit Offer Here |
| Make Offer | **DJGanja.com** | Submit Offer Here |
| Make Offer | **DJGigity.com** | Submit Offer Here |
| Make Offer | **DJWeed.com** | Submit Offer Here |

| Make Offer | **DonateRVs.com** | Submit Offer Here |
| Make Offer | **DonateRVs.org** | Submit Offer Here |
| | | |
| Make Offer | **eBayNot.com** | Submit Offer Here |
| Make Offer | **EliteToGo.com** | Submit Offer Here |
| | | |
| Make Offer | **FederalHemp.com** | Submit Offer Here |
| Make Offer | **FinishedAbs.com** | Submit Offer Here |
| Make Offer | **FinishedBod.com** | Submit Offer Here |
| Make Offer | **FinishedChest.com** | Submit Offer Here |
| Make Offer | **FirstHemp.com** | Submit Offer Here |
| Make Offer | **FirstHempBank.com** | Submit Offer Here |
| Make Offer | **Frosty420.com** | Submit Offer Here |
| Make Offer | **Frozencoffeepops.com** | Submit Offer Here |
| | | |
| Make Offer | **GanjaBrews.com** | Submit Offer Here |
| Make Offer | **GanjaBusiness.com** | Submit Offer Here |
| Make Offer | **GanjaCigs.com** | Submit Offer Here |
| Make Offer | **GanjaDrinks.com** | Submit Offer Here |
| Make Offer | **GanjaFarms.com** | Submit Offer Here |
| Make Offer | **GanjaHead.com** | Submit Offer Here |
| Make Offer | **GanjaSnacks.com** | Submit Offer Here |
| Make Offer | **GlobalHempBank.com** | Submit Offer Here |
| Make Offer | **GoogleTex.com** | Submit Offer Here |
| Make Offer | **GourmetHemp.com** | Submit Offer Here |
| | | |
| Make Offer | **Hemp2000.com** | Submit Offer Here |

| Make Offer | Hemp3.com | Submit Offer Here |
|---|---|---|
| Make Offer | HempBathOils.com | Submit Offer Here |
| Make Offer | HempBev.com | Submit Offer Here |
| Make Offer | HempBio.com | Submit Offer Here |
| Make Offer | HempBikini.com | Submit Offer Here |
| Make Offer | HempBizarre.com | Submit Offer Here |
| Make Offer | HempBoom.com | Submit Offer Here |
| Make Offer | HempBrews.com | Submit Offer Here |
| Make Offer | Hemp-Business.com | Submit Offer Here |
| Make Offer | HempCake.com | Submit Offer Here |
| Make Offer | HempCats.com | Submit Offer Here |
| Make Offer | HempCoats.com | Submit Offer Here |
| Make Offer | HempColognes.com | Submit Offer Here |
| Make Offer | HempCrafters.com | Submit Offer Here |
| Make Offer | HempDecor.com | Submit Offer Here |
| Make Offer | HempDecorations.com | Submit Offer Here |
| Make Offer | HempDishes.com | Submit Offer Here |
| Make Offer | HempDoctors.com | Submit Offer Here |
| Make Offer | HempDrinks.com | Submit Offer Here |
| Make Offer | HempDrugs.com | Submit Offer Here |
| Make Offer | HempEmperor.com | Submit Offer Here |
| Make Offer | HempEssential.com | Submit Offer Here |
| Make Offer | HempFitters.com | Submit Offer Here |
| Make Offer | HempFlavors.com | Submit Offer Here |
| Make Offer | HempFranchise.com | Submit Offer Here |
| Make Offer | HempGarments.com | Submit Offer Here |
| Make Offer | HempGlycerin.com | Submit Offer Here |
| Make Offer | | Submit Offer Here |

| | HempGods.com | |
|---|---|---|
| Make Offer | HempGourmet.com | Submit Offer Here |
| Make Offer | HempGrains.com | Submit Offer Here |
| Make Offer | HempHogs.com | Submit Offer Here |
| Make Offer | HempHops.com | Submit Offer Here |
| Make Offer | Hempinks.com | Submit Offer Here |
| Make Offer | HempKini.com | Submit Offer Here |
| Make Offer | HempMerchandise.com | Submit Offer Here |
| Make Offer | HempMills.com | Submit Offer Here |
| Make Offer | HempMotors.com | Submit Offer Here |
| Make Offer | HempNaturals.com | Submit Offer Here |
| Make Offer | Hempoos.com | Submit Offer Here |
| Make Offer | HempRags.com | Submit Offer Here |
| SOLD | HempSeedBank.com | SOLD |
| Make Offer | HempSeedFactory.com | Submit Offer Here |
| Make Offer | HempSeedFarms.com | Submit Offer Here |
| Make Offer | HempSplash.com | Submit Offer Here |
| Make Offer | HempStationery.com | Submit Offer Here |
| Make Offer | HempStud.com | Submit Offer Here |
| Make Offer | HempTini.com | Submit Offer Here |
| Make Offer | HempTonic.com | Submit Offer Here |
| Make Offer | HempTonics.com | Submit Offer Here |
| Make Offer | HempTrades.com | Submit Offer Here |
| Make Offer | HempTronics.com | Submit Offer Here |
| Make Offer | HempTropic.com | Submit Offer Here |
| Make Offer | HempTropics.com | Submit Offer Here |
| | | |
| Make Offer | JoesHemp.com | Submit Offer Here |

| Make Offer | **JoseHemp.com** | **Submit Offer Here** |
|---|---|---|
| | | |
| Make Offer | **ModelingModels.com** | **Submit Offer Here** |
| | | |
| Make Offer | **NativeHemp.com** | **Submit Offer Here** |
| Make Offer | **NYHemp.com** | **Submit Offer Here** |
| | | |
| Make Offer | **OHSeeds.com** | **Submit Offer Here** |
| Make Offer | **OrganicGrows.com** | **Submit Offer Here** |
| | | |
| Make Offer | **ReGrowAmerica.com** | **Submit Offer Here** |
| Make Offer | **RuVisual.com** | **Submit Offer Here** |
| Make Offer | **RxPot2u.com** | **Submit Offer Here** |
| | | |
| Make Offer | **ScottMeek.com** | **Submit Offer Here** |
| Make Offer | **ScottNOT.com** | **Submit Offer Here** |
| Make Offer | **ScottStephens.info** | **Submit Offer Here** |
| Make Offer | **ScottStephens.org** | **Submit Offer Here** |
| Make Offer | **Shempoos.com** | **Submit Offer Here** |
| Make Offer | **SoundsRus.com** | **Submit Offer Here** |
| Make Offer | **SPYiTEMS.com** | **Submit Offer Here** |
| Make Offer | **STuFFnPuFF.com** | **Submit Offer Here** |
| Make Offer | **SupportHeroes.com** | **Submit Offer Here** |
| Make Offer | **SydStephens.com** | **Submit Offer Here** |
| | | |
| Make Offer | **TextileHemp.com** | **Submit Offer Here** |
| Make Offer | **TrichomeTech.com** | **Submit Offer Here** |

2/27/2015
TrumpEstates.com domain name website for sale from 8/TrumpEstates.com & mus.0266d
Case 1:15-cv-02217-ENV-LB Document 23 Filed 08/01/16 Page 228 of 266 PageID #: 716

| Make Offer | **TrumpEstates.com** | Submit Offer Here |
| --- | --- | --- |
| | | |
| Make Offer | **WoodstockWorldTour.com** | Submit Offer Here |
| Make Offer | **WorldHempBank.com** | Submit Offer Here |
| | | |
| Make Offer | **YuppiesRus.com** | Submit Offer Here |
| | | |

This site is driven by the 1st Amendment of what is left of the
Constitution of the United States of America.
**All Rights Reserved, including copyrights & trademarks, 1972-2010 CNAIP Inc.**
**The information and articles on this website are given freely here in this context, but to use it elsewhere without compensation is stealing.**
**Stealing is bad. It gives you headaches and your teeth fall out.**
**Don't do it!**

© 1972 - 2010 Council for Native American Indian Progress, Inc. All rights reserved including service marks
of the Council for Native American Indian Progress, Inc.
The other marks which appear on this Web Site may be marks
of third parties that are not affiliated with
C.N.A.I.P.Inc. and its affiliates do not control or
endorse the content of third party Web Sites.

**All Rights Reserved, including copyrights & trademarks, © 2015 ScottNot.com**
**The information and articles on this website are given freely here in this context,**
**but to use it elsewhere without compensation is stealing.**
**Stealing is bad. It gives you headaches and your teeth fall out.**
**Don't do it!**
Third Party marks which appear on this Web Site may or may not be affiliated
with ScottNot.com and its affiliates do not control or endorse the content of third party Web Sites.
Make our Lawyers Happy...VardanLaw.com

**EXHIBIT P**

1/10

3/17/2015

top 10 ten url auction Auctions buy sell rent domains domain sales webmasters websites built



**Advertise with us**

**24/7 Sales and Support**
**(909) 581 - 9701**

This site was updated
March 14th, 2015

As an Advertising Agency we can help your company gain the proper identification in the marketing world. If your Company seeks help with SEO, Search Engine Marketing, Company Branding, Logos, Graphics, Editing Digital or Analog, Audio and or Video, Mixing, Remixing, Mastering, Remastering or any of the other details involved with campaigning a product or idea, then, ScottNot is your answer!

We are a conglomeration of many trades rolled up into one entity.

http://www.scottnot.com/

top 10 ten url auction Auctions buy sell rent domains domain sales webmasters websites built

We offer the skills, knowledge and technology of today and the future to you yesterday. *"Figuratively speaking of course".*

We generally start by getting to know the client personally.

We offer many different types of structured marketing strategies to each of our clients.

We will do an entire profile on your company, your product and your ideas.

We will then help you devise an all inclusive website that may feature streaming media from a variety of formats to video clips of commercials and infomercials or a complete 2 hour documentary with a script or whatever you can dream up.

We can also offer you and your company qualified live technical support and train you to run your own website without any compromise to your security or your business.

Through our Consulting we may also provide you and or your business competitive hosting and domain registration fees.

ScottNot.com Co Hosts through a variety of different servers to ensure greater exposure over the internet and we offer many different hosting plans.

ScottNot.com also shares the comfort and security of knowing that if a server is down anywhere in the world our databases can be restored in a matter of minutes on another server thousands of miles away. Our hosting Affiliates are in Los Angeles California, New York City, Chicago Illinois, Miami Florida, Kingston Jamaica and Tokyo Japan.

**ScottNot.com has 100,000's of Tera-bytes of Server Space for Audio/ Video Streaming and Net Broadcasting.**

**For TOP 10 Ranks and NOT Blank !!!**

**ScottNot.com is the place for Your Business to GROW!!!**

Our method of search engine placement is far reaching
We can get you on the top 10 (ten) of these search engines.

GOOGLE AOL HOT BOT MSN LYCOS          MAMMA YAHOO

EXCITE                ASK

WEB CRAWLER          ALTA VISTA LOOKSMART BING

VardanLaw.com

3/10

3/17/2015

top 10 ten url auction Auctions buy sell rent domains domain sales webmasters websites built



Buy Domains | Sell Domain | Rent Domains | Appraisal
Web Services | Branding LOGOs | About Us | e-Mail us | Business Services | HOME



Check out this News Article on Sunday March 1st 2015 New York Post
http://nypost.com/2015/03/01/donald-trump-fighting-for-domain-name-of-future-development/?
utm_campaign=SocialFlow&utm_source=NYPFacebook&utm_medium=SocialFlow



TrumpEstates.com

http://www.scottrot.com/

top 10 ten url auction Auctions buy sell rent domains domain sales webmasters websites built

3/17/2015

4/10

## WEBSITES FOR SALE, RENT, TRADE or PARTNER
## ONLY @ ScottNot.com
### LISTED BELOW IN ALPHABETICAL ORDER

| Domain | Status |
|---|---|
| 13Doctors.com | Submit Offer Here / Make Offer |
| 1800HempUSA.com | Submit Offer Here / Make Offer |
| 420Cigarettes.com | Submit Offer Here / Make Offer |
| 420Cigs.com | Submit Offer Here / Make Offer |
| 420Drugs.com | Submit Offer Here / Make Offer |
| 420Face.com | Submit Offer Here / Make Offer |
| 420Frosty.com | Submit Offer Here / Make Offer |
| 420Tobacco.com | Submit Offer Here / Make Offer |
| | |
| B4HP.com | Submit Offer Here / Make Offer |
| B4IN.com | SOLD / SOLD |
| | |
| CafeGanja.com | Submit Offer Here / Make Offer |
| CoffeeFreezers.com | Submit Offer Here / Make Offer |
| CoffeePopsicles.com | Submit Offer Here / Make Offer |
| | |
| DankHemp.com | Submit Offer Here / Make Offer |
| Digya.com | Submit Offer Here / Make Offer |
| DJ420.com | Submit Offer Here / Make Offer |
| DJCrafty.com | Submit Offer Here / Make Offer |
| DJGanja.com | Submit Offer Here / Make Offer |
| DJGigity.com | Submit Offer Here / Make Offer |
| DJWeed.com | Submit Offer Here / Make Offer |
| DonateRVs.com | Submit Offer Here / Make Offer |
| DonateRVs.org | Submit Offer Here / Make Offer |
| | |
| eBayNot.com | Submit Offer Here / Make Offer |
| EliteToGo.com | Submit Offer Here / Make Offer |

3/17/2015

top 10 ten url auction Auctions buy sell rent domains domain sales webmasters websites built

| Make Offer | FederalHemp.com | Submit Offer Here |
|---|---|---|
| Make Offer | FinishedAbs.com | Submit Offer Here |
| Make Offer | FirstHemp.com | Submit Offer Here |
| Make Offer | FirstHempBank.com | Submit Offer Here |
| Make Offer | Frosty420.com | Submit Offer Here |
| | | |
| Make Offer | GanjaBrews.com | Submit Offer Here |
| Make Offer | GanjaBusiness.com | Submit Offer Here |
| Make Offer | GanjaCigs.com | Submit Offer Here |
| | | |
| Make Offer | GanjaDrinks.com | Submit Offer Here |
| | | |
| Make Offer | GanjaFarms.com | Submit Offer Here |
| Make Offer | GanjaHead.com | Submit Offer Here |
| Make Offer | GanjaSnacks.com | Submit Offer Here |
| Make Offer | GlobalHempBank.com | Submit Offer Here |
| Make Offer | GoogleTex.com | Submit Offer Here |
| Make Offer | GourmetHemp.com | Submit Offer Here |
| | | |
| Make Offer | Hemp2000.com | Submit Offer Here |
| Make Offer | Hemp3.com | Submit Offer Here |
| Make Offer | HempBathOils.com | Submit Offer Here |
| Make Offer | HempBev.com | Submit Offer Here |
| Make Offer | HempBio.com | Submit Offer Here |
| Make Offer | HempBikini.com | Submit Offer Here |
| Make Offer | HempBizarre.com | Submit Offer Here |
| Make Offer | HempBoom.com | Submit Offer Here |
| Make Offer | HempBrews.com | Submit Offer Here |
| Make Offer | Hemp-Business.com | Submit Offer Here |
| Make Offer | HempCake.com | Submit Offer Here |
| Make Offer | HempCats.com | Submit Offer Here |
| Make Offer | HempCoats.com | Submit Offer Here |
| Make Offer | HempColognes.com | Submit Offer Here |
| Make Offer | HempCrafters.com | Submit Offer Here |
| Make Offer | HempDecor.com | Submit Offer Here |

top 10 ten url auction Auctions buy sell rent domains domain sales webmasters websites built

| | | |
|---|---|---|
| Make Offer | HempDecorations.com | Submit Offer Here |
| Make Offer | HempDishes.com | Submit Offer Here |
| Make Offer | HempDoctors.com | Submit Offer Here |
| Make Offer | HempDrinks.com | Submit Offer Here |
| Make Offer | HempDrugs.com | Submit Offer Here |
| Make Offer | HempEmperor.com | Submit Offer Here |
| Make Offer | HempEssential.com | Submit Offer Here |
| Make Offer | HempFitters.com | Submit Offer Here |
| Make Offer | HempFlavors.com | Submit Offer Here |
| Make Offer | HempFranchise.com | Submit Offer Here |
| Make Offer | HempGarments.com | Submit Offer Here |
| Make Offer | HempGlycerin.com | Submit Offer Here |
| Make Offer | HempGods.com | Submit Offer Here |
| Make Offer | HempGourmet.com | Submit Offer Here |
| Make Offer | HempGrains.com | Submit Offer Here |
| Make Offer | HempHogs.com | Submit Offer Here |
| Make Offer | HempHops.com | Submit Offer Here |
| Make Offer | Hempinks.com | Submit Offer Here |
| Make Offer | HempKini.com | Submit Offer Here |
| Make Offer | HempMerchandise.com | Submit Offer Here |
| Make Offer | HempMills.com | Submit Offer Here |
| Make Offer | HempMotors.com | Submit Offer Here |
| Make Offer | HempNaturals.com | Submit Offer Here |
| Make Offer | Hempoos.com | Submit Offer Here |
| Make Offer | HempRags.com | Submit Offer Here |
| SOLD | HempSeedBank.com | SOLD |
| Make Offer | HempSeedFactory.com | Submit Offer Here |
| Make Offer | HempSeedFarms.com | Submit Offer Here |
| Make Offer | HempSplash.com | Submit Offer Here |
| Make Offer | HempStationery.com | Submit Offer Here |
| Make Offer | HempStud.com | Submit Offer Here |
| Make Offer | HempTini.com | Submit Offer Here |
| Make Offer | HempTonic.com | Submit Offer Here |

top 10 ten url auction Auctions buy sell rent domains domain sales webmasters websites built

| | Domain | |
|---|---|---|
| Make Offer | HempTonics.com | Submit Offer Here |
| Make Offer | HempTrades.com | Submit Offer Here |
| Make Offer | HempTronics.com | Submit Offer Here |
| Make Offer | HempTropic.com | Submit Offer Here |
| Make Offer | HempTropics.com | Submit Offer Here |
| Make Offer | JoesHemp.com | Submit Offer Here |
| Make Offer | JoseHemp.com | Submit Offer Here |
| Make Offer | ModelingModels.com | Submit Offer Here |
| Make Offer | NativeHemp.com | Submit Offer Here |
| Make Offer | NYHemp.com | Submit Offer Here |
| Make Offer | OHSeeds.com | Submit Offer Here |
| Make Offer | OrganicGrows.com | Submit Offer Here |
| Make Offer | ReGrowAmerica.com | Submit Offer Here |
| Make Offer | RuVisual.com | Submit Offer Here |
| Make Offer | RxPot2u.com | Submit Offer Here |
| Make Offer | ScottMeek.com | Submit Offer Here |
| Make Offer | ScottNOT.com | Submit Offer Here |
| Make Offer | ScottStephens.info | Submit Offer Here |
| Make Offer | ScottStephens.org | Submit Offer Here |
| Make Offer | Shempoos.com | Submit Offer Here |
| Make Offer | SoundsRus.com | Submit Offer Here |
| Make Offer | SPYITEMS.com | Submit Offer Here |
| Make Offer | STuFFnPuFF.com | Submit Offer Here |
| Make Offer | SupportHeroes.com | Submit Offer Here |
| Make Offer | TextileHemp.com | Submit Offer Here |
| Make Offer | TrichomeTech.com | Submit Offer Here |
| Make Offer | TrumpUAE.com | Submit Offer Here |

3/17/2015

top 10 ten url auction Auctions buy sell rent domains domain sales webmasters websites built

| Make Offer | **TrumpEstates.com** | Submit Offer Here |
| Make Offer | **WoodstockWorldTour.com** | Submit Offer Here |
| Make Offer | **WorldHempBank.com** | Submit Offer Here |
| Make Offer | **YuppiesRus.com** | Submit Offer Here |







3/17/2015

top 10 ten url auction Auctions buy sell rent domains domain sales webmasters websites built



# www.RuVisual.com

Campaign Contributions    JOIN OUR TEAM

Bill of Rights    ONCE UPON A TIME

United States Constitution

Declaration Of Independence    Site Map

**HEMP FOR VICTORY**

Vote 2016 Scott Allen Meek Stephens    Contact Us    HOME

2016 Presidential Candidate VOTE for Scott Allen Meek Stephens

**HEMP FOR VICTORY**

*Buy Domains | Sell Domain | Rent Domains | Appraisal*
*Web Services | Branding LOGOs | About Us | e-Mail us | Business Services | HOME*

**All Rights Reserved, including copyrights & trademarks, © 2015 ScottNot.com**

http://www.scottnot.com/

top 10 ten url auction Auctions buy sell rent domains domain sales webmasters websites built

**The information and articles on this website are given freely here in this context, but to use it elsewhere without compensation is stealing. Stealing is bad. It gives you headaches and your teeth fall out. Don't do it!**

Third Party marks which appear on this Web Site may or may not be affiliated with ScottNot.com and its affiliates do not control or endorse the content of third party Web Sites. Make our Lawyers Happy… VardanLaw.com

easyWhois: Lookup Domain Whois Records and Research DNS Information

1/3

# easywhois

scottnot.com

Whois Lookup

Whois Lookup

DNS Information Lookup

IP Address Lookup

What is my IP Address?

The following domains are available:
scottnot.ca   scottnot.net   scottnot.org

## SCOTTNOT.COM whois record

Domain Name: SCOTTNOT.COM
Registrar WHOIS Server: whois.misk.com
Registrar URL: https://www.misk.com
Updated Date: 2015-03-08T00:02:23Z
Creation Date: 2011-11-12T15:12:45Z
Registrar Registration Expiration Date: 2015-11-12T00:00:00Z
Registrar: Misk.com, Inc.
Registrar IANA ID: 401

Registrar Abuse Contact Email:  abuse@misk.com
Registrar Abuse Contact Phone: +1.8458964602
Domain Status: clientTransferProhibited
Registrant Name: Scott Stephens
Registrant Organization: Scott Stephens
Registrant Street: 13047 benson ave
Registrant City: chino
Registrant State/Province: ca
Registrant Postal Code: 91710

3/17/2015

easyWhois: Lookup Domain Whois Records and Research DNS Information

Registrant Country: United States
Registrant Phone: +1.9095819701
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:

Registrant Email: ie@ebaynot.com
Admin Name: Scott Stephens
Admin Organization: Scott Stephens
Admin Street: 13047 benson ave
Admin City: chino
Admin State/Province: ca
Admin Postal Code: 91710
Admin Country: United States
Admin Phone: +1.9095819701
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:

Admin Email: ie@ebaynot.com
Tech Name: Scott Stephens
Tech Organization: Scott Stephens
Tech Street: 13047 benson ave
Tech City: chino
Tech State/Province: ca
Tech Postal Code: 91710
Tech Country: United States
Tech Phone: +1.9095819701
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:

Tech Email: ie@ebaynot.com
Name Server: NS11.IXWEBHOSTING.COM
Name Server: NS12.IXWEBHOSTING.COM
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2015-03-17T19:58:53Z

TERMS OF USE:
The Data in the Misk.com Registrar WHOIS database is provided to you by
Misk.com
for information purposes only, and may be used to assist you in obtaining
information about or related to a domain name's registration record.

You agree that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to allow, enable, or otherwise support:
(a) the transmission of unsolicited advertising
and solicitations of any kind, including spam; or
(b) high volume, automated, electronic processes

https://www.easywhois.com/

2/3

3/3

3/17/2015

easyWhois: Lookup Domain Whois Records and Research DNS Information

that collect or compile this data for any purpose.

The compilation, repackaging, dissemination, or other use of this Data is expressly prohibited without the prior written consent of Misk.com.

Misk.com makes this information available "as is," and does not guarantee its accuracy.

Misk.com reserves the right to terminate your access to the Misk.com WHOIS database in its sole discretion, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by this policy.

Misk.com reserves the right to modify these terms at any time.

By submitting this query, you agree to abide by these terms.

© 1999 - 2015 easyDNS Technologies Inc.    No Front Running Policy

**EXHIBIT Q**

3/17/2015

# How to Buy a Domain or Website

To make an offer on our auction inventory simply search for Domain names, Web sites or Internet-based businesses for sale on our site and submit an offer OR call us at (909) 581 9701

After making an offer, we will forward it to the seller and notify you whether your offer has been accepted, rejected or if there is a counter offer.
Once an offer has been submitted we will then place a 14 "fourteen" day hold / grace period for the said domain name to accept a counter offer. If after the 14 " fourteen day hold noone offers a higher amount and your offer is accepted, you will be emailed a purchase contract and detailed escrow instructions to sign, similar to those used in a real estate or business opportunity transaction.

### How long does it take to transfer a domain name?

Domain names can take up to 72 hours for propagation of transfer from our Registrar to yours.
Once full payment has cleared, we will transfer your new domain name and DNS records to your desired Registrar within 24 hours. Maximum transfer may take up to 96 hours from time payment clears.

### Can I buy and use a domain name that is
### a trademark of someone else?

It very much depends on the specifics. For example, if Compaq bought apple.com, legal precedent indicates that the court would likely require Compaq to release apple.com to Apple Computers. If, however, an apple farmer bought apple.com to sell fruit over the Internet, Apple Computer would likely have less of a claim. We highly recommend that you read Internic's policy on domain name ownership.

### The domain name I want is not included in your inventory.
### What should I do?

If your requested domain name is available, we can register it and create and host your Web pages at very reasonable rates per year per domain name. If you do register your new domain name through this site, registration fees are $24.00 US Dollars for the first two years upon the sale of this domain name through ScottNot.com. If the name is not available, Make an Offer, and we will contact the owner of the domain name and attempt to negotiate the sale of the name, but expect that the owner will likely charge a significant premium to release the name.

### ALL SALES ARE FINAL, NO RETURNS, REFUNDS OR EXCHANGES

**Buy Domains** | **Sell Domain** | **Rent Domains** | **Appraisal**
**Web Services** | **Branding LOGOs** | **About Us** | **e-Mail us** | **Business Services** | **HOME**

**All Rights Reserved, including copyrights & trademarks, © 2015 ScottNot.com**
**The information and articles on this website are given freely here in this context,**
**but to use it elsewhere without compensation is stealing.**
**Stealing is bad. It gives you headaches and your teeth fall out.**
**Don't do it!**
Third Party marks which appear on this Web Site may or may not be affiliated
with ScottNot.com and its affiliates do not control or endorse the content of third party Web Sites.
Make our Lawyers Happy…VardanLaw.com

Case 1:15-cv-02217-ENV-LB   Document 25   Filed 08/01/16   Page 246 of 266 PageID #: 734



scottnot.com

Whois Lookup

Whois Lookup

DNS Information Lookup

IP Address Lookup

What is my IP Address?

The following domains are available:
scottnot.ca    scottnot.net    scottnot.org

## SCOTTNOT.COM whois record

Domain Name: SCOTTNOT.COM
Registrar WHOIS Server: whois.misk.com
Registrar URL: https://www.misk.com
Updated Date: 2015-03-08T00:02:23Z
Creation Date: 2011-11-12T15:12:45Z
Registrar Registration Expiration Date: 2015-11-12T00:00:00Z
Registrar: Misk.com, Inc.
Registrar IANA ID: 401

Registrar Abuse Contact Email: abuse@misk.com
Registrar Abuse Contact Phone: +1.8458964602
Domain Status: clientTransferProhibited
Registrant Name: Scott Stephens
Registrant Organization: Scott Stephens
Registrant Street: 13047 benson ave
Registrant City: chino
Registrant State/Province: ca
Registrant Postal Code: 91710

Case 1:15-cv-02217-ENV-LB　Document 25　Filed 08/01/16　Page 247 of 266 PageID #: 735

Registrant Country: United States
Registrant Phone: +1.9095819701
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:

Registrant Email: ie@ebaynot.com
Admin Name: Scott Stephens
Admin Organization: Scott Stephens
Admin Street: 13047 benson ave
Admin City: chino
Admin State/Province: ca
Admin Postal Code: 91710
Admin Country: United States
Admin Phone: +1.9095819701
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:

Admin Email: ie@ebaynot.com
Tech Name: Scott Stephens
Tech Organization: Scott Stephens
Tech Street: 13047 benson ave
Tech City: chino
Tech State/Province: ca
Tech Postal Code: 91710
Tech Country: United States
Tech Phone: +1.9095819701
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:

Tech Email: ie@ebaynot.com
Name Server: NS11.IXWEBHOSTING.COM
Name Server: NS12.IXWEBHOSTING.COM
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2015-03-17T19:58:53Z

TERMS OF USE:
The Data in the Misk.com Registrar WHOIS database is provided to you by
Misk.com
for information purposes only, and may be used to assist you in obtaining
information about or related to a domain name's registration record.

You agree that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to allow, enable, or otherwise support:
(a) the transmission of unsolicited advertising
and solicitations of any kind, including spam; or
(b) high volume, automated, electronic processes

Case 1:15-cv-02217-ENV-LB   Document 25   Filed 08/01/16   Page 248 of 266 PageID #: 736

that collect or compile this data for any purpose.

The compilation, repackaging, dissemination, or other use of this Data is expressly prohibited without the prior written consent of Misk.com.

Misk.com makes this information available "as is," and does not guarantee its accuracy.

Misk.com reserves the right to terminate your access to the Misk.com WHOIS database in its sole discretion, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by this policy.

Misk.com reserves the right to modify these terms at any time.

By submitting this query, you agree to abide by these terms.

© 1999 - 2015  easyDNS Technologies Inc.   No Front Running Policy

**EXHIBIT R**



**Alan Garten**
Executive Vice President
and General Counsel
(212) 836-3203
agarten@trumporg.com

## CEASE & DESIST DEMAND

February 25, 2015

**Via E-mail and Overnight Courier**
Scott Stephens
Cnaip Inc.
13 Bach Road
Saugerties, NY 12477
Email: ie@ebaynot.com

Re:     *TRUMPESTATES.COM – Trademark Infringement*

Dear Mr. Stephens:

I am General Counsel to The Trump Organization and Donald J. Trump, the well-known businessman, real estate developer, star of the television show *The Apprentice* and registered owner of the trademark Trump®. As such, I write to demand that you immediately cease and desist from engaging in any further use of the domain name TRUMPESTATES.COM (the "**Domain Name**").

As I am sure you are aware, the Trump® name is internationally known and famous as a result of Mr. Trump's long, extensive, and high-profile business and entertainment related activities. Mr. Trump is the owner of the Trump® name as a trademark, as well as hundreds of additional trademarks that incorporate the Trump® name, all of which we scrupulously protect.

With this background in mind, it has come to our attention that you have registered the Domain Name TRUMPESTATES.COM. Please be advised that the unauthorized use of this Domain Name infringes upon Mr. Trump's common law and statutory trademark rights in that the name Trump® is protected by U.S. Trademark Registration No. 3,526,411. Indeed, the Trump® trademark has even been declared "incontestable" by the U.S. Patent and Trademark Office pursuant to §1065 of the U.S. Trademark Act (15 U.S.C. § 1065). As such, your use of the Domain Name constitutes a violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), entitling Mr. Trump to recover (i) your profits, (ii) any damages sustained by Mr. Trump, and (iii) the costs of bringing an action against you (which may be tripled by the reviewing court).

Your registration (and use) of the Domain Name also constitutes cyber-piracy in violation of the U.S. Anti-Cybersquatting Consumer Protection Act, 15. U.S.C. § 1125(d). Like the Lanham Act, under Anti-Cybersquatting Act, any person who, in bad faith, registers a domain name that

In short, Mr. Trump considers this to be a very serious matter and has authorized our legal team to take all necessary and appropriate actions to bring an immediate halt to your blatant and unauthorized use of his trademark.   In the interest of avoiding what will certainly be a costly litigation process for you, we are prepared to offer you the one-time opportunity to rectify this matter by providing us with your prompt written assurances, to be received no later than **March 2, 2015**, that:

> (i)      you have immediately ceased all uses of Mr. Trump's name and the Trump® trademark; and

> (ii)      you agree not to associate Mr. Trump's name and/or the Trump® trademark with you or your commercial activities in any way, at any point in the future; and

> (iii)      you will immediately transfer your infringing Domain Name to my client.

If we do not receive these assurances by the aforesaid date, we will pursue all remedies available to us at law or in equity against you.

I look forward to your prompt written response.

Very truly yours,

Alan Garten

2

**EXHIBIT S**

Case 1:15-cv-02217-ENV-LB Document 25 Filed 08/01/16 Page 253 of 266 PageID #: 741

**IN THE NEWS:**    MARCH MADNESS    ST. PATRICK'S DAY    ROBERT DURST    HILLARY CLINTON    VLADIMIR PUTIN

HOME    SECTIONS    SEARCH                                                 FOLLOW    SUBSCRIBE    SIGN IN

REAL ESTATE

# Donald Trump fighting for domain name of future development

By Isabel Vincent and Melissa Klein                        March 1, 2015 | 12:58am



‘Haunted’ Staten Island mansion can be yours for $2 million



*TRENDING NOW ON*

Case 1:15-cv-02217-ENV-LB   Document 25   Filed 08/01/16   Page 254 of 266 PageID #: 742

Donald Trump
Photo: Getty Images

**MORE ON:**

## DONALD TRUMP

Donald Trump returns lake-retrieved 3-iron to Rory McIlroy

Trump calls AG Schneiderman a 'sleazebag' amid probe

Schneiderman probed for allegedly tapping Trumps for cash

How Donald Trump's support jump-started PGAer on fringe

The Donald's been trumped.

The real-estate titan is poised to develop a luxury housing complex in Dubai called Trump Estates, but doesn't own the TrumpEstates domain name.

A Trump Organization lawyer turned down a chance to buy it some 10 years ago from Scott Stephens, a former New Yorker who registered TrumpEstates.com in 2004 with the hope of selling it.

Stephens got a cease-and-desist letter last week from the Trump Organization ordering him to transfer the domain name.

Trump Estates is not a registered trademark. But Trump Organization Executive Vice President Alan Garten told The Post that didn't matter "because the Trump name is trademarked" and that Stephens was violating the law by "cyber squatting" on the domain name.

Stephens is offering to sell the name on eBay for $21 million.

FILED UNDER   **DONALD TRUMP** , **DUBAI** , **WEBSITES**



### Jimmy Kimmel has had two penis surgeries



### A night inside the sex club hosted by Kate Middleton's pal

### Man who dressed as TSA agent during S&M choked girlfriend: prosecutors

## PROMOTED STORIES

REAL ESTATE NEWS
Powered by realtor.com



Pow! Wham! Bam! Marvel's Stan Lee Flipping Hollywood Hills Pad

Kleiner Perkins COO May



**10 Most Beautiful Animals You Probably Didn't Know Exist**
Interesticle



**Extremely Brilliant Way to Pay Off Your Mortgage**
Smart Life Weekly



**Ever Googled yourself? A popular website reveals more than...**
Instant Checkmate



**This Sweatshirt Is So Insanely Popular It Has A 5-Month Wait...**
Business Insider



**Guy Fieri's Car Collection**
Food Network



**Notorious Movies That Were Career-Ending**
Answers.com

Promoted Content by

# RECOMMENDED FOR YOU



**Obama adviser behind leak of Hillary Clinton's e-mail scandal**



**Woman claims S&M-loving boyfriend choked her**



**Bride-to-be discovers that she's already married**



**David Arquette booted from Bieber's 21st birthday**

**Robert Durst had**

**A night inside**



**Realize Fabulous ROI With Sale of Atherton Mansion**



**Russia's 'Bachelor' Maxim Cherniavsky Selling Fabulous L.A. Pad That He Designed**



**They Put the 'Star' in 'Starter Home': Where Up-and-Coming Celebs Should Buy**



**Former NFL Linebacker London Fletcher Selling $3.5M Spread in NC**

*MORE FROM REALTOR.COM* ❯



**Discover your perfect home**

| All Beds ▼ | All Baths ▼ |

$ No min  to  $ No max

City, Zip, Neighborhood     Submit

$1,250,000
New York Cit, NY
2 Bd na Ba

$2,950,000
New York, NY
2 Bd 3 Ba

$18,000,000
New York Cit, NY
3 Bd na Ba

Powered by **realtor.com**

*NOW ON*

Case 1:15-cv-02217-ENV-LB Document 23 Filed 09/01/16 Page 256 of 266 PageID #: 744



pot, .38-caliber revolver when he was arrested



Killing Kittens, the sex club hosted by Kate Middleton's...

 

Amber Rose doesn't 'hate' Khloé Kardashian

## *MOST POPULAR THIS WEEK*





**1** Obama adviser behind leak of Hillary Clinton's email scandal



**2** My ISIS boyfriend: A reporter's undercover life with a terrorist



**3** Nude mood! Chrissy Teigen skinny-dips in Miami



**4** LI mom fired after donating kidney to her boss: suit



**5** Missing Putin 'in Switzerland for birth of love child'



**6** 'I bedded 12 strangers in a year – with my husband's perm...

**Bruce Willis cheers on his daughter on 'DWTS'**

**Andy Cohen auctioning off D&G suit to benefit Family Equality Council**

**SEE ALL**

Case 1:15-cv-02217-ENV-LB Document 29 Filed 06/01/16 Page 257 of 266 PageID #: 745



'I bedded 12 strangers in a year...



Feminists outraged over Dolce & Gabbana's 'gang...



Drunk executive barfs at Bergdorf's



Bride-to-be discovers that she's already married



'Taxi Kingpin' in massive debt thanks to Uber

EMAIL NEWSLETTERS & ALERTS
HOME DELIVERY
CUSTOMER SERVICE
CLASSIFIEDS
ADVERTISING INFO

IPAD APP
IPHONE APP
ANDROID APPS
APP HELP & FAQ

RSS FEEDS
CONTACTS
CAREERS/JOBS
NYP STORE



© 2015 NYP Holdings, Inc. All Rights Reserved
TERMS OF USE | PRIVACY | YOUR AD CHOICES

Powered by WordPress.com VIP

**EXHIBIT T**





Case 1:15-cv-02217-ENV-LB   Document 25   Filed 08/01/16   Page 262 of 266 PageID #: 750



Add as favorite

**Item specifics**

Seller Notes:   "highly sought out domain name can now be yours.Hi profile domain name TRUMP ESTATES dot COM rare real 2 words 1 phrase no spaces popular business site"

| | | | Country of | |
| Manufacture: | United States | | premium domain name: | 2 word brandable domain name |

"PLEASE NOTE"
**you must add a**
**www.**" or a " . "
**to replace the word dot in links.**
ebay doesn't allow
links in listings !!!

About Us

**The Council for Native American Indian Progress, Inc. has many chapters in its directory of businesses that are trying to raise enough funds so we can someday open our doors to the world and share the hidden treasures of knowledge and history with our children and their children's' children.**

**All proceeds raised go towards establishing and Opening the:**
**"World's First All Inclusive/ Multimedia/ Multi-Cultural/ Arts and Entertainment Performance Complex"**
**It will be ran run under the guidelines of preserving the Worlds Cultures and Indigenous Heritages and presenting them to the general public in a live forum and over the internet through live broadcast.**

We are all born into this world with only blood in our veins and a heart to pump it.
Some people are blessed with gifts beyond compare, while others are in need of assistance.

please click "ask a question" on the bottom of the page or call (909) 581-9701

**If you or somebody you know is in need of assistance such as:**
**Food, Clothes, Furniture, Shelter or a Vehicle, please feel free to contact us at the C.N.A.I.P. Inc. WE WILL HELP YOU THE BEST WE CAN.**

Change country:  United States

| Shipping and handling | To |
|---|---|
| **Free shipping** | United States |

Handling time

Will usually ship within 3 business days of receiving cleared payment.

Return policy details

No returns or exchanges, contact seller with questions.

Payment method

Visa/MasterCard, Amex, Discover



Premium domain name TRUMP ESTATES .COM real 2 words popular business web site



Case 1:15-cv-02217-ENV-LB   Document 25   Filed 08/01/16   Page 265 of 266 PageID #: 753

Mouse over image to zoom

Have one to sell? | Sell now

Description | Shipping and payments                                                                 Report item

eBay item number: 131379611395

Seller assumes all responsibility for this listing.



**100%** of the sale of this item will benefit
**Council for Native American Indian Progress, Inc.**
All proceeds raised go towards establishing and Opening the Worlds First All Inclusive/ Multimedia/ Multi-Cultural/ Arts and Entertainment Performance Complex to be run under the guidelines of preserving the Worlds Cultures and Indigenous Heritages and presenting them to the general public in a live forum and over the internet thru live broadcast.

- Official eBay Giving Works listing | Learn more
- Sale benefits a verified non-profit partner

Add as favorite

**Item specifics**

| | |
|---|---|
| Seller Notes: | "highly sought out domain name once owned by Donald Trump can now be yours.Hi profile domain name TRUMP ESTATES dot COM rare real 2 words 1 phrase no spaces popular business site" |
| Country of Manufacture: | United States |  premium domain name: | 2 word brandable domain name |

# TrumpEstates.com

We are trying to raise money for our non for profit public organization
incorporated in the States of New York and California under 501 (c)(3) EX# 23-7360614

**"PLEASE NOTE"**
you must add a
**"www."** or a **" . "**
to replace the word **dot** in
links.
ebay doesn't allow
links in listings !!!

Up for Auction is:

**www dot TRUMPESTATES dot com**

THIS DOMAIN NAME HOLDS A VERY STRONG R.O.I.

A global popular domain name with easy spelling and recognition.

You are purchasing the FULL OWNERSHIP of the DOMAIN NAME,
NOT the current contents of the site.
You can do whatever you want with the domain name!

We will transfer the full ownership of the domain name to

Case 1:15-cv-02217-ENV-LB     Document 25     Filed 08/01/16     Page 266 of 266 PageID #: 754

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

00015

See what other people are watching 1/4

Feedback on our suggestions










| MORTGAGES WEBSITE w/SEARCH ENGINE... | DREAMS INTERPRETATION... | NICHE AUTO RACING ARTICLES/VIDEOWEBSIT | ATTENTION DEFICIT DISORDER... | ALZHEIMERS DISEASE FORUM, ARTICLES,... | CARPENTRY ARTICLES, VIDEOS, BLOG, SHOP... | TechItems.net *Monetized Domain* | Paid To Read Turnkey Website - Work At... |
|---|---|---|---|---|---|---|---|
| $23.95 | $19.99 | $24.95 | $14.99 | $21.11 | $19.99 | $599.00 | $29.00 |
| Buy It Now | Buy It Now | Buy It Now | Buy It Now | Buy It Now | Buy It Now | Buy It Now | Buy It Now |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |


GET $30 BACK
as a statement credit when you open an eBay MasterCard® and make
a purchase with your new card now through March 31, 2015.
Valid for new accounts only.

Apply Now

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                                    Return to top

Related buying guides :   Top 10 .Com Business Keyword Domain Name Benefits,   Buy Sell .Com Domains with eBay Domain Name Auctions,   How To Choose a Website Name - .Com Domain Name Guide

More to explore :   Real Estate Signs,   Real Estate Brochure Boxes,   2 Line Business Phone,   Real Estate Sign Frames,   Real Estate Lock Box,   Supra Lock Boxes Real Estate

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Information Center      Policies      Help & Contact      Site map

Copyright © 1995-2015 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies.